#25
continued

*******************************************************************

TO APPLY, send COVER LETTER & RESUME to
ENG@huntingtonlearningcenter.com or fax 201-871-9159

each Part-Time for The Princeton Review!

Reply to: InfoNorthJersey@review.com
Date: 2007-09-21, 9:15AM EDT

_____

_____

The Princeton Review pays great teachers and tutors to prepare students for
standardized tests and academic success. If you can ace an SAT, ACT, GMAT,
GRE, LSAT, or MCAT, and you can impart your knowledge to students in the
classroom, then this may be the job for you. Our teachers enjoy competitive
salaries, health and dental benefits, and fulfilling work with today's
youth.

Teachers are paid for their required training, outside preparation,
professional development, testing proficiency and other work related
activities.

This part-time job can provide steady income, great teaching and
presentation experience, and lots of fun. While prior teaching experience is
not required, it is a plus.

The ideal applicant:

-   Must be willing to devote six weekend days to training (ask us about
our available schedules).
-   Must be able to commit to at least six hours of weekly teaching for at
least one year.
-   Has access to transportation.
-   Should be a great presenter and able to demonstrate engaging style and
dynamic presence in front of small groups of students.

Applicants should contact Jamie at (973) 285-3260 or
InfoNorthJersey@review.com. Jamie will invite you to attend an info session
at which a 30-minunte qualifying test will be administered. We'll also ask
attendees to perform a 5-minute teaching audition. Ask Jamie for more
information.

Employment with The Princeton Review provides endless opportunities for

**ARONSOHN WEINER & SALERNO, P.C.**
263 Main Street
Hackensack, New Jersey 07601
(201) 487-4747
FAX (201) 487-7601
Attorneys for the Plaintiff, Beth Nussbaum

FILED

JAN 6, 2010

WILLIAM R. DELORENZO, JR., J.S.C.

| | | |
|---|---|---|
| BETH NUSSBAUM, | :: | **SUPERIOR COURT OF NEW JERSEY** |
| | :: | **CHANCERY DIVISION –FAMILY PART** |
| *Plaintiff,* | :: | **BERGEN COUNTY** |
| | :: | **DOCKET NO. FM-02-333-10** |
| vs. | :: | |
| | :: | **CIVIL ACTION** |
| DAVID PUSHKIN, | :: | |
| | :: | **DUAL JUDGMENT OF DIVORCE** |
| *Defendant* | :: | |

THIS MATTER being opened to the Court by ARONSOHN WEINER & SALERNO, PC., attorneys for the Plaintiff, BETH NUSSBAUM (Kevin L. Bremer, Esq. appearing), upon the Plaintiff's Verified Complaint for Divorce, and upon Answer and Counterclaim for Divorce by DAVID PUSHKIN, Defendant *Pro Se*, and it further appearing that the parties were joined in the bond of matrimony on December 28, 2003, and the Plaintiff and Defendant, and each of them, having pled and proved the cause of action for divorce pursuant to N.J.S.A. 2A:34-2(i), and each having been bona fide residents of this State at the time the cause of action arose and for one year next preceding the commencement of the within action, and jurisdiction having been acquired pursuant to the Rules governing the Courts and the parties being subject to the jurisdiction of this Court and for other good cause;

IT IS on this ___1/6/10___ day of January, (2009;) 2010

**ORDERED and ADJUDGED** as follows:

1.    By virtue of the power and authority of this Court and of the acts of the legislature, in such case made and provided, the Plaintiff, BETH NUSSBAUM, and the Defendant, DAVID PUSHKIN, be and are hereby divorced from the bonds of matrimony pursuant to N.J.S.A. 2A:34-2(i) and the parties and

**ALL ISSUES PLEADED AND NOT
RESOLVED IN THIS JUDGMENT
ARE DEEMED ABANDONED.**

1/6/10

1/6/10

each of them are freed and discharged from the obligations thereof, and the marriage between the parties is hereby dissolved; and

**IT IS FURTHER ORDERED AND ADJUDGED,** that the aforesaid Agreement is hereby permitted by the Court to be made a part of this Judgment and the parties are bound by the terms thereof as if set forth herein verbatim and at length in light of this Court's determination that both parties have voluntarily entered into this Agreement and have accepted the terms thereof as fair and equitable. The Agreement is neither approved or disapproved by the Court, but is made a part of this Judgment at the request of the parties who are directed to abide by its terms and conditions. Said Agreement shall survive this Judgment. All issues pleaded and not resolved in this Judgment are deemed abandoned.

**IT IS FURTHER ORDERED** that the parties are directed to abide by the following agreed upon terms and conditions of the oral agreement reached and placed on the record in open court on December 16, 2009, and is hereby made a part of this Dual Judgment of Divorce, and shall not merge therewith and shall survive the Dual Judgment of Divorce, and the parties are hereby directed to abide by the terms of the Agreement and the court specifically notes the Agreement.

1.      The parties specifically forever and permanently waive any past, present or future claims of spousal support of any kind from the other.

2.      The parties agree that neither will be able to maintain the standard of living akin to that enjoyed by them during the marriage by use of their equitable distribution funds, personal funds, personal income from all sources and personal efforts.

3.      Both parties shall be responsible for their own legal expenses incurred relative to this divorce litigation.

4.      Wife shall pay to the Husband the sum of $651.00 (representing the remaining balance owed to the Husband from the parties' joint 2008 income tax refund from New York State) upon the Husband's signing of the Jewish divorce known as the "Get". The Husband acknowledges having received the foregoing payment from the Wife prior to the entry of this Judgment.

ALL ISSUES PLEADED AND NOT
RESOLVED IN THIS JUDGMENT
ARE DEEMED ABANDONED.

2

5.   Wife waives any and all past, present and future claims to the Husband's TIAA-CREF retirement account.

6.   Husband waives any and all past, present and future claims to the Wife's T. Rowe Price, Gellar Group, and her Mass Mutual retirement accounts.

7.   Husband waives any and all past, present and future claims to the former marital property located at 200 Winston Drive, Apt. 812, Cliffside Park, New Jersey.  Wife shall be solely responsible for any and all costs, expenses and liabilities associated with her ownership of this property and the Husband shall have no future involvement in same.

8.   Upon the entry of this Agreement, if not sooner, the Wife shall have the Husband's name removed from any and all accounts (including but not limited to, mortgage, electric, gas, cable television, water, telephone, home insurance account, property tax records with the Borough of Cliffside Park, etc.) maintained in connection with the operation and maintenance of the marital premises.  Furthermore, the Wife shall be solely responsible to pay and shall indemnify and save the Husband harmless from any responsibility from the direct or indirect costs of the operation and/or maintenance of the marital premises, including but not limited to the payment of property taxes, repairs, capital improvement for any debts that may arise with respect to third parties.

9.   Furthermore, should the Wife sell the property titled in her name, she shall solely be entitled to receive any and all profits or equity received from the sale of the former marital home. Likewise, she shall be solely responsible for any and all debts as a result of the property being sold at a loss.

10.   Husband shall maintain the Wife as a forty (40%) percent beneficiary on his AAA membership life insurance policy.

11.   Wife waives any and all past, present or future claims or rights to the Husband's pending social security disability benefits and damages award from an on-going litigation resulting from a January, 2008 automobile accident.  Husband represents that any monies derived from the foregoing shall be

ALL ISSUES PLEADED AND NOT.          3
RESOLVED IN THIS JUDGMENT
ARE DEEMED ABANDONED.

designated for the purpose of the Husband's continued healthcare and maintained residence in an assisted living facility.

12.     Both parties waive all input on each other's future affairs, including but not limited to, healthcare, health insurance, location of residence, arrangements for death, etc.

13.     Wife shall retain all widow benefits available for social security retirement benefits when of proper age.

14.     Husband agrees that he shall cooperate with and sign the religious divorce known as a "Get". The Wife will arrange for and pay for the full cost of obtaining the "Get".

15.     Each spouse is responsible for their own debts in their respective names. In the event that the Chase credit card bearing account no. 4185 8759 9631 1399, with a balance of $9,040.00 as of 12/16/09 cannot be transferred completely to the Husband, including sole responsibility and financial responsibility, the Wife shall be specifically responsible for:

        a)   Chase credit card (formerly WAMU, Disney Rewards, HSBC) bearing account no.
             4185 8759 9631 1399 with a balance of $9,040.00 as of 12/16.09.

Additionally, the Wife shall immediately cancel and/or remove the Husband's name from the following joint credits cards that each have a zero (0) balance:

        a)   Disney Rewards Visa  credit card bearing account no. 4266 9020 2988 9936;

        b)   Home Depot credit card bearing account no.  6035 3201 8850 9234;

        c)   Sears credit card bearing account no. 5049 9401 3040 2901;

16.     The Husband covenants and represents he will not hereafter incur or contract any debt, charge or liability whatsoever for which the Wife, her legal representatives, or her property or estate may be come liable except as expressly permitted by the provisions of this Agreement. The Husband further covenants that he shall keep the Wife free, harmless and indemnify of and from any and all debts, charges or liabilities heretofore or hereafter contracted by him for himself or for the account of any other person, except as expressly permitted in this Agreement.

ALL ISSUES PLEADED AND NO.
RESOLVED IN THIS JUDGMENT
ARE DEEMED ABANDONED.

4

17.    The Wife covenants and represents she will not hereafter incur or contract any debt, charge or liability whatsoever for which the Husband, his legal representatives, or his property or estate may become liable except as expressly permitted by the provisions of this Agreement. The Wife further covenants that she shall keep the Husband free, harmless and indemnify of and from any and all debts, charges or liabilities heretofore or hereafter contracted by her for herself or for the account of any other person, except as expressly permitted in this Agreement.

18.    Wife shall remove the Husband's name from any and all additional joint credit card not named above accounts that he has no access, control or use of. Wife has returned to the Husband the Barnes & Noble membership card that she had obtained under her Husband's name. Furthermore, in the event there are any additional membership/ discount cards in the Husband's name, they shall promptly be returned to the Husband. The Wife may continue to use her COSTCO membership card for the remainder of 2009-2010 term. The Wife will be responsible for renewing her own membership in June 2010. The Wife may also continue to use her AAA Motor Club membership card for the remainder of its 2009-2010 term. The Wife will be responsible for renewing her own membership in February 2010 (the Husband will provide the Wife with her new 2010 AAA card which was recently received).

19.    Each party shall file and be responsible for their own 2009 income tax returns and for every year thereafter.

20.    Each party shall retain their individual bank accounts in their own respective name. Furthermore, the parties shall divide the balance of their Citibank joint checking account. The Citibank account (bearing account number 90283859) has a present balance of $30.00 as of 12/16/09. Upon the distribution of funds to the parties, the Wife shall close this account and forward proof of same to the Husband in a timely manner.

21.    With regard to the property remaining at the former marital residence, the parties agree that the Husband shall be entitled to enter the former marital residence within thirty (30) days of the date of this Agreement (at a date and time agreed upon by both parties) and retrieve the following

ALL ISSUES PLEADED AND NOT    5
RESOLVED IN THIS JUDGMENT
ARE DEEMED ABANDONED.

- One brown IKEA bookcase in living room
- $80.00 payment from the Wife as agreed upon purchase for second brown IKEA bookcase
- Glass vase with "P" on it
- Hand washing set from husband's friend Peter Applebaum (located in bottom of dining room IKEA curio)
- Lime green glass bowl from Jonas Weiss used among Pesach dishes
- Glass cutting board set gifted by Judy and Herb Javer as gift (Pesach '06) located on top of bookcase and never opened
- One of never opened challah boards, as well as challah cover
- Thick set of everyday drinking glasses; Wife shall retain narrow drinking glasses
- Food processor, vegetable juicer and other miscellaneous appliances/items purchased by husband prior to the marriage, or during the marriage which the parties can agree upon dividing between themselves.
- When the Wife vacates the marital residence, she shall forward to the Husband these mezzuzas and scrolls that were his pre-marriage. The Husband will photograph said mezzuzas when at the marital residence and provide the Wife duplicate prints for her reference.
- Big dresser in bedroom that the television set is on; Wife shall retain the two night stands. If Wife is not ready for Husband to take it when he removes the remainder of his property, she will agree to arrange for and pay for delivery of same to the Husband.
- RCA television with remote control in the master bedroom
- Four (4) pairs of scrub pants (purple, black, blue, green) and two (2) sweatshirts (gray & tan). Wife indicates she is not aware if these clothing items are still maintained in the former marital residence, however she will make a good faith search for same and if she still has same, she will promptly forward them to the Husband.
- Posters, book bags, knapsacks, misc. (in master bedroom closet)
- Orange Apple ibook floppy drive (this was purchased in 1999)
- Framed picture of polar bears (second bedroom)
- Framed picture of "Serenity" and clock radio (guest bathroom)
- Metal mixing bowl set and small Corelle bowls (kitchen)
- Magnets on old and new kitchen refrigerators (NY Mets, the Big Apple, London, other locations, misc. quotes)
- Tools in kitchen utility drawer, living room, pantry & storage closet. Wife is unable to ascertain which tools are hers and which are Husbands. As such, she will forward all tools to the Husband. The Husband, in good faith, will advise the Wife which tools are hers and forward same back to her.
- Blue insulated "lunch" carry bag and ice packs (kitchen) (if available)
- 13-inch TV w/remote (kitchen)
- Moosewood and various vegetarian style cookbooks (and all additional cookbooks with Husband's signature inside cover)
- Husband's father's painting of man cleaning a chicken
- Electric keyboard and stand, power cord and electric surge protector (master bedroom)
- Emerson stereo w/speakers and remote (right-hand closet of living room entertainment unit)

ALL ISSUES PLEADED AND NOT RESOLVED IN THIS JUDGMENT ARE DEEMED ABANDONED.

6

- Sheet music books and LP albums (right-hand closet of entertainment unit). Wife is unable to ascertain which items are hers. As such, she will forward to Husband, who will review same in good faith and advise Wife which items are hers and return them to her promptly.
- Bronze desk lamp (top of desk in living room office area)
- Penn State metallurgy/foundry mug (top of desk)
- Ornamental plates/records of Beatles w/stands
- "Chicago" and "Cheers" shot glasses and other ornaments from Canada
- Fragrance candles (entertainment unit). Wife is unaware if these are still in apartment. If so, she will forward same to Husband.
- Small green Israeli plate and black vase (dining room glass cabinet)
- Rabbi and Moses statue (cabinet)
- Plaque of 10 Commandments (cabinet)
- Three (3) Chanukah menorahs (2 from Husband's sister, one of which was a gift received by the parties during the marriage; 1 from Husband's father)
- Mac G-3 computer w/Epson printer (music cassette tapes, old suitcases and blue milk crate (all presently located in external hall closet)
- Book -- The Legal Problem Solver
- Remaining Judaica books (located in front book case) as well as Night by Elie Wiesel, 5 copies of Maxwell House Haggadah, Husband's father's Haggadah from childhood 1920s, books from the Great Jews series and on Jewish history and geography.
- Husband's Western comforter as well as afghan gifted by Debbie Weinberger.
- Husband's linen items agreed upon with the Wife (i.e., pillowcases and wash cloths)
- Non-cordless telephone w/o answering machine (second bedroom storage closet)
- Flash drive to Kodak Easyshare frame. Wife is unaware where this is located and will make a good faith search for same and if located, she will forward it to the Husband.
- Two small electric fans (black and red)
- Sears tool cart in storage closet as well as all tools and sets of keys
- Various ornaments and refrigerator magnets purchased while traveling to Alaska and Israel
- Electric surge protector, desktop file organizer, shoe organizer, two ornamental plates of dogs (Yorkies only)
- Stuffed animals purchased before and during marriage, given as gifts and jointly adopted as "pets". Parties will make a good faith effort to distribute these amongst themselves.
- Transmitter and wires for cordless TV listening headset (Husband already has headset)
- Cordless phone system purchased by Husband in 2008 from Radio Shack
- Desk and matching file cabinet with keys purchased at Macys in 2005
- Roomba vacuum and all accessories (where available)
- Eureka vacuum and all accessories (where available)
- Havdalah set (wedding gift)

ALL ISSUES PLEADED AND NOT
RESOLVED IN THIS JUDGMENT
ARE DEEMED ABANDONED.

7

JT
1/6/10

22.   Wife shall forward to Husband any and all mail received that was addressed to him at the former marital residence. Furthermore, she shall make copies of all insurance related information received at the marital residence and forward true and accurate copies of same to the Husband in a timely manner.

23.   In the event that the Wife sells any or all items received by the parties as wedding gifts in 2003-2004, she shall give the Husband a thirty (30%) percent share of all profits and copies of all transactions verifying sale price.

24.   In the event that the Wife sells her engagement ring (purchased by the Husband October 13, 2003 at Diamond City, 1200 6th Avenue, New York, N.Y. 10036 for $2,300.00) or Diamond Journey Pendant (fourth anniversary gift, purchased by the Husband December 29, 2007 at MACY'S, Garden State Plaza, Paramus, New Jersey 07652 for $1,186.42), she shall give the Husband a fifty (50%) percent share of all profits and copies of all transactions verifying sale price.

25.   Defendant shall return to Plaintiff the following items:

- Green suitcase
- Any additional items in his possession that might belong to the Wife
- All documents related to Disney Rewards Visa credit card
- All documents related to the original HSBC credit card in Wife's name

The Husband shall be entitled to retain copies of the aforementioned credit card documents for his records, as statements from 2006-2008 include health-related expenditures.

26.   Wife will make a diligent search of the former marital residence to determine if any of the following are in the residence and if so, they will promptly be returned to the Husband.

- Husband's tax returns for 1983 through 1988 and 1994;
- Husband's tax returns for 1999 through 2002;
- Fleet Bank checkbook ledger May 28, 2004 (#357) through November 2, 2005 (#564)
- Fleet Bank checkbook ledger May 17, 2006 (#565) through September 20, 2006 (#718)
- HSBC August 15, 2006 (#101) through March 15, 2007 (#176)

27.   Should either party fail to abide by the terms of this Agreement, the defaulting party will indemnify and hold the enforcing party harmless for all reasonable expenses and costs, including

ALL ISSUES PLEADED AND NOT RESOLVED IN THIS JUDGMENT ARE DEEMED ABANDONED.

8

# GEICO.
### geico.com

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

750 Woodbury Road
Woodbury, NY 11797-2519

01/30/2008

Date Loss Reported to GEICO: 01/28/2008

David  Pushkin
200 Winston Dr
Cliffside Park,  NJ  07010-3214

Company Name:      Government Employees Insurance Company
Claim Number:       023679415-0101-016
Loss Date:             Monday, January 28, 2008
Policyholder:          David Pushkin
Policy Number:       2010349807

Dear David Pushkin,

I have been advised of your recent injury and wished to express my sympathy and offer my services to you at this time.  I will be working with you to handle your claim.

I need your help to begin processing your claim. **In order for us to provide your PIP benefits, I need you to complete the enclosed "Application for PIP Benefits" form and the "HIPAA compliant authorization" form, and return the originals to me in the business reply envelope I have provided.** These forms are essential to begin processing your claim and allow us to contact your health care provider to obtain pertinent medical information regarding your claim. These forms must be returned as soon as practicable.

We also need information regarding the facts of the accident, nature and cause of the injury, the diagnosis, and the anticipated course of treatment as promptly as possible after the accident, and periodically thereafter.  If we do not receive this information within 30 days from the date of loss, additional co-payment penalties may apply.

The following is a summary of the benefits, which may be available to you.  If you have any questions regarding your benefits, please contact me and I will be glad to review them with you.  Personal Injury Protection provides the following types of benefits subject to your available limits.

Medical expense benefits are provided for reasonable and necessary expenses incurred for treatment or services rendered by a provider, including medical, surgical and dental treatment, rehabilitative and diagnostic services, hospital expenses, ambulance services,

EP0023 (2/2005)

medication, and durable medical equipment up to the policy limit of $50000.00. You are responsible for some of the expenses related to this claim, including a deductible of $250.00, as well as a 20% co-payment of the eligible medical expenses, up to the first $5,000.

Income continuation benefits are available for lost wages as a result of bodily injury disability. You may be eligible for a maximum of $100.00 per week for a total limit of $5,200.00 per person per accident, but not to exceed the net income normally earned during the period in which benefits are payable. If you are losing time from work, please contact me immediately. All claims for lost wages must be verified by your treating physician and your employer.

Essential services benefits are reimbursement for payments made to others for substitute essential services you normally perform not for income, but for the care and maintenance of yourself and your relatives. You may be eligible for reimbursement up to $12.00 per day for a total limit of $4,380.00 per person per accident.

Death benefits may be available in the event of the death of an eligible injured party.

**An introduction document which will explain how your medical claim will be handled has been sent to you in a separate envelope.** You should be aware that certain expenses must be pre-certified. Pre-certification means the pre-approval by us of potentially covered expenses including but not limited to certain services, diagnostic tests, medical treatment and procedures, prescription supplies, and durable medical equipment. In addition, any medical services incurred without pre-certification, where required, will be subject to an additional 50% co-payment, if the services are subsequently determined to be medically necessary. Medical expenses which are not medically necessary will not be reimbursed. Please see the introduction document for more information about Pre-certification. You should read the entire document carefully as it also contains important information regarding Independent Medical Examinations, Voluntary Network Services and other subjects.

If you have any questions regarding the forms or if you need assistance regarding the medical aspect of your file, please contact me at the number below, Monday through Friday between the hours of 08:00am a.m. & 04:30pm p.m. Please refer to our claim number when calling or writing about this claim. I look forward to helping you in any way possible.

Sincerely,

Dominic Spaventa, Examiner Code LAF5
(800)301-1390x4554

Claims Department

Encl:   C258NJ, C622NJ, Return Envelope

**New Jersey Police Crash Investigation Report**

Page 1 of 1

| Field | Value |
|---|---|
| 1 Case Number | 08 - 2568 |
| 2 Police Dept. | Paramus |
| 3 Station/Precinct | |
| 4 Date of Crash | 01 / 08 / 08 |
| 5 Day of Week | Su M Tu W Th F Sa |
| 6 Time | 0726 |
| 7 Municipality Code | 0246 |
| 10 Crash Occurred On | Paramus Rd. |
| 23 Veh No | 01 |
| 24 Year Make Model | 2010 3U 9807 |
| 25 Ins Code | 639 |
| 53 Veh No | 02 |
| 54 Policy No | 9341049 |
| 55 Ins Code | 94 |

**Vehicle 1**
- 26 Driver's First Name: David  Last Name: Joshvin
- 27 Number and Street: 200 Winston Dr apt 812
- 28 City: Cliffside Pk  State: NJ  Zip: 0010
- 31 State: NJ
- 33 DOB: 3-21-63
- 34 Expires: 6-08

**Vehicle 2**
- 56 Driver's First Name: Robert  Last Name: Amituna
- 57 Number and Street: 132 New Bridge Rd.
- 58 City: New Milford  State: NJ  Zip: 07646
- 63 DOB: 3-12-58
- 64 Expires: 4-08

| 38 Make | 39 Model | 41 Year | 42 Plate No | 43 State |
|---|---|---|---|---|
| 3U4 | Car | 96 | WEL850 | |

| 68 Make | 69 Model | 70 Color | 71 Year | 72 Plate No. | 73 State |
|---|---|---|---|---|---|
| Ford | F150 | Grn | 98 | WJ942C | NJ |

- 44 VIN: 2T1BR02E0TC129901  45 Expires: 12/08
- 74 VIN: 1FT2X18WNC00607  75 Expires: 4/08

**135 Crash Description:** Both vehicles were stopped waiting to enter traffic. Veh #1 pulled forward yet, stopped again. Not realizing Veh #1 had stopped again. Driver #2 began to accelerate. Subsequently collision occurred.

**141 Officer's Signature:** ___

**142 Badge No.:** 368

**143 Reviewed By Badge No.:** 340

**144 Case Status:** ☐ Pending ☑ Complete

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 01 | - | 49 | M | - | - | 1 | 09 | 04 | - | - | |
| B | 2 | 1 | 01 | - | 49 | M | - | - | 1 | 09 | 04 | - | - | Driver #1 |
| C | | | | | | | | | | | | | | Driver #2 |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

NJTR-1 (R3/06)

Medical Summary Print View

11/9/09 11:58 AM

Case 1:10-cv-09212-JGK -DCF   Document 13-5   Filed 02/17/11   Page 23 of 30

The medical portion of your claim is **Open**
The GEICO representative handling your medical claim is:

**Gina Fuge**
**Phone:** 800-301-1390 x4506                                   **Fax:** 716-898-0542

## MEDICAL PROVIDERS

**MYMATRIXX**

| Date of Service | Bill Received | Bill Status | Bill Amount | Allowable Amount | Paid Amount | Bill Image |
|---|---|---|---|---|---|---|
| 12/02/2008 | 01/05/2009 | Paid | $469.23 | | $303.86 | |
| 12/23/2008 | 01/05/2009 | Paid | $461.51 | | $298.66 | |
| 12/23/2008 | 12/29/2008 | Paid | $373.08 | | $241.47 | |

**SETH KANE**

| Date of Service | Bill Received | Bill Status | Bill Amount | Allowable Amount | Paid Amount | Bill Image |
|---|---|---|---|---|---|---|
| 04/28/2008 | 05/07/2008 | Paid | $105.00 | | $32.00 | |
| 02/25/2008 | 05/06/2008 | Paid | $105.00 | | $7.99 | |
| 02/01/2008 | 03/22/2008 | Paid | $175.00 | | $60.80 | |
| 02/25/2008 | 03/11/2008 | Paid | $105.00 | | $32.00 | |

**ALLIANCE HAND & PHYSICAL THERAPY**

| Date of Service | Bill Received | Bill Status | Bill Amount | Allowable Amount | Paid Amount | Bill Image |
|---|---|---|---|---|---|---|
| 04/11/2008 | 09/21/2009 | Denied | $1,005.00 | | | |
| 04/14/2008 | 02/19/2009 | Denied | $965.00 | | | |
| 04/09/2008 | 09/11/2008 | Paid | $352.00 | | $103.32 | |
| 04/09/2008 | 08/25/2008 | Denied | $1,357.00 | | | |
| 04/28/2008 | 05/01/2008 | Denied | $258.00 | | | |
| 04/25/2008 | 04/30/2008 | Denied | $193.00 | | | |
| 04/23/2008 | 04/28/2008 | Denied | $193.00 | | | |
| 04/11/2008 | 04/28/2008 | Paid | $138.00 | | $12.25 | |
| 04/15/2008 | 04/21/2008 | Denied | $193.00 | | | |
| 04/14/2008 | 04/17/2008 | Denied | $256.00 | | | |
| 04/09/2008 | 04/14/2008 | Denied | $352.00 | | | |
| 04/07/2008 | 04/11/2008 | Paid | $160.00 | | $64.02 | |

**NORTH JERSEY PRIMARY CARE ASSOCIATES**

| Date of Service | Bill Received | Bill Status | Bill Amount | Allowable Amount | Paid Amount | Bill Image |
|---|---|---|---|---|---|---|
| 01/28/2008 | 03/12/2008 | Paid | $218.00 | | $69.91 | |

**HACKENSACK RADIOLOGY GROUP, PA**

| Date of Service | Bill Received | Bill Status | Bill Amount | Allowable Amount | Paid Amount | Bill Image |
|---|---|---|---|---|---|---|
| 09/21/2009 | 10/21/2009 | Paid | $860.00 | | | |
| 01/28/2008 | 03/06/2008 | Paid | $99.00 | | $29.67 | |

**HACKENSACK UNIVERSITY MEDICAL CENTER**

| Date of Service | Bill Received | Bill Status | Bill Amount | Allowable Amount | Paid Amount | Bill Image |
|---|---|---|---|---|---|---|
| 01/28/2008 | 02/27/2008 | Paid | $2,256.00 | | $1,604.80 | |

Medical Summary Print View

11/9/09 11:58 AM

There are no Non-Medical Providers on your claim

| There are no Lost Wages on your claim |
|---|

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 01/06/2009 | MYMATRIXX | PO BOX 20022 TAMPA, FL 33623-0022 | 83665865 | $$303.86 | PERSONAL INJURY PROTECTION 12/02/2008 - 12/02/2008 498168 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 01/06/2009 | MYMATRIXX | PO BOX 20022 TAMPA, FL 33623-0022 | 83665864 | $$298.66 | PERSONAL INJURY PROTECTION 12/23/2008 - 12/23/2008 498210 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 12/30/2008 | MYMATRIXX | PO BOX 20022 TAMPA, FL 33623-0022 | 83657263 | $$241.47 | PERSONAL INJURY PROTECTION 12/23/2008 - 12/23/2008 493333 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 05/14/2008 | SETH KANE | 277 FOREST AVENUE PARAMUS, NJ 07652 | 83142322 | $$32.00 | PERSONAL INJURY PROTECTION 04/28/2008 - 04/28/2008 NJ EOB 293575-2 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 05/07/2008 | SETH KANE | 277 FOREST AVENUE PARAMUS, NJ 07652 | 83120241 | $$7.99 | PERSONAL INJURY PROTECTION 02/25/2008 - 02/25/2008 NJ EOB 245479-4 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 04/17/2008 | SETH KANE | 277 FOREST AVENUE PARAMUS, NJ 07652 | 83090256 | $$60.80 | PERSONAL INJURY PROTECTION 02/01/2008 - 02/01/2008 NJ EOB 234094-3 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 03/27/2008 | SETH KANE | 277 FOREST AVENUE PARAMUS, NJ 07652 | 83047054 | $$32.00 | PERSONAL INJURY PROTECTION 02/25/2008 - 02/25/2008 NJ EOB 245479-2 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 09/12/2008 | ALLIANCE HAND & PHYSICAL THERAPY | 24 BOOKER STREET WESTWOOD, NJ 07675 | 83462446 | $$103.32 | PERSONAL INJURY PROTECTION 04/09/2008 - 04/09/2008 NJ EOB 273440-2 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 05/01/2008 | ALLIANCE HAND & PHYSICAL THERAPY | 24 BOOKER STREET WESTWOOD, NJ 07675 | 83113128 | $$12.25 | PERSONAL INJURY PROTECTION 04/11/2008 - 04/11/2008 NJ EOB 285435-1 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|---|---|---|---|---|---|
| 04/16/2008 | ALLIANCE HAND & | 24 BOOKER STREET | 83085513 | $$64.02 | PERSONAL INJURY PROTECTION 04/07/2008 - |

Medical Summary Print View                                                          11/9/09 11:58 AM

Case 1:10-cv-09212-JGK -DCF   Document 13-5   Filed 02/17/11   Page 25 of 30

| THERAPY | NJ 07675 | | | | 1 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|------|---------|-----------|---------|--------|---------|
| 03/21/2008 | NORTH JERSEY PRIMARY CARE ASSOCIATES | PO BOX 34062 NEWARK, NJ 07189 | 83038048 | $$69.91 | PERSONAL INJURY PROTECTION 01/28/2008 - 01/28/2008 NJ EOB 245917-1 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|------|---------|-----------|---------|--------|---------|
| 03/17/2008 | HACKENSACK RADIOLOGY GROUP, PA | PO BOX 27116 NEWARK, NJ 07101 | 83004906 | $$29.67 | PERSONAL INJURY PROTECTION 01/28/2008 - 01/28/2008 NJ EOB 240423-1 |

## Payment Information

| Date | Paid To | Mailed To | Check # | Amount | Comment |
|------|---------|-----------|---------|--------|---------|
| 03/13/2008 | HACKENSACK UNIVERSITY MEDICAL CENTER | PO BOX 48027 NEWARK, NJ 07101 | 83000291 | $$1,604.80 | PERSONAL INJURY PROTECTION 01/28/2008 - 01/28/2008 NJ EOB 234096-1 |

## SETH KANE, M.D., F.A.A.O.S

277 FOREST AVENUE
SUITE 201
PARAMUS, NEW JERSEY 07652
(201) 261-7980
FAX: (201) 261-8050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**   Pushkin, David
**DATE OF VISIT:**   February 1, 2008

**CHIEF COMPLAINT:**
Follow-up back pain.

**HISTORY OF PRESENT ILLNESS:**
He, unfortunately, four days ago, was in a motor vehicle accident. He was rear
ended when he was on his way to his teaching job. He estimates that the pickup
truck that hit him was going 10-15 miles an hour and jarred him. He has had an
increase in his back pain. He feels that there is more weakness in his left leg
than pre. He is status post a very complex anterior and posterior spine surgery
for decompression and fusion at L3 to the sacrum. He was seen at the
emergency room at Hackensack Medical Center. He is on some Skelaxin. By
the end of the day, especially as the week goes on, he gets more pain and has
had to resort to using some of his old morphine pills. He has come back to part
time teaching. This increased activity is contributing to the fatigue and the
soreness by the end of the day, but this has been markedly aggravated by the
accident over his baseline level. He is now 14 months post disk complex
surgery. He has been slowly improving strength in his legs. The left is still
prominently lagging behind the right, but he feels that he is gone backwards
since the accident. He is now much more dependent on a cane. He also has
been having fluctuations of fluid up and down over some months, which causes
weight gain or loss. He is about to have an endocrine evaluation and may need
some renal evaluation as well.

**PHYSICAL EXAMINATION:**
On examination now, he has really only mild lower back pain. He has prominent
loss of motion of his back in all directions, but he reports this as not drain much
different from his baseline post surgery. Straight leg raising is negative. Hip
mobility is normal and pain-free. He does have some pains in the left leg. There
is still atrophy of the left thigh muscles. There is some swelling, although a mild
nature around his ankle. I have seen his left leg much more swollen at times.
On strength testing, quadriceps, right 5-, left, 4-. Hamstring, right, 5-, left, 4-.
The muscles about the toes, dorsiflexion, right 5, left 4. Plantarflexion, right 5,
left 4. Peroneal right, 5-, left 3. Anterior tibial and posterior tibial right 5-, left 4.

Overall, I agree his leg muscles, especially the quadriceps, are not functioning
quite as well as they were pre accident. His back pain is increased somewhat.

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 33 of 320 PageID: 2920

11/10/2005  12:04  2012619050       SETH KANE MD PA       PAGE   23/25
Case 1:10-cv-09212-JGK -DCF   Document 13-3   Filed 02/17/11   Page 27 of 30

# SETH KANE, M.D., F.A.A.O.S

RE: Pushkin, David                                    **Page 2**
February 1, 2008

**DIAGNOSTIC STUDIES:**
I reviewed a whole series of x-rays from Hackensack Hospital, including an
assortment of lumbar pictures, AP and lateral, obliques and pelvis. She has a
very extensive anterior and posterior fusion at L3 down. There is an
anterolisthesis of L5 on S1 but apparently the fusion extended across both SI
joints as well.

**ASSESSMENT:**
I do not think that there has been any disruption of his complex surgery. I think
this is all myofascial soft tissue injuries of a fortunately, fairly mild nature. I am
concerned about definitely some decreased strength of the left leg, especially the
quadriceps.

**PLAN:**
I will see him in three weeks. He will do exercising on his own. If enough pain
and weakness persists compared to his baseline, then he may have to go to
therapy.


**Seth Kane, M.D., P.A.**
Job 2296
SK/lac/tdk

# SETH KANE, M.D., F.A.A.O.S
## 277 FOREST AVENUE
### SUITE 201
PARAMUS, NEW JERSEY 07652
(201) 261-7980
FAX: (201) 261-8050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**    Pushkin, David
**DATE OF VISIT:**    February 25, 2008

## CHIEF COMPLAINTS:
1. Lower thoracic, upper back pain.
2. Follow-up lower back pain.

## HISTORY OF PRESENT ILLNESS:
Post motor vehicle accident, he has new pain in the lower thoracic to upper lumbar region. He has some modest increase in the lower lumbar pain, where he has had the old surgery and instrumentation 11 months ago. He feels his gait is a little more clumsy and at times, he gets tingly feelings down into his feet. He is still having issues with fluid retention in the legs. He is still walking with a cane but for short distances, he is carrying it more than using it.

## PHYSICAL EXAMINATION:
On examination, he has poor sitting posture. There is tenderness diffusely in the lower thoracic to upper lumbar paraspinous muscles bilaterally. He has tenderness directly over the lower hardware pins distally, which is exacerbated since the car accident. Range of motion of the back is prominently limited, but not particularly changed. He has significant residual weakness of the muscles much more on the left side, but not dramatically different than his motor examination pre-accident. He is walking with a somewhat wide-based gait. There is edema of the left leg to a moderate degree.

## ASSESSMENT/PLAN:
The plan is to send him to physical therapy to try to get him back to his pre-accident level as quickly as possible. I think the new injuries are soft tissue and not structural.

I will see him in a month.

Seth Kane, M.D., P.A.
Job 2482
SK/lac/tdk



10 East Stow Road, Suite 100
Marlton, NJ 08053
856-596-5600 P
856-596-6300 F
www.premierprizm.com

April 12, 2008

DAVID B PUSHKIN                          Claim #:      0236794150101016
200 WINSTON DR                           DOL:          January 28, 2008
APT 812                                  Request ID:   182030
CLIFFSIDE PARK
NJ 07010

At the request of your insurance company, an Orthopedics Independent Medical Examination has been scheduled for you on **May 19, 2008 at 1:45 PM** with:

> Dr. Menachem Y. Epstein
> 130 Kindermack Rd Suite 305
> River Edge, NJ 07661
> (201) 342-4566

If you need directions to the physician's office, please contact the physician's office directly. The physician's office requires at least 72 hours advance notice to reschedule an appointment. **If you are unable to keep this appointment please contact our office immediately at (856) 596-5600 extension** . Do not cancel or reschedule this appointment directly with the physician's office as they are not authorized to make schedule changes. Failure to cooperate and appear for this scheduled examination may result in a suspension of your medical benefits for this claim.

In order for a thorough and meaningful examination to take place, it is necessary that you bring with you all X-rays, MRI's and/or CAT Scans which may have been taken. Please also bring photo identification to the examination.

All fees related to this appointment will be paid by your insurance carrier. Please do not give or accept payment information at the time of the examination.

Thank you for attending this Independent Medical Examination.

Sincerely,


IME Department
Premier Prizm Solutions, LLC.
cc: Adjuster: Dominic Spaventa, GEICO
    Attorney:


*Launching Our Technology to YOUR FUTURE!*

IM11

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 39 of 320 PageID: 2926

11/10/2009   12:04   2012510059      SETH KANE MD PA      PAGE   17/25
Case 1:10-cv-09212-JGK -DCF   Document 13-5   Filed 02/17/11   Page 30 of 30

# SETH KANE, M.D., F.A.A.O.S
277 FOREST AVENUE
SUITE 201
PARAMUS, NEW JERSEY 07652
(201) 261-7980
FAX: (201) 261-8050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**         Pushkin, David
**DATE OF VISIT:**        April 28, 2008

**CHIEF COMPLAINT:**
Left lower extremity pain.

**HISTORY OF PRESENT ILLNESS:**
He is now three months post motor vehicle accident and about a year post
anterior and posterior complex decompression and fusion of his lumbar spine.
He and I had a very long talk today. His main problem now is progressively he
gets edema of the left leg up to the knee as the day goes on. When he first gets
up in the morning, he does not have leg pain. As the edema gradually developed
during the day, he does develop leg pain. He still gets around with a cane. He
has a degree of back pain. He has been going to therapy; the therapy helps his
back, but does not make any difference for his leg.

**PHYSICAL EXAMINATION:**
On examination, he is more comfortable today than I have seen him previously
and he agrees with this. He has grade 4+/5 quadriceps strength on the left and
hamstring strength is the same. Anterior, posterior tibial, peroneal and
gastrocnemius soleus strength is now pushing 5/5 which is certainly improved. I
am seeing him early in the afternoon and he has not been on his feet much today
and he has his stockings on and has only very slight edema around the ankle.
By the end of the day, his ankle and calf are massively swollen by his
description.

**ASSESSMENT:**
After our discussion, he and I pretty much agree that his muscle power is now
better than it was pre-car accident. The back pain is at an acceptable level. The
leg edema progressing during the day is his worst problem.

**PLAN:**
I am recommending he go back to the vascular surgeon again. Options would be
go back on Lasix and possibly a more rigid compressive support stocking. The
question is whether there is anything else that can be offered for his veins, which
presumably are not working well. He should continue with the home exercise
program but the current plan is to let the therapy lapse. He is seeing Dr. Park for
pain management, who has him on the combination of several medications.

**Seth Kane, M.D., P.A.**
Job 3103
SK/tdk

May. 27. 2008  1:49PM        2008-05-27 14:07:02 Page 1 of 4        No. 1101  P. 1

# Menachem Y. Epstein, M.D.
## Orthopedic Surgery

CENTRAL OFFICE
130 Kinderkamack Road
River Edge, NJ 07661
Tel: 201-342-4566
Fax: 201-342-4054

May 22, 2008

Premier Prizm Solutions
10 East Stow Road
Suite 100
Marlton, New Jersey 08053

Claimant:     Pushkin, David
Claim No:     0236794150101016
Request No:   182030
D/A:          January 28, 2008

To Whom It May Concern:

Dr. David Pushkin was examined at your request on May 19, 2008 at my River Edge, New Jersey office. He was identified by New Jersey driver license photo ID number P9435 15662 03632. This is a report of an independent orthopedic evaluation following a motor vehicle accident. Dr. Pushkin is a 45-year-old male born on March 21, 1963.

**Chief complaint at time of examination**: Dr. Pushkin stated that he has pain in the sacral area and left leg and occasional scapular and sternum pain. Dr. Pushkin stated that the accident "exacerbated the previous condition."

**History of present injury**: Dr. Pushkin stated that he was involved in a motor vehicle accident on January 28, 2008. At the time of the accident, Dr. Pushkin was reportedly the restrained driver of a vehicle that was stopped at the North Paramus Road exit on Rt. 4 West in Paramus, New Jersey when struck in the rear by another vehicle (noted in records as a pick-up truck). There was no reported loss of consciousness; however Dr. Pushkin did report having felt slightly dazed. He stated that he sustained injuries to the back. Dr. Pushkin drove to the Emergency Room of Hackensack University Medical Center where he was evaluated and x-rays of the thoracic and lumbar spine were done. He was treated with medication and released from the emergency room after four hours that same day.

**Follow Up**: Dr. Pushkin was treated by Dr. Seth Kane, orthopedic surgeon, and Dr. Kenneth Park, pain management. X-rays of the lumbar spine were done at Hackensack University Medical Center (see imaging). Dr. Pushkin was treated with physical therapy at Alliance Hand and Physical Therapy. He stated that he has been treating with oxymorphone 5 mg three times daily since April 2008 for a spinal infection, MRSA infection and DVT. He is no longer receiving physical therapy treatment. Current medications include Amrix 30 mg, Opana (oxymorphone) ER 5 mg bid, and Opana IR 5 mg prn.

**Medical and Social History**: Dr. Pushkin denied any previous similar accidents or injuries. He acknowledged previous neck and back pain for which he received treatment. Medical history is significant for mild hypertension and prostrate and testicular cancer in 1991 treated with chemotherapy and radiation.

27. 2008  1:50PM          **2008-05-27 14:07:02 Page 2 of 4**          No. 1101   P. 2

Re: Pushkin, David

Surgical history is significant for hernia repair in 1965, colon resection in 1999, and anterior and posterior spine surgery with fusion at L3 to sacrum performed by Dr. Andrew Casden at Beth Israel Hospital in March 2007. Dr. Pushkin does not smoke cigarettes. He drinks two glasses of red wine per week.

**Employment History:** Dr. Pushkin is currently working part-time as a college professor teaching chemistry/physics, as he was at the time of the accident. He has worked in this capacity for 25 years. Dr. Pushkin reported having lost no time from work as a result of the accident in question.

**Physical Examination:** Dr. Pushkin is a 45-year-old, right-handed male who is 5' 8" tall, weighs 190 lbs. with brown hair and brown eyes. He was alert and cooperative. He walked with a limp to the left complaining of left leg weakness). Dr. Pushkin was able to walk on heels and toes with slight instability. He was able to mount the examination table. Dr. Pushkin drove to the office for today's examination. Examination was limited to the lumbosacral spine.

The ranges of motion tests were measured visually or by a goniometer. The visual examination is performed by moving the joints passively or actively to the maximally possible motion, which represents then a full range of motion. Incomplete motion is measured with a goniometer. The normal values were listed in accordance with the Guidelines of the American Academy of Orthopedic Surgeons (from The Clinical Measurement of Joint Motion 1994), as well as in the AMA Guidelines to the Evaluation of Permanent Impairment, 6th Edition. The measurements could represent a normal variation due to age, gender, and body mass. These variations are evaluated by comparison to the normal and unaffected sides. All measurements of the ranges of motion were obtained without forcing Dr. Pushkin to move beyond the point where pain was expressed.

**Lumbosacral Spine:** Dr. Pushkin is status post anterior and posterior spine surgery of decompression and fusion at L3 to sacrum with a visible 7" surgical scar and a painful bulge at the left S1 joint. Dr. Pushkin has kyphoscoliosis of the dorsal spine. He had reduced range of motion about the lumbosacral spine with 55/90 degrees flexion (90 normal), 30/30 degrees extension (30 normal), 30/30 degrees lateral bending (30 normal), and 30/30 degrees rotation (30 normal). There was slight focal vertebral tenderness to palpation and no paralumbar tenderness as a sign of muscle spasm. Straight leg raising was pain free and normal at 60/60 degrees bilaterally from a supine position (60 normal) and 90/90 degrees bilaterally from a sitting position (90 normal). The chin to chest and Lasegue's tests were negative. There are no sciatic stretch pain, motor or sensory deficits in the lower extremities.

**Reflexes:** Reflexes in the lower extremities (patellar and Achilles) were normal +2.

**Imaging Studies:** I have had the opportunity to review the following imaging films brought by Dr. Pushkin to today's examination:

* X-ray films from Hackensack University Hospital for date of service January 28, 2008 which I read as showing large bilateral lumbar spine plates with large 4 laminar screws on each side, graft cages and extension of a large screw to the sacroiliac joint. On the left side the S1 screw is bulging and painful.

2

05/27/2008   1:51PM (GMT-04:00)

27. 2008  1:50PM          **2008-05-27 14:07:02 Page 3 of 4**          No. 1101  P. 3

Re: Pushkin, David


Review of records: I have had the opportunity to review the following medical records:

- Medical records from Dr. Seth Kane, orthopedic surgeon, dated February 1, 2008 through April 28, 2008. Letter of medical necessity dated February 25, 2008.

- General Evaluation report from Alliance Hand and Physical Therapy dated April 7, 2008.

- Assorted Decision Point Review/Pre-certification Request from Premier Prizm Solutions.

- Assorted C-1500 and ATPT Forms.

## Impression and IME Issues

A comprehensive orthopedic evaluation of the lumbar spine was conducted on Dr. Pushkin pertinent to the motor vehicle accident on January 28, 2008.

Dr. Pushkin has a history of severe spinal stenosis and multilevel spondylolisthesis with Status post major spine surgery, unrelated to the motor vehicle accident in question, as well as postoperative spinal infection treated with IV antibiotics and with narcotics medication for pain. I find that most of the pain originates in the bulging screw on the left SI area with mild focal vertebral pain added by the spinal contusion from the recent accident.

Diagnosis:  Recent lumbar contusion superimposed on previous major spinal surgery with postoperative infection, bulging and painful SI joint screw left side.

Further orthopedic treatment, including physical therapy three times weekly for four weeks; recommended evaluation by spine surgeon to rule out residual injury; removal of screw by a spine surgeon, unrelated to the accident in question.

Causal relationship of accident to current lumbar pain is verified; which is superimposed on residual pain from a previous spinal major surgical procedure.

Pre-existing conditions: History of severe stenosis and spondylolisthesis; status post anterior and posterior spine surgery with fusion at L3 to sacrum performed by Dr. Andrew Casden at Beth Israel Hospital in March 2007.

MMI: not achieved.

At the conclusion of the examination, Dr. Pushkin left in the same condition as noted upon arrival. No dissatisfaction with the examination was expressed.

3

27. 2008 1:50PM        2008-05-27 14:07:02 Page 4 of 4        No. 1101   P. 4

Re: Pushkin, David

I, Menachem Y. Epstein, MD, a licensed physician in New York license # 120713 and New Jersey license # 31279 certify and affirm that: 1) the above report is my own; 2) The statements contained herein are true and accurate to the best of my knowledge under the penalty of perjury; pursuant to CPLR 2106. 3) The above claimant was examined in accordance with the restrictive rules concerning an independent Medical Examination. No doctor-patient relationship exists or is implied by this examination, and no treatment was administered or specifically suggested. Furthermore, the claimant was examined with reference to a claim of one or more specific, accident-related personal injury (injuries) related to the specific insurance claim under consideration. Any other medical complaints that are unreported or unrelated to this subject insurance claim are beyond the scope of this examination. Testimony by telephone and court appearance testimony is available by appointment.

Sincerely,

Menachem Y, Epstein, MD
Fellow, American Academy of Orthopedic Surgeons

MYE:taa

4

05/27/2008  1:51PM (GMT-04:00)



10 East Stow Road, Suite 100
Marlton, NJ 08053
856-596-5600 P
856-596-6300 F
www.premierprizm.com

June 25, 2008

**_Re-Evaluation Appointment_**

DAVID B PUSHKIN                    Claim #:    0236794150101016
200 WINSTON DR                     DOL:        January 28, 2008
APT 812
CLIFFSIDE PARK
NJ 07010

Dear Mr. PUSHKIN:

At the request of your insurance company, an Orthopedics Independent Medical Exam for Re-Evaluation has been scheduled for you on **_July 28, 2008 at 4:00 PM_** with:

> Dr. Menachem Y. Epstein
> 130 Kindermack Rd Suite 305
> River Edge, NJ 07661
> (201) 342-4566

If you need directions to the physician's office, please contact the physician's office directly. The physician's office requires at least 72 hours advance notice to reschedule an appointment. **If you are unable to keep this appointment please contact our office immediately at (856) 596-5600 extension** . Do not cancel or reschedule this appointment directly with the physician's office as they are not authorized to make schedule changes. Failure to cooperate and appear for this scheduled examination may result in a suspension of your medical benefits for this claim.

In order for a thorough and meaningful examination to take place, it is necessary that you bring with you all X-rays, MRI's and/or CAT Scans which may have been taken. Please also bring photo identification to the examination.

All fees incurred related to this appointment will be paid by your insurance carrier. Please do not give or accept payment information at the time of the examination.

Thank you for attending this Independent Medical Examination.

Sincerely,


IME Department
Premier Prizm Solutions, LLC.
cc: Adjuster: Dominic Spaventa, GEICO
    Attorney:


**_Launching Our Technology to YOUR FUTURE!_**

IM15

01/15/2010 12:43 FAX                     GEICO                              @002/005
Jul. 31. 2008  2:22PM       2008-07-31 14:25:51  Page 1 of 8        No. 2150   P. 1/8

## Menachem Y. Epstein, M.D.
## Orthopedic Surgery

CENTRAL OFFICE
130 Kinderkamack Road
River Edge, NJ 07661
Tel: 201-342-4566
Fax: 201-342-4064

July 31, 2008

Premier Prizm Solutions
10 East Stow Road
Suite 100
Marlton, New Jersey 08053

Claimant:     Pushkin, David
Claim No:     0236794150101016
Request No:   241910
D/A:          January 28, 2008

To Whom It May Concern:

Dr. David Pushkin was re-examined at your request on July 28, 2008 at my River Edge, New Jersey office.  I initially examined him on May 19, 2008.  He was identified by New Jersey driver license photo ID number P9435 15662 03632. This is a report of an independent orthopedic re-evaluation following a motor vehicle accident. Dr. Pushkin is a 45-year-old male born on March 21, 1963.

**Chief complaint at time of examination:** Dr. Pushkin stated that he has the same complaints of pain in the sacral area and left leg and occasional scapular and sternum pain. Dr. Pushkin stated that the accident "exacerbated the previous condition" as stated in the May 19, 2008 examination.

**History of present injury:** Dr. Pushkin stated that he was involved in a motor vehicle accident on January 28, 2008. At the time of the accident, Dr. Pushkin was reportedly the restrained driver of a vehicle that was stopped at the North Paramus Road exit on Rt. 4 West in Paramus, New Jersey when struck in the rear by another vehicle (noted in records as a pick-up truck). There was no reported loss of consciousness; however Dr. Pushkin did report having felt slightly dazed. He stated that he sustained injuries to the back. Dr. Pushkin drove to the Emergency Room of Hackensack University Medical Center where he was evaluated and x-rays of the thoracic and lumbar spine were done. He was treated with medication and released from the emergency room after four hours that same day.

**Follow Up:** Dr. Pushkin was treated by Dr. Seth Kane, orthopedic surgeon, Dr. Kenneth Park, pain management, Dr. Mario Vukle, neurologist, and Dr. Andrew Casden, orthopedic spine surgeon. X-rays of the lumbar and thoracic spine were done at Hackensack University Medical Center (see imaging). He had an EMG/NCV of the lower extremity by Dr. Vukle on July 18, 2008.  Dr. Pushkin was treated with physical therapy at Alliance Hand and Physical Therapy. He stated that he has been treating with oxymorphone 5 mg three times daily since April 2008 for a spinal infection, MRSA infection and DVT. He is no longer receiving physical therapy treatment. Dr. Pushkin stated that he walks 45 minutes daily.   Dr. Pushkin presently continues under the care of Dr. Casden and Dr. Park.

Re: Pushkin, David

Current medications include Amrix 30 mg, Opana (Oxymorphone) ER 5 mg bid, and Opana IR 5 mg prn, Celebrex 200 mg bid daily. Dr. Pushkin reported taking pain medication prior to today's examination.

**Medical and Social History:** Dr. Pushkin denied any previous similar accidents or injuries. He acknowledged previous neck and back pain for which he received treatment. Medical history is significant for mild hypertension and prostate and testicular cancer in 1991 treated with chemotherapy and radiation. Surgical history is significant for hernia repair in 1965, colon resection in 1999, and anterior and posterior spine surgery with fusion at L3 to sacrum performed by Dr. Andrew Casden at Beth Israel Hospital in March 2007. Dr. Pushkin does not smoke cigarettes. He drinks two glasses of red wine per week.

**Employment History:** Dr. Pushkin is currently working part-time as a college professor teaching chemistry/physics, as he was at the time of the accident. He has worked in this capacity for 25 years. Dr. Pushkin reported having lost no time from work as a result of the accident in question.

**Physical Examination:** Dr. Pushkin is a 45-year-old, right-handed male who is 5' 8" tall, weighs 190 lbs, with brown hair and brown eyes. He was alert and cooperative. He walked with a steady, non-impaired gait pattern, with the use of a cane. Dr. Pushkin was able to walk on heels and toes and mount the examination table easily. Dr. Pushkin drove to the office for today's examination. Examination was limited to the lumbosacral spine.

The ranges of motion tests were measured visually or by a goniometer. The visual examination is performed by moving the joints passively or actively to the maximally possible motion, which represents then a full range of motion. Incomplete motion is measured with a goniometer. The normal values were listed in accordance with the Guidelines of the American Academy of Orthopedic Surgeons (from The Clinical Measurement of Joint Motion 1994), as well as in the AMA Guidelines to the Evaluation of Permanent Impairment, 6th Edition. The measurements could represent a normal variation due to age, gender, and body mass. These variations are evaluated by comparison to the normal and unaffected sides. All measurements of the ranges of motion were obtained without forcing Dr. Pushkin to move beyond the point where pain was expressed.

**Lumbosacral Spine:** Dr. Pushkin is status post anterior and posterior spine surgery of decompression and fusion at L3 to sacrum with a visible 7" surgical scar and a slightly painful bulge at the left S1 joint. Dr. Pushkin has kyphoscoliosis of the dorsal spine. He had reduced active range of motion about the lumbosacral spine with 60/90 degrees flexion (90 normal), 30/30 degrees extension (30 normal), 30/30 degrees lateral bending (30 normal), and 30/30 degrees rotation (30 normal). Dr. Pushkin was able to bend to 12" from the floor. There was no focal vertebral tenderness to palpation and no paralumbar tenderness as a sign of muscle spasm. Straight leg raising was pain normal at 60/60 degrees bilaterally from a supine position (60 normal) and 90/90 degrees bilaterally from a sitting position (90 normal). Left leg pain was noted on motion of the lower extremity. The chin to chest and Lasegue's tests were negative. There are no antalgic scoliosis, sciatic stretch pain, motor or sensory deficits in the lower extremities.

2

Re: Pushkin, David

**Reflexes:** Reflexes in the left knee were 0, right knee, left ankle and right ankle were +2. Quadriceps strength was normal at 5/5.

**Imaging Studies:** I have had the opportunity to review the following imaging study reports:

- Report of CT lumbar myelogram from Best Israel Center for date of service June 3, 2008; Impression: 1. Status post laminectomy at L3, L4, L5 levels and anterior, posterior spinal fusions from L2 to S1. 2. Slight constriction of the contrast medium column at L5-S1 level. 3. An anterior extradural defect is seen at L1-L2 level. 4. Grade II spondylolisthesis of L5 vertebral body in relations to S1.

- Report of Post-Myelographic CT Scan of the lumbosacral spine from Best Israel Center for date of service June 3, 2008; Impression: 1. Status post laminectomy at L3, L4, L5 levels and anterior, posterior spinal fusions from L2 to S1. 2. Slight posterior disc bulging at L1-L2 level with a posterolateral herniated disc on the left side. 3. A small anterolateral extradural mass at L2-L3 level on the left side, probably representing a small posterolateral herniated disc. 4. Slight spinal stenosis at L5-S1 level. 5. Grade II spondylolisthesis of L5 in relations to S1.

- Report of x-ray lumbar spine from Hackensack University Medical Center for date of service January 28, 2008; Impression: 1. there is normal alignment except for anterolisthesis of L5 on S1. 2. There is extensive lumbar fusion hardware with anterior and posterior fusions as described above. Based on my numbering, there is moderate anterolisthesis of L5 on S1. 3. Probable small bone island associated with the right iliac bone. However, this is a nonspecific density. 4. There are laminectomies associated with the posterior fusions at about L3, L4 and L5.

- Report of x-ray thoracic spine from Hackensack University Medical Center for date of service January 28, 2008; Impression: The uppermost thoracic vertebral bodies are not seen on the lateral view. No thoracic compression deformities.

- Report of a bone scan by Dr. Jacqueline Brunetti for date of service June 25, 2008; Impression: probable post surgical changes in the lumbar spine. Normal activity in the rib cage.

- Report of EMG/NCV study of the lower extremity from Dr. Mario Vukie with Hackensack Neurology Group for date of service July 18, 2008; Impression: This is an abnormal study with electrophysiologic evidence of a lumbosacral polyradiculopathy.

**Review of records:** I have had the opportunity to review the following medical records:

- My orthopedic IME for date of service May 19, 2008; diagnosis: Recent lumbar contusion superimposed on previous major spinal surgery with postoperative infection; bulging and painful SI joint screw left side.

- Medical records from Alliance Hand and Physical Therapy dated April 7, 2008, April 9, 2008, April 11, 2008, April 25, 2008 and April 28, 2008.

3

Re: Pushkin, David

- Assorted Decision Point Review/Precertification requests from Premier Prizm Solutions.

- Assorted billing.

### Impression and IME Issues

A comprehensive orthopedic evaluation was conducted on Dr. Pushkin pertinent to the motor vehicle related accident on January 28, 2008. Significant back pain and left leg pain has slight probability of causality to the car accident and the pain is related to previous spine fusion (aggravated pre-existing severe spinal condition).

Diagnosis:   Status post spine fusion (unrelated) with residual back and left leg pain, back pain due to exacerbation of the pain due to the car accident.

Currently no active PT treatment, related to the car accident is given, Dr. Pushkin walks 45 minutes in lieu of PT. Previous treatment of PT and pain medication was causally indicated. Currently pain medication use is related in my opinion to the spinal fusion with aggravation by the car accident.

Dr. Pushkin requires pain management for his pain medication for eight additional weeks.

Causal relationship of accident to current lumbar pain is verified; which is superimposed on residual pain from a previous major spinal surgical procedure.

Pre-existing conditions: History of severe stenosis and spondylolisthesis; status post anterior and posterior spine surgery with fusion at L3 to sacrum performed by Dr. Andrew Casden at Beth Israel Hospital in March 2007.

MMI status not yet achieved with regards to the car accident but is anticipated in 6 weeks.

At the conclusion of the examination, Dr. Pushkin left in the same condition as noted upon arrival. No dissatisfaction with the examination was expressed.

I, Menachem Y. Epstein, MD, a licensed physician in New York license # 120713 and New Jersey license # 31878 certify and affirm that: 1) the above report is my own; 2) The statements contained herein are true and accurate to the best of my knowledge under the penalty of perjury; pursuant to CPLR 2106. 3) The above claimant was examined in accordance with the restrictive rules concerning an Independent Medical Examination. No doctor-patient relationship exists or is implied by this examination, and no treatment was administered or specifically suggested. Furthermore, the claimant was examined with reference to a claim of one or more specific, accident-related personal injury (injuries) related to the specific insurance claim under consideration. Any other medical complaints that are unreported or unrelated to this subject insurance claim are beyond the scope of this examination. Testimony by telephone and court appearance testimony is available by appointment.

Sincerely,

Menachem Y. Epstein, MD
Fellow, American Academy of Orthopedic Surgeons

MYE:ep

4

**GEICO.**
geico.com

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

*DP copy*

750 Woodbury Road
Woodbury, NY 11797-2519

08/08/2008

Date Loss Reported to GEICO: 01/28/2008

David  Pushkin
200 Winston Dr
Cliffside Park,  NJ  07010-3214

| | |
|---|---|
| Company Name: | Government Employees Insurance Company |
| Claim Number: | 023679415-0101-016 |
| Loss Date: | Monday, January 28, 2008 |
| Policyholder: | David Pushkin |
| Policy Number: | 2010349807 |
| Injured Party: | David  Pushkin |

Dear David Pushkin,

Based on the result of an Independent Medical Examination performed by Dr. Dr. Epstein on 07/28/2008, it has been determined that David  Pushkin  has reached maximum medical improvement for Orthopedic treatment for injuries resulting from this loss.

Accordingly, all Orthopedic treatment will be denied effective 08/11/2008.

Should you have any further questions or require additional information, please feel free to contact me at the number below.

Sincerely,

Dominic Spaventa, Examiner Code LAF5
(800)301-1390x4554
Claims Department

cc:    Alliance Hand & Physical Therapy
       North Jersey Primary Care Associates

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 12/14/2009 4:43:37 PM |
| Start DOS: | 8/27/2009 |
| End DOS: | 10/27/2009 |
| Charged Amount: | $752.91 |
| Patient Resposibility: | $105.41 |
| EOB ID#: | 863702-2 |
| TIN: | 22-2509067 |
| Payment Amount: | $421.63 |
| Provider Name: | Vukic, Mario |
| Provider Address: | 211 Essex Street |
| | Suite 202 |
| | Hackensack, NJ 07601 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

Vukic, Mario
211 Essex Street
Suite 202
Hackensack, NJ 07601



# Explanation of Benefits

Insurance Company: GEICO NJ PIP
PO Box 986
Marlton, NJ 08053

Claim Number: 0239794150101016
Date of Injury: 26-Jan-08

Adjuster: Fuge, Gina

Provider: Vukic, Mario
211 Essex Street
Suite 202
Hackensack, NJ 07601

Provider TIN: 222509097

Patient: PUSHKIN, DAVID B.
300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

Account Number: 066489A

DOS From: 8/27/2009   To: 10/27/2009

ICD-9 Code / Diagnosis Description
724.4   THORACIC OR LUMBOSACRAL NEURITIS OR RADICULITIS UNSPECIFIED

| Date of Service | Procedure Code and Description | Units | Billed Amount | FSR/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2008 | 99213 OFFICE OUTPT EST15 MIN | 1 | 69.87 | 0.00 | 0.00 | 17.96 | 0.00 | 8.38 | 33.53 | 0.00 | 33.53 | 615, 818, 702 |
| 09/21/2009 | 99254 1ST INPT CONSLTJ 80 MIN | 1 | 202.75 | 0.00 | 0.00 | 60.82 | 0.00 | 28.39 | 113.54 | 0.00 | 113.54 | 615, 702 |
| 09/22/2009 | 99231 SBSQ HOSP CARE PR D 15 MIN | 1 | 80.00 | 23.90 | 0.00 | 0.10 | 0.00 | 11.20 | 44.80 | 0.00 | 44.80 | 615, 702, 101 |
| 09/23/2009 | 99231 SBSQ HOSP CARE PR D 15 MIN | 1 | 80.00 | 23.90 | 0.00 | 0.10 | 0.00 | 11.20 | 44.80 | 0.00 | 44.80 | 615, 702, 101 |
| 09/25/2009 | 99231 SBSQ HOSP CARE PR D 15 MIN | 1 | 80.00 | 23.90 | 0.00 | 0.10 | 0.00 | 11.20 | 44.80 | 0.00 | 44.80 | 615, 702, 101 |
| 10/27/2009 | 99244 OFFICE CONSLTJ 60 MIN | 1 | 250.29 | 56.53 | 0.00 | 18.76 | 0.00 | 35.04 | 140.16 | 0.00 | 140.16 | 615, 803, 702, 101 |
| | Total: | | 752.91 | 128.03 | 0.00 | 97.84 | 0.00 | 105.41 | 421.63 | 0.00 | 421.63 | |

Patient Responsibility:   Deductible 0.00   Copay 105.41   Amount Due: 421.63

Explanation Codes

| | |
|---|---|
| 101 | The fees for this service exceed the amount allowed according to the state Fee Schedule. |
| 615 | The fees for this service have been reduced according to the PH&Q(GALAXY_HEALTH) PPO Network.  For questions, contact Prime Health at (866) 348-3887. |
| 702 | Copay Applied |
| 803 | Documentation does not meet key components for the level of E/M service billed, CPT code has been modified. |
| 818 | This CPT code has been reviewed and agreed upon during a code review. |

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 966                           Phone:     856 566-5600
Meriton, NJ 08053                      Fax:       856 566-6300

Date Received:      14-Dec-09
Date Processed:     21-Dec-09
Bill ID:            8637002-2

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.S.A. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution.  This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 1/14/2010 9:19:10 AM |
| Start DOS: | 9/17/2009 |
| End DOS: | 9/17/2009 |
| Charged Amount: | $5437.80 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 901160-2 |
| TIN: | 22-1487322 |
| Payment Amount: | $0.00 |
| Provider Name: | Holy Name Hospital |
| Provider Address: | 718 TEANECK ROAD |

PUSHKIN, DAVID B.

200 Winston Drive

Apt 812

Cliffside Park, NJ 07010

Teaneck, NJ 07666

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

Holy Name Hospital

718 TEANECK ROAD

Teaneck, NJ 07666

# Explanation of Benefits

Insurance Company: GEICO NJ PIP
PO Box 986
Marlton, NJ 08053

Adjuster: Fuge, Gina

Provider: Holy Name Hospital
718 TEANECK ROAD
Teaneck, NJ 07666

Account Number:

ICD-9 Code   Diagnosis Description

— — —   Not Specified

Claim Number: 02367941501101016
Date of Injury: 28-Jan-08

Provider TIN: 221487322
Patient: PUSHKIN, DAVID B.
200 Winston Drive
Apt 812
Cliffside Park, NJ 07010

DOS From: 9/17/2009   To:   9/17/2009

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS&UCR Reduction | Statutory Reduction | Discount Deductible / Amount Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/17/2009 | Invalid Procedure Code | 1 | 2.01 | 2.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 301 |
| 09/17/2009 | Invalid Procedure Code | 1 | 51.79 | 51.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 301 |
| 09/17/2009 | Invalid Procedure Code | 1 | 1,696.00 | 1,696.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 301 |
| 09/17/2009 | Invalid Procedure Code | 1 | 2,766.00 | 2,766.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 301 |
| 09/17/2009 96365 | IV INFUSION THERAPY/PROPHYLAXIS /DX 1ST >1 HOUR | 1 | 922.00 | 0.00 | 922.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 823 |

Total: 5,437.80   4,515.80   922.00   0.00   0.00   0.00   0.00   0.00

Patient Responsibility:   Deductible   Copay   Amount Due:

0.00   0.00

Explanation Codes

301   According to the current coding books, the CPT/HCPCS code is not a valid code for the year the services were billed. Please resubmit your bill with a valid
      CPT/HCPCS code for processing.

823   No documentation was submitted for this CPT code. Please submit documentation for further review of this CPT code.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 966
Marlton, NJ 08053

Phone:   856 596-5600
Fax:     856 596-6300

Date Received:    14-Jan-10
Date Processed:   09-Feb-10
Bill ID:          901160-2

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO
PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY
N.J.A.C. 11:3-29 PURSUANT TO N.J.SA. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all
requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute
Resolution. This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS:

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601



**Holy Name Hospital**

718 Teaneck Road
Teaneck, NJ 07666

## STATEMENT OF ACCOUNT

IMPORTANT
SEE REVERSE SIDE FOR
INSURANCE INFORMATION

| PATIENT NAME | | PAGE NO. |
|---|---|---|
| PUSHKIN, DAVID | | 1 |

| STATEMENT DATE | ACCT NO. | PT. TYPE |
|---|---|---|
| 1/03/10 | 2962748 | D |

SELECT PAYMENT METHOD: DISCOVER ☐  VISA ☐  MASTERCARD ☐

| CARD/CHECK NUMBER | | EXP. DATE |
|---|---|---|

| SIGNATURE | AMT. DUE FROM PATIENT |
|---|---|
| | 5,437.80 |

*For your convenience, you can review, update, or pay your account online at http://www.holyname.org/patientaccounts.*

AMOUNT ENCLOSED $ _____

**GUARANTOR:**



000216 0.5380 AT 0.357
BETH NUSSBAUM
200 WINSTON DRIVE APT 812      2962748D      TR00003
CLIFFSIDE PARK, NJ 07010-3214

BUSINESS OFFICE
HOLY NAME HOSPITAL
718 TEANECK ROAD
TEANECK, NJ 07666-4281

*DETACH ALONG PERFORATION AND RETURN THIS STUB WITH PAYMENT USING THE ENCLOSED ENVELOPE. MAKE SURE THE RETURN ADDRESS SHOWS THROUGH THE WINDOW.*

IMPORTANT NOTE IF PAYING BY CHECK:
MAKE CHECK PAYABLE TO HOLY NAME HOSPITAL AND ENTER
PATIENT'S ACCOUNT NUMBER ON CHECK.

| DATE | DESCRIPTION | CPT | AMOUNT | DATE | DESCRIPTION | CPT | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9/17/2009 | SODIUM CHLORIDE 0.9ML | | 2.01 | | | | |
| 9/17/2009 | LIDOCAINE HCL (CARDIAC) {5ML | | 51.79 | | | | |
| 9/17/2009 | SDS ROOM & BOARD - PAIN MGMT | | 1,696.00 | | | | |
| 9/17/2009 | >ONE HOUR TO 1 HR 15 MINS. | | 2,766.00 | | | | |
| 9/17/2009 | INFUSION, IV | 96365 | 922.00 | | | | |

ICD-9 DIAGNOSIS CODE(S): 7295 7242 4019

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US ANY WEEKDAY BETWEEN 9AM AND 3PM
OUT PATIENTS  201-833-3341      IN PATIENTS  201-833-3339

| PAGE NO. | PATIENT'S NAME AND ACCOUNT NUMBER | DATES OF SERVICE | AMOUNT DUE |
|---|---|---|---|
| 1 | 2962748<br>PUSHKIN, DAVID | 9/17/2009 - 9/17/2009 | 5,437.80 |

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 10/7/2009 2:32:49 PM |
| Start DOS: | 9/21/2009 |
| End DOS: | 9/21/2009 |
| Charged Amount: | $44082.91 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 775711-2 |
| TIN: | 22-1487576 |
| Payment Amount: | $0.00 |
| Provider Name: | Hackensack University Medical Ce |
| Provider Address: | PO Box 48027 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East

Suite 114

East Rutherford, NJ 07073

Newark, NJ 07101

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

Hackensack University Medical Center

PO Box 48027

Newark, NJ 07101



# Explanation of Benefits

Insurance Company: GEICO NJ PIP
PO Box 986
Marlton, NJ 08053

Adjuster: Fuge, Gina

Provider: Hackensack University Medical Center
PO Box 48027
Newark, NJ 07101

Account Number:

Claim Number: 0236794150101016
Date of Injury: 28-Jan-08
Provider TIN: 221487576
Patient: PUSHKIN, DAVID B.
300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073
DOS From: 9/21/2009    To: 9/21/2009

ICD-9 Code    Diagnosis Description
276.1    HYPOSMOLALITY AND/OR HYPONATREMIA
276.8    HYPOPOTASSEMIA
584.9    ACUTE RENAL FAILURE UNSPECIFIED
788.29    OTHER SPECIFIED RETENTION OF URINE

| Date of Service | Procedure Code and Description | Units | Billed Amount | FSUCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2009 730 | EKG/ECG | 1 | 244.00 | 0.00 | 244.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 612 | Magnetic Resonance Tech (MRT): Spinal Cord (incl. Spine) | 1 | 3,323.00 | 0.00 | 3,323.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 450 | Emergency Room | 1 | 2,702.00 | 0.00 | 2,702.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 402 | Other Imaging Services: Ultrasound | 2 | 502.00 | 0.00 | 502.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 352 | CT Scan: Body | 1 | 3,598.00 | 0.00 | 3,598.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 351 | CT Scan: Head | 1 | 1,454.00 | 0.00 | 1,454.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 324 | Radiology - Diagnostic: Chest X-ray | 1 | 248.00 | 0.00 | 248.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 307 | Laboratory - Clinical Diagnostic: Urology | 1 | 89.00 | 0.00 | 89.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2009 | 306 | Laboratory - Clinical Diagnostic: Bacteriology/Microbiology | 8 | 646.00 | 0.00 | 646.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 | 305 | Laboratory - Clinical Diagnostic: Hematology | 3 | 243.00 | 0.00 | 243.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 | 301 | Laboratory - Clinical Diagnostic: Chemistry | 27 | 1,743.00 | 0.00 | 1,743.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 | 279 | Medical/Surgical Supplies: Other Supplies/Devices | 9 | 914.00 | 0.00 | 914.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 | 259 | Pharmacy: Other | 34 | 208.16 | 0.00 | 208.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 | 250 | Pharmacy | 36 | 648.73 | 0.00 | 648.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/21/2009 | 121 | Medical/Surgical/Gyn | 4 | 27,520.00 | 0.00 | 27,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| | | Total: | | 44,082.91 | 0.00 | 44,082.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Patient Responsibility:   Deductible 0.00   Copay 0.00   Deductible Applied 0.00   Amount Due: 0.00

**Explanation Codes**

425   This CPT code is not related to the MVA.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 986
Marlton, NJ 08053

Phone:   856 596-5600
Fax:   856 596-6300

Date Received:   07-Oct-09
Date Processed:   15-Dec-09
Bill ID:   775711-2

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.S.A. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution. This can be accessed at www.PremierPrizm.com.
All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 12/24/2009 |
| Start DOS: | 9/22/2009 |
| End DOS: | 9/22/2009 |
| Charged Amount: | $950.00 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 894336-2 |
| TIN: | 22-2430992 |
| Payment Amount: | $0.00 |
| Provider Name: | NJ CENTER FOR PROSTATE CA |
| Provider Address: | 255 W SPRING VALLEY AVE |

PUSHKIN, DAVID B.

300 State Highway Route 3 East

Suite 114                                                    MAYWOOD, NJ  07607

East Rutherford, NJ 07073

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

NJ CENTER FOR PROSTATE CANCER

255 W SPRING VALLEY AVE

MAYWOOD, NJ 07607

# Explanation of Benefits

| | |
|---|---|
| Insurance Company: | GEICO NJ PIP<br>PO Box 986<br>Marlton, NJ 08053 |
| Adjuster: | Fuge, Gina |
| Provider: | NJ CENTER FOR PROSTATE CANCER<br>285 W SPRING VALLEY AVE<br>MAYWOOD, NJ 07607 |
| Account Number: | 28735 |

| | |
|---|---|
| Claim Number: | 0235679415010101016 |
| Date of Injury: | 26-Jan-08 |
| Provider TIN: | 222430902 |
| Patient: | PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114<br>East Rutherford, NJ 07073 |
| DOS From: 9/22/2009 | To: 9/22/2009 |

ICD-9 Code    Diagnosis Description

586    RENAL FAILURE UNSPECIFIED
596.54    NEUROGENIC BLADDER NOT OTHERWISE SPECIFIED
788.20    RETENTION OF URINE UNSPECIFIED

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | Sub-Total | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/2009 | 99254   1ST INPT CONSLT/J 80 MIN | 1 | 500.00 | 297.25 | 202.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/22/2009 | 99233   SBSQ HOSP CARE PR D 35 MIN | 1 | 250.00 | 137.16 | 112.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| 09/22/2009 | 99232   SBSQ HOSP CARE PR D 25 MIN | 1 | 200.00 | 120.60 | 79.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425 |
| | Total: | | 950.00 | 555.01 | 394.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| Patient Responsibility: | Deductible | Copay | | Amount Due: |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

Explanation Codes

425    This CPT code is not related to the MVA.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 966
Marlton, NJ 08053

Phone: 856 596-5600
Fax: 856 596-6300

Date Received: 24-Dec-09
Date Processed: 10-May-10
Bill ID: 894336-2

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.SA. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution. This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 10/21/2009 11:11:23 AM |
| Start DOS: | 9/21/2009 |
| End DOS: | 9/25/2009 |
| Charged Amount: | $860.00 |
| Patient Resposibility: | $74.01 |
| EOB ID#: | 793693-2 |
| TIN: | 22-1968226 |
| Payment Amount: | $284.87 |
| Provider Name: | Hackensack Radiology Group, PA |
| Provider Address: | PO Box 27116 |

## PUSHKIN, DAVID B.

300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

NEWARK, NJ  07101

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

## Hackensack Radiology Group, PA

PO Box 27116

NEWARK, NJ 07101



# Explanation of Benefits

| | |
|---|---|
| Insurance Company: | GEICO NJ PIP<br>PO Box 986<br>Marlton, NJ 08053 |
| | Claim Number: 0236794150101016 |
| | Date of Injury: 28-Jan-08 |
| Adjuster: | Fuge, Gina |
| Provider: | Hackensack Radiology Group, PA<br>PO Box 27116<br>NEWARK, NJ 07101 |
| | Provider TIN: 221968226 |
| | Patient: PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114<br>East Rutherford, NJ 07073 |
| Account Number: | HRG356362 |
| | DOS From: 9/21/2009   To: 9/25/2009 |

**ICD-9 Code   Diagnosis Description**

| ICD-9 Code | Diagnosis Description |
|---|---|
| 228.09 | HEMANGIOMA OF OTHER SITES |
| 722.52 | DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC |
| 733.3 | HYPEROSTOSIS OF SKULL |
| 780.60 | FEVER UNSPECIFIED |

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2009 | 72148 26 MRI SPI CANAL&CNTS LMBR C-MATRL | 1 | 212.00 | 0.00 | 0.00 | 106.16 | 0.00 | 21.16 | 84.68 | 0.00 | 84.68 | 615, 818, 702 |
| 09/21/2009 | 71010 26 RADEXCH 1 VIEW FRNT | 1 | 30.00 | 13.94 | 0.00 | 0.94 | 0.00 | 3.02 | 12.10 | 0.00 | 12.10 | 615, 818, 702, 101 |
| 09/21/2009 | 70450 26 CT HEAD/BRN C-MATRL | 1 | 191.00 | 110.00 | 0.00 | 0.00 | 0.00 | 16.20 | 64.80 | 0.00 | 64.80 | 818, 702, 101 |
| 09/22/2009 | 78770 26 US RETROPERITONEAL R-T W/IMAGE COMPL | 1 | 125.00 | 70.57 | 0.00 | 0.00 | 0.00 | 10.89 | 43.54 | 0.00 | 43.54 | 702, 101 |
| 09/22/2009 | 72128 26 CT THRC SPI C-MATRL | 1 | 212.00 | 126.30 | 0.00 | 0.00 | 0.00 | 17.14 | 68.56 | 0.00 | 68.56 | 702, 101 |
| 09/25/2009 | 76857 26 US PEL NONGB B-SCAN&R-T IMG LMTD/F-UP-C57 | 1 | 90.00 | 62.02 | 0.00 | 0.00 | 0.00 | 5.60 | 22.38 | 11.19 | 11.19 | 702, 203, 101 |

| | Total: | 660.00 | 382.83 | 0.00 | 107.10 | 74.01 | 208.06 | 11.19 | 294.87 |

Patient Responsibility:   Deductible   Copay

Amount Due:   294.87

**Explanation Codes**

101   The fees for this service exceed the amount allowed according to the state Fee Schedule.

203   This CPT code was not submitted for DPR/PRE-Certification or the date of service falls outside of the treatment plan request. Based on NJAC 11:3-4.7, a 50% penalty has been applied.

615   The fees for this service have been reduced according to the PHS(GALAXY_HEALTH)   PPO Network.  For questions, contact Prime Health  at (866) 348-3887.

702   Copay Applied

818   This CPT code has been reviewed and agreed upon during a code review.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 986                                      Phone:        856 596-5600
Marlton, NJ 08053                              Fax:          856 596-6300

Date Received:      21-Oct-09
Date Processed:    08-Nov-09
Bill ID:                 793663-2

NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.S.A. 39:6A-4.6.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution.  This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 12/18/2009 3:47:27 PM |
| Start DOS: | 9/22/2009 |
| End DOS: | 9/25/2009 |
| Charged Amount: | $375.00 |
| Patient Resposibility: | $11.77 |
| EOB ID#: | 871118-1 |
| TIN: | 22-3812834 |
| Payment Amount: | $288.04 |
| Provider Name: | Bergen Nephrology LLC |
| Provider Address: | 540 Clinton Ave |

PUSHKIN, DAVID B.

300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

Wyckoff, NJ 07481

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

Bergen Nephrology LLC

540 Clinton Ave

Wyckoff, NJ 07481



# Explanation of Benefits

| | |
|---|---|
| Insurance Company: | GEICO NJ PIP<br>PO Box 986<br>Marlton, NJ 08053 |
| Adjuster: | Fuge, Gina |
| Provider: | Bergen Nephrology LLC<br>540 Clinton Ave<br>Wyckoff, NJ 07481 |
| Account Number: | 00000071400 |

| | |
|---|---|
| Claim Number: | 0238679415010101016 |
| Date of Injury: | 28-Jan-08 |
| Provider TIN: | 223812834 |
| Patient: | PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114<br>East Rutherford, NJ 07073 |
| DOS From 9/22/2009 | To: 9/25/2009 |

**ICD-9 Code   Diagnosis Description**

| | |
|---|---|
| 276.1 | HYPOSMOLALITY AND/OR HYPONATREMIA |
| 584.9 | ACUTE RENAL FAILURE UNSPECIFIED |
| 790.6 | OTHER ABNORMAL BLOOD CHEMISTRY |

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/2009 | 99253 1ST INPT CONSLT 55 MIN | 1 | 175.00 | 33.99 | 0.00 | 0.00 | 0.00 | 11.77 | 129.24 | 0.00 | 129.24 | 702, 101 |
| 09/23/2009 | 99232 SBSQ HOSP CARE PR D 25 MIN | 1 | 100.00 | 20.60 | 0.00 | 0.00 | 0.00 | 0.00 | 79.40 | 0.00 | 79.40 | 101 |
| 09/25/2009 | 99232 SBSQ HOSP CARE PR D 25 MIN | 1 | 100.00 | 20.60 | 0.00 | 0.00 | 0.00 | 0.00 | 79.40 | 0.00 | 79.40 | 101 |
| | Total: | | 375.00 | 75.19 | 0.00 | 0.00 | 0.00 | 11.77 | 288.04 | 0.00 | 288.04 | |

| Patient Responsibility: | Deductible | Copay | | Amount Due: | |
|---|---|---|---|---|---|
| | 0.00 | 11.77 | | 288.04 | |

**Explanation Codes**

101   The fees for this service exceed the amount allowed according to the state Fee Schedule.

702   Copay Applied

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 986
Marlton, NJ 08053

Phone:   856 596-5600
Fax:     856 596-6300

Date Received:  18-Dec-09
Date Processed:  25-Dec-09
Bill ID:       871116-1

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.S.A. 39:6A-4.6.

NOTE: AS OF JANUARY 1, 1993, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution. This can be accessed at www.PremierPrizm.com.

**All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.**

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 11/20/2009 4:38:45 PM |
| Start DOS: | 9/25/2009 |
| End DOS: | 9/25/2009 |
| Charged Amount: | $425.00 |
| Patient Resposibility: | $40.55 |
| EOB ID#: | 836115-1 |
| TIN: | 22-3430454 |
| Payment Amount: | $162.20 |
| Provider Name: | North Jersey Brain & Spine |
| Provider Address: | 680 KINDERKAMACK RD #300 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

ORADELL, NJ  07649

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

North Jersey Brain & Spine

680 KINDERKAMACK RD #300

ORADELL, NJ 07649

# Explanation of Benefits

| | |
|---|---|
| Insurance Company: | GEICO NJ PIP |
| | PO Box 986 |
| | Marlton, NJ 08053 |
| Adjuster: | Fuge, Gina |
| Provider: | North Jersey Brain & Spine |
| | 680 KINDERKAMACK RD #300 |
| | ORADELL, NJ 07649 |
| Account Number: | 64953.11 |

| | |
|---|---|
| Claim Number: | 0235794150101016 |
| Date of Injury: | 28-Jan-08 |
| Provider TIN: | 223430454 |
| Patient: | PUSHKIN, DAVID B. |
| | 300 State Highway Route 3 East |
| | Suite 114 |
| | East Rutherford, NJ 07073 |
| DOS From: 9/25/2009 | To: 9/25/2009 |

ICD-9 Code   Diagnosis Description
724.3   SCIATICA

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25/2009 | 99254   1ST INPT CONSLT,I 80 MIN | 1 | 425.00 | 222.25 | 0.00 | 0.00 | 0.00 | 40.55 | 162.20 | 0.00 | 162.20 | 702, 101 |
| | Total: | | 425.00 | 222.25 | 0.00 | 0.00 | 0.00 | 40.55 | 162.20 | 0.00 | 162.20 | |

Patient Responsibility:     Deductible   0.00     Copay   40.55     Amount Due:   162.20

Explanation Codes
101     The fees for this service exceed the amount allowed according to the state Fee Schedule.
702     Copay Applied

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 956
Marlton, NJ 08053

Phone:   856 596-5800
Fax:     856 596-6300

Date Received:    20-Nov-09
Date Processed:   28-Nov-09
Bill ID:          836115-1

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.SA. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution.  This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:

Mallin, Seth
75 Essex Street
Hackensack, NJ 07601



*From the desk of Dr. Dave Pushkin...*

October 9, 2009

Lisa Ardron
GEICO/Premier Prizm Solutions
Marlton, NJ
FAX: (856) 596-6300

Re: Reopened claim for Dr. David B. Pushkin
    Claim #:          0236794150101016
    Date of accident:    January 28, 2008

Dear Ms. Ardron:

I'm contacting you as not only the supervisor of my claims adjuster, Gina Fuge, but as a member of the GEICO/Premier Prizm staff whom I've had a past positive working and cooperative relationship with.  Unfortunately, since my request to reopen my claim on September 8th was honored, I have experienced significant frustration working with Ms. Fuge, and must bring a number of matters to your attention for immediate resolution, so my time and energy can be better focused on my health and recovery, not playing phone tag and fighting over idiotic matters (pardon my harsh language) that should be fundamentally handled by Ms. Fuge without any difficulties.

After a very productive phone discussion with my newly assigned case management nurse, Allison Butler, I am able to distill the issues into the following list for you to address with Gina for resolution:

1.  I am scheduled for an IME on Oct. 15, 2009, which I freely agreed to, with Dr. Boris Prakhina of Fair Lawn, NJ.  When I report to Dr. Prakhina, I will bring with me copies of all medical reports since my first IME on May 15, 2008 with Dr. Menachem Epstein of River Edge, NJ.  These medical reports include the following:
    - 6/3/08 CT Myelogram (Rx by Dr. Andrew Casden, Beth Israel Hospital, NY)
    - 6/25/08 Full-body Bone Scan (Rx by Dr. Kenneth Park, Holy Name Hospital, NJ)
    - 7/18/08 and 1/20/09 EMG (By Dr. Mario Vukic, Hackensack Neurology Group, NJ)

300 State Highway Route 3 East, Suite 114.  East Rutherford, NJ  07073
Phone: (201) 206-5160.  FAX:  (201) 939-6717.  Email:  dpushkin@nj.rr.com

- 5/21/09 Brain MRI (Rx by Dr. Mario Vukic)
- 1/21/09 Cervical and Lumbar spinal MRI (Rx by Dr. Kenneth Park)
- 6/23/09 and 7/13/09 Lumbar Flexion and Extension x-rays (Rx by Dr. Hooman Azmi and Dr. Patrick Roth, North Jersey Brain and Spine Center)
- 7/13/09 Lumbar spinal CT scan (Rx by Dr. Patrick Roth)
- 9/2/09 Urological consult from Dr. Gregory Lovallo to Dr. Hooman Azmi
- 9/21-25/09 Radiology, Ultrasound, Admission and Discharge records from Hackensack University Medical Center for my hospitalization.
- 9/1/09 Neurosurgeon assessment report by Dr. Hooman Azmi, pending its final completion.

2. On September 25, I called Gina Fuge to notify her of my hospitalization and providing HUMC of GEICO information for billing, since my illness (acute renal failure) was directly related to my spinal condition, which has been connected to my January 2008 automobile accident after an exhaustive series of medical tests. Since that phone call, I have received only ONE return phone call, on October 7, 11:18am. I have made several phone calls to her office prior to October 7, and since, in return of her phone call, only to be disconnected or get her voice mail. I consider this completely unacceptable. My original adjuster, Dominick Spaventa was inaccessible more often than not until he was no longer with your company, and I have never received satisfactory "service" from Ms. Fuge as his replacement either. As you already know, I am disabled, in the middle of a lengthy battle for Social Security disability benefits, and now in litigation regarding this auto accident as my physical condition deteriorated. I don't have the time or energy to play "phone tag" or any other games. If I've been hospitalized, and have doctors' offices calling for authorization for follow-up appointments, this must be serious, and we all expect Ms. Fuge to take matters seriously.

3. As attached, I have provided the discharge sheet and cover of folder from HUMC to at least provide you evidence that the two primary physicians responsible for my admission and discharge were Dr. Stephen Sherer, and Dr. Gregory Lovallo, who coincidentally happen to be my personal internist and urologist. I specifically requested to be taken by ambulance to HUMC so my own physicians, who were on staff at HUMC, would treat me! I was instructed to do this by Dr. Kenneth Park, my lone physician who is not on staff at HUMC (he's affiliated at Holy Name in Teaneck). Therefore, when Dr. Sherer's office and Dr. Lovallo's office call Ms. Fuge for authorization for a follow-up office visit, it is HIGHLY INAPPROPRIATE for Ms. Fuge to respond, "that claim has been closed for a long time, so I'm denying authorization."

So, the FIRST order of business that needs to be resolved, before Ms. Fuge starts returning phone calls more promptly to me, is to IMMEDIATELY issue retroactive authorization to both Dr. Sherer's and Dr. Lovallo's offices for my follow-up office visits for Monday, October 5 (Dr. Lovallo), and Tuesday, October 6 (Dr. Sherer). Second, because these appointments followed up on my hospitalization, GEICO should pay both

physicians for these office visits. Third, Ms. Fuge should issue formal apologies to both offices. Last, because I had to pay $30 out of pocket to Dr. Lovallo's office, because his staff didn't know what to do about billing under the circumstances, GEICO needs to advise Dr. Lovallo's office on how I should be refunded.

4. In light of my hospitalization, and my having the benefit of my own personal physicians on staff at HUMC to treat me, in addition to Dr. Park (Pain Management), the following physicians are ALWAYS connected to my case and ongoing health care, and their offices should ALWAYS receive authorization for an office visit without any hassle or inappropriate or unprofessional dialogue:

**Internist** -- Dr. Stephen Sherer

714 Bergen Blvd.; Ridgefield, NJ 07657

(201) 945-3022 (FAX: 201-945-3023)

**Pain Management Physician** -- Dr. Kenneth Park

680 Kinderkamack Road, Suite 207; Oradell, NJ 07649

(201) 487-7246 (FAX: 201-225-0207)

**Neurologist** -- Dr. Mario Vukic

Hackensack Neurology Group

211 Essex Street, Suite 202; Hackensack, NJ 07601

(201) 488-1515 (FAX: 201-488-9471)

**Neurosurgeon** -- Dr. Hooman Azmi (and Dr. Patrick Roth)

North Jersey Brain and Spine Center

680 Kinderkamack Road, Suite 300; Oradell, NJ 07649

(201) 342-2550 (FAX: 201-342-7171)

**Urologist** -- Dr. Greg Lovallo

North Jersey Center for Prostate Cancer and Urology

255 West Spring Valley Avenue; Maywood, NJ 07607

(201) 487-8866 (FAX: 201-487-2602)

5. Because I am also on a number of medications for pain as well as the complications associated with my spinal injuries (urinary retention and bowel immotility), I would appreciate authorization for the following prescription medications associated with the attached MyMatrixx card issued to me in January 2009:

**PHARMACY INFORMATION:**

**Pharmacy:** Randy's Rx and Surgicals of Fort Lee, NJ

**Pharmacist:** Randy Shreck

**Phone:** (201) 224-4700

**FAX:** 201-224-4670

**Meds Rx by Dr. Morris Traube (NYU GI Associates, (212) 263-3095):**

Amitiza (24 mg 2x daily, AM/PM) -- for chronic constipation

**Meds Rx by Dr. Kenneth Park:**

Avinza (90mg 1x daily, PM) – for chronic skeletal/neuromuscular pain

Morphine sulfate Immediate Release (30mg 2-3x daily, as needed) -- for acute pain

Celebrex (200mg 2x daily, AM/PM) – for spinal arthritis

Topamax (100 mg 2x daily, AM/PM) – for neurological (neuropathic) pain

Lidoderm Patches (5%, 1-2 daily, as needed) – for pain

Provigil (200mg 2x daily, AM/PM) – for fatigue caused by pain medications

**Meds Rx by Dr. Gregory Lovallo:**

Flomax (0.4 mg 1x daily, PM) -- for urinary retention

6. Several months ago, you were helpful and provided me a copy of Dr. Epstein's May 2008 IME report. However, I had TWO IMEs with Dr. Epstein, the second on July 28, 2008. I never received a copy of that report, and would like to see it, since this should have noted receipt of 6/3/08 CT Myelogram, 6/25/08 Bone Scan, and 7/18/08 EMG reports.

Could you fax this second IME report to me at your earliest convenience? My FAX number is in my letterhead footer, along with my mailing address, if you'd prefer to send it via regular US mail. Thank you.

7. Lastly, because of my worsening condition, I have not worked since December 18, 2008. According to my PIP provisions, there is a lost wages benefit of $100/week up to a maximum of $5,200 per accident. I formally request whatever forms need to be filled out and completed so I can submit for this benefit. If you can provide me these forms at your earliest convenience, again, this is greatly appreciated.

As I've made clear to you in the past, and as I made clear to Allison Butler in our discussion by phone this afternoon, I am always one to "play straight" with your office and GEICO regarding my condition, my claim, and my needs. I spent an entire year, at the expense of my own major medical insurance carrier, going through a number of exhaustive procedures and tests while my physicians sought to determine the source of my worsening spinal condition and its connection to the January 2008 auto accident relative to my pre-existing March 2007 spinal surgery. As discussed with you before, I spared GEICO the expense of any "wild goose chases" as I endured the medical equivalent of searching for a proverbial needle in a haystack, so I am not only shocked, but beyond disgust, when one of your staff members cannot take things seriously enough after my request to reopen my claim, and then end up hospitalized. This is NOT how I appreciate being treated by GEICO, and I expect things to change immediately.

I thank you in advance for your full cooperation with my requests, and respect for my case and medical situation. I hope Ms. Fuge will be advised to adopt the same standards as I know you to uphold. If this will be incompatible for her, then I request you replace her and serve as my new adjuster for the duration my claim remains open.

Respectfully,


Dr. David B. Pushkin


cc: Seth Malkin, Esq.



647766

10 East Stow Road, Suite 100
Marlton, NJ 08053
856-596-5600 P
856-596-6300 F
www.premierprizm.com

### *Rescheduled Appointment*

September 29, 2009

PUSHKIN, DAVID B.                                    Claim #:      0236794150101016
200 Winston Drive                                    DOL:          January 28, 2008
Apt 812
Cliffside Park, NJ 07010

Dear Mr. PUSHKIN:

At the request of your insurance company, a Pain Mgmt - Anesthesiology Independent Medical Examination has been *rescheduled* for you on *October 15, 2009 at 1:45 PM* with:

    Dr. Boris L. Prakhina
    33-00 Broadway, Suite 209
    Fair Lawn, NJ 07410
    (201) 796-7666

If you need directions to the physician's office, please contact the physician's office directly. The physician's office requires at least 72 hours advance notice to reschedule an appointment. **If you are unable to keep this appointment please contact our office immediately at (856) 596-5600.** Do not cancel or reschedule this appointment directly with the physician's office as they are not authorized to make schedule changes. Failure to cooperate and appear for this scheduled examination may result in a suspension of your medical benefits for this claim.

In order for a thorough and meaningful examination to take place, it is necessary that you bring with you all X-rays, MRI's and/or CAT Scans which may have been taken. Please also bring photo identification to the examination.

All fees incurred related to this appointment will be paid by your insurance carrier. Please do not give or accept payment information at the time of the examination.

Thank you for attending this Independent Medical Examination.

Sincerely,


IME Department
Premier Prizm Solutions, LLC.
cc: Adjuster: Fuge, Gina, GEICO
    Attorney:


### *Launching Our Technology to YOUR FUTURE!*

IM13

11/18/2009 12:12 FAX                                                    ☒002/003

FROM                                                                    ☒

2009-11-02 09:38:42  Page 4 of 7 03/07  #127/No.7834502024  P  4

## Institute for Diagnosis & Treatment of Pain
33-00 Broadway, Suite 208, Fair Lawn, NJ 07410  Phone: (201) 796-7656  Fax: (201) 796-9573

### Boris L. Prakliss, MD, Dip ABA, AAPM
### Specialist in Interventional Pain Management

**PUSHKIN, DAVID B.**
Claim #: 0238794150101016
Date of Accident: January 28, 2008
Date of Visit: October 15, 2009

### SUBJECTIVE
Chief Complaint:
1. Low back pain across the back.
2. Low back pain radiating in both legs.

History of Present Illness:  The patient was seen for pain management Independent Medical Evaluation at the request of Premier Prizm Solutions.

The patient reported that he sustained injury in an accident that occurred on January 28, 2008.. He reported that he was the driver of a vehicle that sustained rear side impact. He reports that there was no ambulance at the scene of the accident.

He describes his pain as dull ache, always present, gets worse at times, mild, at worse it is 8/10, most times 2 to 3/10. He reports that sitting and standing make it worse, and rest makes it better.

He reports that he underwent multiple trigger point injections, physical therapy, and on September 17, 2009, he had lidocaine infusion which was successful in his opinion.

He reports that he had to cut down his physical activities because of this pain severely..

Past Medical History:  Significant for anxiety disorder.  He has been diagnosed with renal failure.  He has a history of arthritis.  He reports that he sustained a sports injury about 25 years ago to his lumbar area.

Past Surgical History:  Significant for spine fusion performed April 21, 2007, L2 through S1.  He reports that postoperative course was complicated by infection that required prolonged treatment.

Allergies:  Penicillin and Lyrica.

Medications:  Multiple pain medications.

Social History:  He reports that he is in litigation with Social Security Administration over his disability status.

11/02/2009   9:41AM (GMT-05:00)

/19/2009 12:12 FAX                                                    @005/005

FROM

2009-11-02 09:38:42  Page 5 of 7

PUSHKIN, DAVID B.                    Page 2


Review of Systems:
General: Well-nourished male appearing in no acute distress.
Neurological: He reports that he has significant weakness in his lower extremities. He
uses a walker.
Musculoskeletal: Back pain.

OBJECTIVE
PHYSICAL EXAMINATION
VITAL SIGNS: Height: 5' 8". Weight: 174 pounds.
EXTREMITIES: Normal range of motion and muscle strength throughout. There is no
focal tenderness in upper and lower extremities.
NEUROLOGICAL: Diminished left knee jerk reflex 1+  Sensation appears symmetrical
and intact.
NECK: Normal range of motion of the cervical spine. There is no tenderness on
flexion, extension or bilateral rotation. There are no paraspinal spasms, trigger points,
anterior scalene spasm, or cervical tenderness on palpation.
DETAILED BACK: His gait is affected by unsteady gait. He uses a walker. His flexion,
extension and bilateral rotation of spine are diminished as expected due to history of
multilevel lumbar fusion. There is diffuse tenderness to palpation over lower lumbar
area and paraspinal lumbar area.  There are well-healed midline surgical scars
extending from sacral to lower thoracic areas.  Straight leg raise test is positive
bilaterally at 60 degrees while sitting. There are no trigger points or muscle spasms.

Review of Submitted Records and Prior Testing:
Nerve conduction studies and electromyography performed January 20, 2009, by Dr.
Vukic with impression:
    1.  This is abnormal study.
    2.  Chronic left lumbosacral radiculopathy.
    3.  EMG testing reports only left tibial anterior abnormality.

Lab work included showing reduced hemoglobin and hematocrit.

Office note September 2, 2009, by Dr. Lovallo.  This was urological evaluation.
Discussion was that patient has neurogenic bladder and retention.

Office note dated October 13, 2009, by Dr. Azmi, who notes that on physical
examination power in his lower limbs is 5/5 bilaterally.  He is discussing with the patient,
past and future treatment.  The urologist found his bladder to be functioning fine and
constipation is due to high amount of narcotics.  He has no objective weakness in his
legs.  They discussed option of spinal cord stimulator.

CT spine with reconstruction conducted July 13, 2009, impression was:

19/2009  12:12 FAX

FROM                              2009-11-02 09:38:42  Page 6 of 7

PUSHKIN, DAVID B.                    Page 3

1. Patient is status post multilevel anterior and posterior fusion.  The fusion hardware appears intact.

X-ray of lumbar spine, two views, dated July 13, 2009, impression:
    1. Stable positioning and appearance of instrumentation.
    2. Spondylolisthesis evident at L1-L2, L3-L4, L5-S1.  This did not change significantly in severity compared to the prior study of June 23, 2009.

MRI of the lumbar spine dated January 21, 2009, impressions were:
    1. Retrolisthesis L1 over L2 which is new since the preoperative MRI of December 18, 2006.
    2. Rule out disc protrusion as compared to the 2006 examination.
    3. At the site of laminectomy L4, the fluid collection extends from the inferior spinous process of L3 to the mid L5 vertebral body with peripheral rim enhancement.
    4. Neuroforaminal compromise bilaterally L5-S1 as a result of the anterolisthesis L5 relative to S1.  It is similar to the preoperative study.

CT lumbar myelogram, impressions were:
    1. Status post laminectomy L3, L4, L5 with anterior and posterior spinal fusion from L2 through S1.
    2. Slight posterior disc bulging L1-L2 with posterolateral herniated disc on the left side.
    3. Small anterolateral extradural mass L2-L3 representing small posterolateral herniated disc.
    4. Right spinal stenosis L5-S1.
    5. Grade 2 spondylolisthesis L5 in relation to S1.

Office note dated September 21, 2009, impressions:
    1. Failed back syndrome.
    2. Lethargy which may be due to narcotics.
    3. Urinary retention.

Note from Hackensack University Hospital by Dr. Azmi dated September 25, 2009, describing:
    1. Patient presented with acute renal deficiency secondary to urinary retention. "Most likely this is secondary to his high dose of narcotics."

IME report dated May 22, 2008, by Dr. Epstein with diagnosis:
    1. Recent lumbar contusion superimposed on previous major spinal surgery with postoperative infection.
    2. Bulging and painful SI joint screw left side.

/19/2009 12:12 FAX

2009-11-02 09:38:42   Page 7 of 7

PRON

**PUSHKIN, DAVID B.**          Page 4

Recommendations were physical therapy and evaluation by spine surgeon. His opinion was that current lumbar pain superimposed on residual pain from spinal surgery.

**OVERALL IMPRESSION**
1. Left L4 radiculitis. Condition post major lumbar fusion.

**RECOMMENDATIONS**
1. It appears that the accident in question was a probable cause for aggravating and exacerbating patient's prior medical condition. At this junction, aggravation is exacerbation expected to subside.
2. The patient had major spinal surgery with complications prior to the accident in question which is a source of the patient's problem. At this junction, I do not see documentation that present condition relates to the accident in question.
3. As there is no documentation that the patient's present condition relates to the accident in question, all further treatment does not relate to the accident in question.
4. Patient has reached maximum medical improvement as it related to the accident in question.

*Boris Prakhina, MD (electronic signature)*

Boris Prakhina, MD, Dip. ABA, AAPM
BP/P/cdv
Job #: 1030027

# GEICO®
geico.com

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

New Jersey PIP, PO BOX 986
Marlton, NJ 08053-0986

*All Rx a office visits procedures were immediately denied effective this date*

11/05/2009

Date Loss Reported to GEICO: 01/28/2008

David Pushkin
300 State Highway. Rt.3 East Apt 114
East Rutherford, NJ 07073

| | |
|---|---|
| Company Name: | Government Employees Insurance Company |
| Claim Number: | 023679415-0101-016 |
| Loss Date: | Monday, January 28, 2008 |
| Policyholder: | David Pushkin |
| Policy Number: | 2010349807 |
| Injured Party: | David Pushkin |

Dear David Pushkin,

Based on the result of an Independent Medical Examination performed by Dr. Boris L. Prakhina on 10/15/2009, it has been determined that David Pushkin has reached maximum medical improvement for Pain Mgmt - Anesthesiology treatment for injuries resulting from this loss.

Accordingly, all Pain Mgmt - Anesthesiology treatment will be denied effective 11/18/2009.

Should you have any further questions or require additional information, please feel free to contact me at the number below.

*They didn't give me until this date!*

Sincerely,

Gina Fuge, Examiner Code LAEW
(800)301-1390x4506
Claims Department

cc:     Mymatrixx
        Dr. Seth Kane
        Alliance Hand & Physical Therapy
        North Jersey Primary Care Associates

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 1/26/2010 12:12:43 PM |
| Start DOS: | 10/1/2009 |
| End DOS: | 10/1/2009 |
| Charged Amount: | $120.00 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 920285-2 |
| TIN: | 22-3356214 |
| Payment Amount: | $44.12 |
| Provider Name: | BERGEN ANESTHESIA ASSOCI/ |
| Provider Address: | PO BOX 34049 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

Newark, NJ 07189

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

BERGEN ANESTHESIA ASSOCIATES

PO BOX 34049

Newark, NJ 07189



# Explanation of Benefits

| | |
|---|---|
| Insurance Company: | GEICO NJ PIP<br>PO Box 986<br>Marlton, NJ 08053 |
| | Claim Number: 023687941501010116 |
| | Date of Injury: 28-Jan-08 |
| Adjuster: | Fuge, Gina |
| | Provider TIN: 223356214 |
| Provider: | BERGEN ANESTHESIA ASSOCIATES<br>PO BOX 34049<br>Newark, NJ 07189 |
| | Patient: PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114<br>East Rutherford, NJ 07073 |
| Account Number: | BG019919 |
| | DOS From: 10/1/2009   To: 10/1/2009 |

| ICD-9 Code | Diagnosis Description |
|---|---|
| 722.83 | POSTLAMINECTOMY SYNDROME OF LUMBAR REGION |
| 724.4 | THORACIC OR LUMBOSACRAL NEURITIS OR RADICULITIS UNSPECIFIED |
| 724.6 | DISORDERS OF SACRUM |

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2009 | 99212   OFFICE OUTPT EST 10 MIN | 1 | 120.00 | 76.88 | 0.00 | 0.00 | 0.00 | 0.00 | 44.12 | 0.00 | 44.12 | 818, 101 |
| | Total: | | 120.00 | 76.88 | 0.00 | 0.00 | 0.00 | 0.00 | 44.12 | 0.00 | 44.12 | |

| Patient Responsibility: | Deductible | 0.00 | Copay | 0.00 | Amount Due: | 44.12 |
|---|---|---|---|---|---|---|

Explanation Codes

101   The fees for this service exceed the amount allowed according to the state Fee Schedule.

818   This CPT code has been reviewed and agreed upon during a code review.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions
P.O. Box 986
Marlton, NJ 08053

Phone: 856 596-5600
Fax: 856 596-8300

Date Received: 26-Jan-10
Date Processed: 10-Feb-10
Bill ID: 920265-2

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.S.A. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1993, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution. This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:

Malkin, Seth
75 Essex Street
Hackensack, NJ 07601

Page 1



**Laboratory Invoice**
For services not included in your physician's bill.

| | |
|---|---|
| Invoice Number | Lab Code |
| **107312891** | **TBR** |

GXA7PA 4801 4948 1-1
81045  TBR 107312891
DAVID PUSHKIN
300 STATE HWY RTE 3 EAST 114
EAST RUTHERFORD, NJ 07073-2138

**Customer Service**
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay
your invoice, provide updated insurance information, or take a patient
survey.
**Phone**                                          **Fax**
1-866-624-7488
Weekdays 8:30AM - 5 PM EST Se Habla Español
Please have your invoice available for reference.

---

**Laboratory Tests Were Requested By:**

Referring Physician: STEPHEN SHERER, M.D.
Physician Address: 714 BERGEN BLVD.
RIDGEFIELD NJ 07657

**Most Recent Insurance Claim Filed To:**

Insurance Name: MERITAIN HEALTH
Insurance ID:   987227391
Group Number:  02850

---

**Lab Results and Diagnosis Questions Must Be Answered By Your Physician**

Patient Name:      DAVID PUSHKIN
Responsible Party: DAVID PUSHKIN
Date of Service:   October 6, 2009

Invoice Date:       March 3, 2010
Amount Due:         $367.00
Payment Due Date: 03/26/2010

It is your responsibility to pay Quest Diagnostics. Please send your check with payment in the enclosed evelope. Your insurance company denied payment indicating you were
not covered on the date services were performed.  This is your second notice. We appreciate your prompt payment.

| Date | CPT Code* | Test Description | Charge | Insurance Discount | Insurance Paid | Medicare/ Medicaid Paid | Patient Paid | Patient Owes |
|---|---|---|---|---|---|---|---|---|
| 10/06/09 | 80048 | BASIC METABOLIC PANEL | $36.05 | | | | | |
| 10/06/09 | 82607 | VITAMIN B12,SERUM | $89.05 | | | | | |
| 10/06/09 | 82728 | FERRITIN | $86.80 | | | | | |
| 10/06/09 | 82746 | FOLATE,SERUM | $98.90 | | | | | |
| 10/06/09 | 83540 | IRON,TOTAL | $23.92 | | | | | |
| 10/06/09 | 83550 | TIBC | $32.28 | | | | | |

Tax ID:  16-1387862    ICD-9 Codes:  285.9 584.9 V58.69
Services Performed by: QUEST DIAGNOSTICS, TETERBORO,NJ

| $367.00 | $0.00 | $0.00 | $0.00 | $0.00 | $367.00 |
|---|---|---|---|---|---|

*The CPT codes provided are based on AMA guidelines and without regard
to specific payor requirements.

---
▲ Please fold and tear payment coupon along perforation and remit with payment in the envelope provided ▲ • N          2-1006



**Payment
Coupon**

**LOG ON NOW.** Pay your bill online securely anytime -
day or night at www.QuestDiagnostics.com/bill
or call 1-866-624-7488
**Quest Diagnostics also accepts**

 

Please make your check payable to Quest Diagnostics.
Be sure to include invoice number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.



Lab Code: TBR

**Amount Due**          **$367.00**

Due Date:  03/26/2010   **Invoice Number: 107312891**

Patient Name:  DAVID PUSHKIN

**Amount Enclosed:**

If you received an explanation of benefits showing your responsibility is less than the
amount shown on this bill, please pay the lesser amount. To fully resolve your invoice,
please provide a copy of your explanation of benefits.

**MAIL PAYMENTS ONLY TO:**

QUEST DIAGNOSTICS INCORPORATED
PO BOX 71304
PHILADELPHIA PA  19176-1304

01TBR150101073128910003670070303007021264419600000002

# Explanation of Benefits

| Insurance Company: | GEICO NJ PIP<br>PO Box 998<br>Marlton, NJ 08053 | Claim Number: | 02367941501010016 |
| --- | --- | --- | --- |
| | | Date of Injury: | 28-Jan-08 |
| Adjuster: | Fuge, Gina | Provider TIN: | 223356214 |
| Provider: | BERGEN ANESTHESIA ASSOCIATES<br>PO BOX 34049<br>Newark, NJ 07189 | Patient: | PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114<br>East Rutherford, NJ 07073 |
| Account Number: | BG019919 | | DOS From 10/29/2009   To:   10/29/2009 |

**ICD-9 Code   Diagnosis Description**

722.83   POSTLAMINECTOMY SYNDROME OF LUMBAR REGION

724.4   THORACIC OR LUMBOSACRAL NEURITIS OR RADICULITIS UNSPECIFIED

724.6   DISORDERS OF SACRUM

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/29/2009 | 99212   OFFICE OUTPT EST 10 MIN | 1 | 120.00 | 75.88 | 0.00 | 0.00 | 0.00 | 0.00 | 44.12 | 0.00 | 44.12 | 818, 101 |
| | Total: | | 120.00 | 75.88 | 0.00 | 0.00 | 0.00 | 0.00 | 44.12 | 0.00 | 44.12 | |

| | | | |
| --- | --- | --- | --- |
| Patient Responsibility: | Deductible | 0.00 | Copay | 0.00 |

Amount Due:   44.12

**Explanation Codes**

101   The fees for this service exceed the amount allowed according to the state Fee Schedule.

818   This CPT code has been reviewed and agreed upon during a code review.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions          Phone:    856 596-5600
P.O. Box 996                 Fax:       856 596-6300
Marlton, NJ 08053

| | |
|---|---|
| Date Received: | 27-Jan-10 |
| Date Processed: | 05-Mar-10 |
| Bill ID: | 922408-2 |

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.SA. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution. This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:      Malkin, Seth
                 75 Essex Street
                 Hackensack, NJ 07601

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 2/16/2010 2:29:59 PM |
| Start DOS: | 12/1/2009 |
| End DOS: | 12/1/2009 |
| Charged Amount: | $120.00 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 954216-2 |
| TIN: | 22-3356214 |
| Payment Amount: | $44.12 |
| Provider Name: | BERGEN ANESTHESIA ASSOCI/ |
| Provider Address: | PO BOX 34049 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East
Suite 114
East Rutherford, NJ 07073

Newark, NJ 07189

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

BERGEN ANESTHESIA ASSOCIATES

PO BOX 34049

Newark, NJ 07189



# Explanation of Benefits

| | |
|---|---|
| Insurance Company: | GEICO NJ PIP<br>PO Box 986<br>Marlton, NJ 08053 |
| Adjuster: | Fuge, Gina |
| Provider: | BERGEN ANESTHESIA ASSOCIATES<br>PO BOX 34049<br>Newark, NJ 07189 |
| Account Number: | BG019919 |

| | |
|---|---|
| Claim Number: | 0235794150101016 |
| Date of Injury: | 28-Jan-08 |
| Provider TIN: | 223356214 |
| Patient: | PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114<br>East Rutherford, NJ 07073 |

DOS From 12/1/2009    To:    12/1/2009

## ICD-9 Code    Diagnosis Description

| ICD-9 Code | Diagnosis Description |
|---|---|
| 722.83 | POSTLAMINECTOMY SYNDROME OF LUMBAR REGION |
| 724.4 | THORACIC OR LUMBOSACRAL NEURITIS OR RADICULITIS UNSPECIFIED |
| 724.6 | DISORDERS OF SACRUM |

| Date of Service | Procedure Code and Description | Units | Billed Amount | FSACR Reduction | Statutory Reduction | Discount Amount | Deductible Applied | Copay Applied | SubTotal | Penalty | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2009 | 99212  OFFICE OUTPT EST 10 MIN | 1 | 120.00 | 75.88 | 0.00 | 0.00 | 0.00 | 0.00 | 44.12 | 0.00 | 44.12 | 818, 101 |
| | Total: | | 120.00 | 75.88 | | | | | 44.12 | 0.00 | 44.12 | |

Amount Due:    44.12

Patient Responsibility:    Deductible    0.00    Copay    0.00

## Explanation Codes

101    The fees for this service exceed the amount allowed according to the state Fee Schedule.

818    This CPT code has been reviewed and agreed upon during a code review.

This bill has been reviewed in accordance with New Jersey Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

Premier Prizm Solutions          Phone:      856 596-5600
P.O. Box 996                     Fax:        856 596-6300
Marlton, NJ 08053

Date Received:      16-Feb-10
Date Processed:     05-Mar-10
Bill ID:            954216-2

NO HEALTH CARE PROVIDER MAY DEMAND OR REQUEST ANY PAYMENT FROM ANY PERSON IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29, AND NO PERSON IS LIABLE TO ANY HEALTH CARE PROVIDER FOR ANY MONEY WHICH RESULTS FROM THE CHARGING OF FEES IN EXCESS OF THOSE PERMITTED BY N.J.A.C. 11:3-29 PURSUANT TO N.J.SA. 39:6A-4.6.
NOTE: AS OF JANUARY 1, 1995, MEDICAL FEE SCHEDULES APPLY TO OUTPATIENT SERVICES PROVIDED BY HOSPITAL OR REHABILITATION FACILITIES.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution. This can be accessed at www.PremierPrizm.com.

All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.

cc to Attorney:    Malkin, Seth
                   75 Essex Street
                   Hackensack, NJ 07601

NJ CENTER FOR PROSTATE CANCER & UROLOGY
255 WEST SPRING VALLEY AVENUE
SUITE 101
MAYWOOD, NJ 07607

35346

**PAGE: 1 of 1**

| | IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW. |
|---|---|
| | CHECK CARD USING FOR PAYMENT |
| | ☐ MASTERCARD   ☐ VISA |
| CARD NUMBER | SIGNATURE CODE |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 10/19/09 | 28735 |
| PLEASE PAY THIS AMOUNT | AMOUNT ENCLOSED |
| $120.00 | |

653035

**ADDRESSEE:**
▐▌▐▐▌▌▐▌▐▐▌▐▌▌▐▌▐▐▌▌▐▐▐▌▐▌▐▌▌▌
DAVID B PUSHKIN
300 STATE HWY 3 EAST, SUITE 114
E RUTHERFORD, NJ 07073-2138

**REMIT TO:**
▐▌▐▐▌▌▐▌▐▐▌▐▌▐▐▌▌▐▐▌▐▐▌▐▌▐▌▌
NJ CENTER FOR PROSTATE CANCER & UROLOGY
255 W. SPRING VALLEY AVE.
SUITE #101
MAYWOOD, NJ 07607-1444

35346*TRV0R2MOC000309

☐ Please check box if incorrect or insurance information has changed, and indicate change(s) on reverse side.

↑  **PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT**  ↑

| Date | Patient | Service Description | CPT | DX | Prov | Msg | Charge | Payment | Adjustment | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A MINIMUM of $10.00 CREDIT CARD PAYMENT ACCEPTED. For questions, call [201] 487-4421 | | | | | | | | |
| 10/05/09 | DAVID | E/m Established Pt Office | 99213 | 600.01 | 4 | | 150.00 | | | 120.00 |
| | | Servicing Provider: GREGORY G LOVALLO MD MD | | | | | | | | |
| | | 10/05/2009 Patient Payment | | | | | | 30.00 | | |

| MAKE YOUR CHECKS PAYABLE TO | NJ CENTER FOR PROSTATE CANCER & UROLOGY 255 W. SPRING VALLEY AVE. SUITE #101 MAYWOOD, NJ 07607-1444 | SEE REVERSE SIDE IF AN INSURANCE MESSAGE APPEARS | Please Pay This Amount |
|---|---|---|---|
| | | | $120.00 |

**COMMENTS:**
Please pay within 30 days...thank you

| 28735 | | 120.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account # | Date Last Paid | Amount | Current | Past Due | Collection | Ins Pending | Finance Charge | Budget Amount |

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 1/27/2010 11:30:40 AM |
| Start DOS: | 10/29/2009 |
| End DOS: | 10/29/2009 |
| Charged Amount: | $120.00 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 922408-2 |
| TIN: | 22-3356214 |
| Payment Amount: | $44.12 |
| Provider Name: | BERGEN ANESTHESIA ASSOCI/ |
| Provider Address: | PO BOX 34049 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East

Suite 114

East Rutherford, NJ 07073

Newark, NJ  07189

GEICO NJ PIP
PO Box 986 Marlton, NJ 08053

BERGEN ANESTHESIA ASSOCIATES

PO BOX 34049

Newark, NJ 07189

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 151 of 320 PageID: 3038
11/10/2009  12:04   2012610050                    SETH KANE MD PA                    PAGE  24/25
Case 1:10-cv-09212-JGK -DCF   Document 13-7   Filed 02/17/11   Page 26 of 30

## SETH KANE, M.D., F.A.A.O.S
277 FOREST AVENUE
SUITE 201
PARAMUS, NEW JERSEY 07652
(201) 261-7980
FAX: (201) 261-8050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**  Pushkin, David
**DATE OF VISIT:**  February 1, 2008

**CHIEF COMPLAINT:**
Follow-up back pain.

**HISTORY OF PRESENT ILLNESS:**
He, unfortunately, four days ago, was in a motor vehicle accident. He was rear
ended when he was on his way to his teaching job. He estimates that the pickup
truck that hit him was going 10-15 miles an hour and jarred him. He has had an
increase in his back pain. He feels that there is more weakness in his left leg
than pre. He is status post a very complex anterior and posterior spine surgery
for decompression and fusion at L3 to the sacrum. He was seen at the
emergency room at Hackensack Medical Center. He is on some Skelaxin. By
the end of the day, especially as the week goes on, he gets more pain and has
had to resort to using some of his old morphine pills. He has come back to part
time teaching. This increased activity is contributing to the fatigue and the
soreness by the end of the day, but this has been markedly aggravated by the
accident over his baseline level. He is now 14 months post disk complex
surgery. He has been slowly improving strength in his legs. The left is still
prominently lagging behind the right, but he feels that he is gone backwards
since the accident. He is now much more dependent on a cane. He also has
been having fluctuations of fluid up and down over some months, which causes
weight gain or loss. He is about to have an endocrine evaluation and may need
some renal evaluation as well.

**PHYSICAL EXAMINATION:**
On examination now, he has really only mild lower back pain. He has prominent
loss of motion of his back in all directions, but he reports this as not drain much
different from his baseline post surgery. Straight leg raising is negative. Hip
mobility is normal and pain-free. He does have some pains in the left leg. There
is still atrophy of the left thigh muscles. There is some swelling, although a mild
nature around his ankle. I have seen his left leg much more swollen at times.
On strength testing, quadriceps, right 5-, left, 4-. Hamstring, right, 5-, left 4-.
The muscles about the toes, dorsiflexion, right 5, left 4. Plantarflexion, right 5,
left 4. Peroneal right, 5-, left 3. Anterior tibial and posterior tibial right 5-, left 4.

Overall, I agree his leg muscles, especially the quadriceps, are not functioning
quite as well as they were pre accident. His back pain is increased somewhat.

23

# SETH KANE, M.D., F.A.A.O.S

RE: Pushkin, David                                                        **Page 2**
February 1, 2008


**DIAGNOSTIC STUDIES:**
I reviewed a whole series of x-rays from Hackensack Hospital, including an
assortment of lumbar pictures, AP and lateral, obliques and pelvis.  She has a
very extensive anterior and posterior fusion at L3 down.  There is an
anterolisthesis of L5 on S1 but apparently the fusion extended across both SI
joints as well.

**ASSESSMENT:**
I do not think that there has been any disruption of his complex surgery.  I think
this is all myofascial soft tissue injuries of a fortunately, fairly mild nature.  I am
concerned about definitely some decreased strength of the left leg, especially the
quadriceps.

**PLAN:**
I will see him in three weeks.  He will do exercising on his own.  If enough pain
and weakness persists compared to his baseline, then he may have to go to
therapy.




Seth Kane, M.D., P.A.
Job 2296
SK/lac/tdk

2.4

# SETH KANE, M.D., F.A.A.O.S

277 FOREST AVENUE
SUITE 201
PARAMUS, NEW JERSEY 07652
(201) 261-7980
FAX: (201) 261-6050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**    Pushkin, David
**DATE OF VISIT:**   February 25, 2008

## CHIEF COMPLAINTS:
1. Lower thoracic, upper back pain.
2. Follow-up lower back pain.

## HISTORY OF PRESENT ILLNESS:
Post motor vehicle accident, he has new pain in the lower thoracic to upper lumbar region. He has some modest increase in the lower lumbar pain, where he has had the old surgery and instrumentation 11 months ago. He feels his gait is a little more clumsy and at times, he gets tingly feelings down into his feet. He is still having issues with fluid retention in the legs. He is still walking with a cane but for short distances, he is carrying it more than using it.

## PHYSICAL EXAMINATION:
On examination, he has poor sitting posture. There is tenderness diffusely in the lower thoracic to upper lumbar paraspinous muscles bilaterally. He has tenderness directly over the lower hardware pins distally, which is exacerbated since the car accident. Range of motion of the back is prominently limited, but not particularly changed. He has significant residual weakness of the muscles much more on the left side, but not dramatically different than his motor examination pre-accident. He is walking with a somewhat wide-based gait. There is edema of the left leg to a moderate degree.

## ASSESSMENT/PLAN:
The plan is to send him to physical therapy to try to get him back to his pre-accident level as quickly as possible. I think the new injuries are soft tissue and not structural.

I will see him in a month.

Seth Kane, M.D., P.A.
Job 2482
SK/lac/tdk

# SETH KANE, M.D., F.A.A.O.S
### 277 FOREST AVENUE
### SUITE 201
### PARAMUS, NEW JERSEY 07652
### (201) 261-7980
### FAX: (201) 261-8050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**      Pushkin, David
**DATE OF VISIT:**     April 28, 2008

**CHIEF COMPLAINT:**
Left lower extremity pain.

**HISTORY OF PRESENT ILLNESS:**
He is now three months post motor vehicle accident and about a year post anterior and posterior complex decompression and fusion of his lumbar spine. He and I had a very long talk today. His main problem now is progressively he gets edema of the left leg up to the knee as the day goes on. When he first gets up in the morning, he does not have leg pain. As the edema gradually developed during the day, he does develop leg pain. He still gets around with a cane. He has a degree of back pain. He has been going to therapy; the therapy helps his back, but does not make any difference for his leg.

**PHYSICAL EXAMINATION:**
On examination, he is more comfortable today than I have seen him previously and he agrees with this. He has grade 4+/5 quadriceps strength on the left and hamstring strength is the same. Anterior, posterior tibial, peroneal and gastrocnemius soleus strength is now pushing 5/5 which is certainly improved. I am seeing him early in the afternoon and he has not been on his feet much today and he has his stockings on and has only very slight edema around the ankle. By the end of the day, his ankle and calf are massively swollen by his description.

**ASSESSMENT:**
After our discussion, he and I pretty much agree that his muscle power is now better than it was pre-car accident. The back pain is at an acceptable level. The leg edema progressing during the day is his worst problem.

**PLAN:**
I am recommending he go back to the vascular surgeon again. Options would be go back on Lasix and possibly a more rigid compressive support stocking. The question is whether there is anything else that can be offered for his veins, which presumably are not working well. He should continue with the home exercise program but the current plan is to let the therapy lapse. He is seeing Dr. Park for pain management, who has him on the combination of several medications.

**Seth Kane, M.D., P.A.**
Job 3103
SK/tdk

## Pain Management

433 Hackensack Ave
Continental plaza
2nd Floor
Hackensack, NJ 07601

Office: (201) 487-7246
Fax: (201) 487-4600

Date: _April 1, 2008_

Name: _Pushkin_ (Dr.) _David_ _B_
(Last)                          (First)                    (Middle)

Address: _200 Winston Drive, #812_ _Cliffside Park_ _NJ_ _07010_
                                              (City)                    (State)          (Zip)

Home: (_201_) ~~224~~ _224-0587_  Work: (_718_) _862-7945_  Cell: (_201_) _206-5160_

Age: _45_  DOB: _3/21/63_  SS#: _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_  ☑M ☐F

Height: _5-8_  Weight: _190_  Occupation: _Chemistry/Physics Professor_

Referring MD: _Benjamin Rosenbluth_  Telephone: (   )

Address: _Holy Name Hospital_
                                        (City)                    (State)          (Zip)

Primary MD: _See attached_  Telephone: (   )

Address: _____
                                        (City)                    (State)          (Zip)

Emergency Contact: _Ms. Beth Nussbaum_  Tel. # (_917_) _593-8429_ (WIFE)

Chief Complaint: _Continued pain/fatigue in back & left leg_
_relative to 3/21/07 spinal surgery (L2-S1) and subsequent_
_PT/medical treatment_

**Medical History:**
Are you currently under medical treatment? ☑Yes ☐ No

_Please list all issues_ _Pain/stiffness/swelling in left leg, dull ache in post-op_
_area of sacrum, sharp pain in scapula/rt. side of sternum_

When did you have your last physical exam? Date: _12/17/07_  By whom: _Dr. Alvin Wortenheil_

**Surgical History:** ☑Yes ☐ No

_List type of surgery:_ _L2-S1 Laminectomy/Fusion surgery on 3/21/07 —_
_subsequent DVT in left knee & post-op MRSA_

**Allergies:**
Do you have any allergies to medication, foods, dye (iodine)? ☑Yes ☐ No

_If yes please list:_ _Penicillin_
_Have also experienced bad side effects_  } MVA Jan 2008
_from Lyrica (treatment 8/07-10/07)_

433 Hackensack Ave
Continental plaza
2nd Floor
Hackensack, NJ 07601

Office: (201) 487-7246
Fax: (201) 487-4600

Any **Latex allergies?** ☐ Yes ☑ No

*Reaction:* _____

**Medications:**
Please list all your current **pain** medications-prescriptions and non-prescriptions: *(please include your dosage and how many per day)*

Skelaxin 800mg tid/qid   Tylenol PRN       *Previous —*
Tramadol 50-100mg PRN  Lidoderm patches PRN   MSIR 30mg PRN
                                              Lyrica 200mg daily

Please list al your current **non-pain** medications: *(please give doses and how often you take your medication)*
(Ex: high blood pressure, cholesterol, blood thinner, non-prescription and herbal)

Diovan HCT 80mg/12.5mg 1x daily    Amitiza 24Mcg bid
Tricor 145mg 1xdaily  Lipitor 1x daily (10mg)

List any doctors, chiropractors, physical therapy, treatment plans or other health care professionals who have treated your pain and treatment done:

In-patient PT 3/07 - 5/07 ⟩ Focus on leg strength
Out-patient PT 7/07 - 10/07 ⟩ & walking

**Family History of Medical Problems:** Rheumatoid & Osteoarthritis, Diabetes
Colorectal Cancer, Lupus, Cardiovascular disease

**Social History:**

Do you smoke?   ☐ Yes ☑ No   Quit 1986   How many packs per day: _____  For how many years: _____

Do you drink alcohol? ☑ Yes  ☐ No   What do you drink: Wine   How frequent: 1-2x/week

Have you ever used any illegal/illicit drugs? ☐ Yes ☑ No (i.e.: marijuana, heroin, cocaine, etc.)

*Please explain and list:* _____

**Domestic Situation:**

Marital status: ☐ Single ☑ Married ☐ Divorced ☐ Widowed ☐ Other: _____

With whom do you live? Wife   No. of children: O

Are there any substance abuse issues in the household? ☐ Yes ☑ No

*If yes, please explain:* _____

433 Hackensack Ave
Continental plaza
2ⁿᵈ Floor
Hackensack, NJ 07601

Office: (201) 487-7246
Fax: (201) 487-4600

Are you able to take care of yourself?  ☑ Yes  ☐ No

*If no please enter name of care giver:* _____

**Work History**        Job        Yrs Worked        Reason for leaving

*Have been a chem/phys professor/teacher since 1984*

**Legal Matters**

Are you presently involved in a lawsuit?  ☐ Yes  ☑ No

*If yes please explain:* _____

Are you filing for disability?  ☐ Yes  ☑ No

*If yes please explain:* _____

**Review of System:**

Have you ever had any of the following? *(Please check either Yes or No)*

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Anemia | ☑ | ☐ | Epilepsy | ☐ | ☑ | Migraines | ☑ | ☐ |
| Anorexia | ☐ | ☑ | Glaucoma | ☐ | ☑ | Mitral valve prolapse | ☐ | ☑ |
| Arthritis | ☑ | ☐ | Heart Disease | ☐ | ☑ | Multiple Sclerosis | ☐ | ☑ |
| Asthma | ☐ | ☑ | Heart Murmur | ☐ | ☑ | Mumps | ☐ | ☑ |
| | | | | | | Pacemaker | ☐ | ☑ |
| Back Problem | ☑ | ☐ | Hepatitis: type: _____ | | | Pneumonia | ☐ | ☑ |
| Bleeding tendency | ☑ | ☐ | | | | Stroke | ☐ | ☑ |
| Blood disease | ☐ | ☑ | when: _____ | | | Thyroid Problem | ☐ | ☑ |
| Cancer (pre) | ☑ | ☐ | Hernia | ☑ | ☐ | Tonsilitis | ☑ | ☑ |
| Chemotherapy | ☐ | ☑ | Herpes | ☐ | ☑ | Tuberculosis | ☑ | ☐ |
| Chicken Pox | ☑ | ☐ | High blood pressure | ☑ | ☐ | Ulcer | ☑ | ☐ |
| Chronic fatigue syndrome | ☑ | ☐ | HIV/AIDS | ☐ | ☑ | Other conditions: _____ | | |
| Circulatory problems | ☐ | ☑ | Jaundice | ☐ | ☑ | | | |
| Cough (persistent or bloody) | ☑ | ☐ | Kidney disease | ☐ | ☑ | | | |
| Diabetes | ☐ | ☑ | Liver disease | ☐ | ☑ | | | |
| Emphysema | ☐ | ☑ | Low blood pressure | ☑ | ☐ | | | |
| | | | Measles | ☐ | ☑ | | | |

*BERGEN ANESTHESIA ASSOCIATES*

## PAIN MANAGEMENT CENTER

**Physical Exam & Pain Focus:**



1. Please indicate on the diagram above the location of your pain. Use an asterisk (*) to show where the pain starts and is most severe. Us an arrow to show the direction or how the pain travels. You may use more than one asterisk and arrow. By each asterisk please rate level of pain using 0-10.

2. Pain site in order of severity: 1._____ 2._____ 3._____

3. Please check the words that best describe your pain:
☑ Dull   ☐ Stabbing   ☑ Tender   ☐ Shock like   ☐ Numb   ☑ Throbbing   ☐ Gnawing
☑ Burning   ☐ Penetrating   ☑ Unbearable   ☑ Shooting   ☐ Sharp   ☑ Tiring   ☑ Nagging

4. What time of day is your pain the worst? (please check one) ☑ Morning   ☐ Afternoon   ☐ Evening   ☑ Night time
Please rate your pain on the numerical scale below. '0' indicates no pain. '5' indicates mild to discomforting pain. '10' indicates severe, excrutiating and debilitating pain.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild | | Discomforting | | Distressing | | Horrible | | Excrutiating |

5. What time of day is your pain the least? (please check one) ☐ Morning   ☑ Afternoon   ☐ Evening   ☐ Night time
Please rate your pain on the numerical scale below. '0' indicates no pain. '5' indicates mild to discomforting pain. '10' indicates severe, excrutiating and debilitating pain.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild | | Discomforting | | Distressing | | Horrible | | Excrutiating |

6. Duration of pain: _Can last for a few hours_

*BERGEN ANESTHESIA ASSOCIATES*

## PAIN MANAGEMENT CENTER

Circle the numbers below that best describe how pain has interfered with your daily functioning.

**GENERAL ACTIVITY**

| 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**MOOD**

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**WALKING ABILITY**

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**NORMAL WORK ROUTINE**

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**RELATIONS WITH OTHER PEOPLE**

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**SLEEP**

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |

*Does not interfere* — *Completely interferes*

**ENJOYMENT OF LIFE**

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**ABILITY TO CONCENTRATE**

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

**APPETITE**

| 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | 8 | 9 | 10 |

*Does not interfere* — *Completely interferes*

What level of pain do you think you could function with on a daily basis?

| 0 | 1 | 2 | (3 | 4) | 5 | 6 | 7 | 8 | 9 | 10 |

No pain — Worst pain imaginable

Pain affects my ability to enjoy: *Getting back to normal work, life, activity routine*

Quality of sleep: *Not good – up every 2-3 hours*

## Interventional Pain Medicine
Bergen Anesthesia Associates
680 Kinderkamack Road, Suite 207
Oradell, NJ 07649
Tel: 1.201.487.7246  Fax: 1.201.225.0207
www.njpainmedicine.com

**Date:** 7/16/09

**Patient:** Pushkin, David

**Chief Complaint:** Back and Leg Pain
**Location:** Oradell Office

**Problem List:**
Lumbar Back Pain, L2-S1 Laminectomy, Facetectomy, Fusion, Disc Replacement at L3, 4,5.
Hypercholesterolemia
Hypertension
TB

**Progress Note:**
Dr. Pushkin comes today for a follow up visit for chronic lumbar back pain secondary to post laminectomy pain syndrome. He states that his pain has increased.  He reports bilateral lumbar back pain with radiating pain down his left leg, along the front of the leg and lateral ankle.  He reports pain in his upper lumbar back. Pain is worse with walking and sitting.  He denies any new weakness or loss of sensation in his lower extremities. He has difficulty walking and uses a cane for assistance.  He reports that he is using more breakthrough medication.  He saw Dr. Roth who is working him out for possible surgery. He also had a urodynamic study, which shows urinary retention.  He is taking opana ER 20mg BID, Opana 5mg BID prn, Topamax 100mg BID, and Celebrex 200mg BID. He denies any significant side effects from his medications.

Pain score today is 7/10

**Medications** include opana ER 20 mg BID, Opana 5mg BID prn, Celebrex 200mg BID, Topamax 100mg BID, and Provigil 200mg QD

**Physical Exam:**
Alert and oriented time three
No gross Neurologic deficit
Pain: Bilateral Lumbar Back and left leg. Tenderness over upper lumbar facets.
Hypoesthesia in dorsal foot, plantar foot, lateral and medial ankle.

**Review of Systems:**
No signs of over sedation or mental status changes.
Denies nausea, vomiting, or constipation.

All other systems reported negative as per patient.

**Bone scan 6.2008**
Increased  uptake in bilateral SI joints and L2 level

**Patient:** Pushkin, David

**CT Myelogram 6.3.08**
1. s/p Laminectomy at L3,4, 5 with anterior and posterior fusion at L2-S1.
2. Slight posterior disc bulging at L1-2 with a posterior lateral disc herniation on the left side.
3. A small anterolateral extradural mass at L2-3 level on the left side, probably representing a small posterolateral herniated disc.
4. Slight spinal stenosis at L5-S1
5. Grade 2 spondylolisthesis of L5 on S1.

**MRI Cervical Neck 1.21.09**
1. C2-3 facet degenerative arthritis and is associated with subchondral cyst formation associated with facet overgrowth.
2. Neural foraminal narrowing at multiple levels is seen as a result of endplate change and facet degenerative arthropathy.

**MRI Lumbar Spine 1.21.09**
1. L2-S1 fusion.
2. L1-2 greater extension of the disc beyond the end plate and is associated with retrolisthesis of L1 relative to L2 of several millimeters, which is new since preoperative MRI of 12/18/06.
3. L4 fluid collection from inferior spinous process of L3 to the mid L5 vertebral body level with peripheral rim enhancement.
4. Neural foraminal compromise bilaterally at L5-S1 is a result of the anterolisthesis of L5 relative to S1, is similar to preoperative study.

**Assessment and Plan:**
Mr. Pushkin comes today for a follow up visit for chronic lumbar back and leg pain secondary to post laminectomy pain syndrome and SI joint pain. He continues to have bilateral lumbar back pain with radiculopathy. He feels that his pain is getting significantly worse. He reports increased need for breakthrough pain medication. He appears to be taking his medications appropriately. His pill count was appropriate. He denies any significant side effects from his medications.
1. Increase Opana ER to 40 mg twice daily and Opana IR 10mg twice daily as needed for pain.
3. Continue Celebrex 200mg BID.
4. Continue Topamax 100mg BID
5. Continue provigil to 200mg BID
6. Follow up in 1 month.
7. Follow up with Dr. Roth regarding surgical options.


Kenneth Park, DO

Diplomate, American Board of Anesthesiology
Board Certification in Pain Medicine

CC:
Hooman Azmi, MD
Patrick Roth, MD
Stephen Sherer, MD  Fax: 201.945.5604

# Interventional Pain Medicine
Bergen Anesthesia Associates
680 Kinderkamack Road, Suite 207
Oradell, NJ 07649
Tel: 1.201.487.7246 Fax: 1.201.225.0207
www.njpainmedicine.com

**Date:** 9/10/09

**Patient:** Pushkin, David

**Chief Complaint:** Back and Leg Pain
**Location:** Oradell Office

**Problem List:**
Lumbar Back Pain, L2-S1 Laminectomy, Facetectomy, Fusion, Disc Replacement at L3, 4,5.
Hypercholesterolemia
Hypertension
TB

**Progress Note:**
Dr. Pushkin comes today for a follow up visit for chronic lumbar back pain secondary to post laminectomy pain syndrome. He states that his pain is controlled with morphine. He reports bilateral lumbar back pain with radiating pain down bilateral leg, along the front of the leg and lateral ankle. Pain is worse with walking and sitting. He denies any new weakness or loss of sensation in his lower extremities. He has difficulty walking and uses a cane for assistance. He saw Dr. Roth regarding surgery. As per their conversation the feeling is that he is too high risk for repeat surgery. He is taking Avinza 90mg QD, MSIR 15mg QID prn, Topamax 100mg BID, and Celebrex 200mg BID. He denies any significant side effects from his medications. He would like to explore non-narcotic options for pain treatment since he is not having surgery.

Pain score today is 6/10

**Medications** include Avinza 90mg QD, MSIR 15mg QID prn, Celebrex 200mg BID, Topamax 100mg BID, and Provigil 200mg QD

**Physical Exam:**
Alert and oriented time three
No gross Neurologic deficit
Pain: Bilateral Lumbar Back and left leg. Tenderness over upper lumbar facets.
Hypoesthesia in dorsal foot, plantar foot, lateral and medial ankle.
Swelling and edema in his left ankle with tenderness in his left calf muscle.

**Review of Systems:**
No signs of over sedation or mental status changes.
Denies nausea, vomiting, or constipation.

All other systems reported negative as per patient.

**Bone scan 6.2008**
Increased uptake in bilateral SI joints and L2 level

1

**Patient:** Pushkin, David

**CT Myelogram 6.3.08**
1. s/p Laminectomy at L3,4, 5 with anterior and posterior fusion at L2-S1.
2. Slight posterior disc bulging at L1-2 with a posterior lateral disc herniation on the left side.
3. A small anterolateral extradural mass at L2-3 level on the left side, probably representing a small posterolateral herniated disc.
4. Slight spinal stenosis at L5-S1
5. Grade 2 spondylolisthesis of L5 on S1.

**MRI Cervical Neck 1.21.09**
1. C2-3 facet degenerative arthritis and is associated with subchondral cyst formation associated with facet overgrowth.
2. Neural foraminal narrowing at multiple levels is seen as a result of endplate change and facet degenerative arthropathy.

**MRI Lumbar Spine 1.21.09**
1. L2-S1 fusion.
2. L1-L2 greater extension of the disc beyond the end plate and is associated with retrolisthesis of L1 relative to L2 of several millimeters, which is new since preoperative MRI of 12/18/06.
3. L4 fluid collection from inferior spinous process of L3 to the mid L5 vertebral body level with peripheral rim enhancement.
4. Neural foraminal compromise bilaterally at L5-S1 is a result of the anterolisthesis of L5 relative to S1, is similar to preoperative study.

**Assessment and Plan:**
Mr. Pushkin comes today for a follow up visit for chronic lumbar back and leg pain secondary to post laminectomy pain syndrome and SI joint pain. His pain is better controlled since being rotated to morphine. He appears to be taking his medications appropriately. His pill count was appropriate and had 42 extra MSIR pills. He denies any significant side effects from his medications.
1. Continue Avinza 90mg QD and MSIR 15mg QID prn pain.
2. Continue Celebrex and Topamax.
3. Doppler's of the lower extremity was negative for DVT. He was started on lasix for edema.
4. He may schedule for a IV lidocaine infusion for lower extremity neuropathic pain.
5. Follow-up in one month for medical management.
6. I discussed with him the possibility of neurostimulation. He does not like the idea of an implant.

Kenneth Park, DO

Diplomate, American Board of Anesthesiology
Board Certification in Pain Medicine

CC:
Hooman Azmi, MD
Patrick Roth, MD
Stephen Sherer, MD  Fax: 201.945.5604

2

## Interventional Pain Medicine
Bergen Anesthesia Associates
680 Kinderkamack Road, Suite 207
Oradell, NJ 07649
Tele: 1.201.487.7246  Fax: 1.201.225.0207
www.njpainmedicine.com

**Date:** 9/17/09

**Patient:** Pushkin, David

**Chief Complaint:** Left leg radiculopathy
**Procedure:** IV Lidocaine
**Location:** Holy Name Hospital, Teaneck, NJ

**History:**

Mr. Pushkin comes with left leg pain and lumbar back pain. He has a history of
multilevel spinal fusion with disc replacement. He reports pain over the left leg and foot.
There are no neurologic deficits. He presents for an IV lidocaine trial for radiculopathy.

**IV Lidocaine**

After obtaining written consent, pre-infusion blood pressure and pulse was were normal
and recorded in the nursing record. An IV was started in patient's right arm and was
running freely. The visual analogue pain score at the beginning of the procedure was
4/10. The patient received 40 cc's of 2% Lidocaine in 250 ml of normal saline over 60
minutes. Total Lidocaine dose is 400mg. The patient tolerated the infusion well without
complications. At the termination of the infusion the visual analogue pain score was 2/10.
Following the infusion the patient's vital signs were normal and recorded in the nursing
record. The intravenous was removed. The patient was discharged home in good
condition after being given discharge instructions.

**Plan:**
    1.  Follow up in 2 weeks in the office

Kenneth Park, DO
Diplomate, American Board of Anesthesiology
Board Certification in Pain Medicine

1

## Interventional Pain Medicine

Bergen Anesthesia Associates
680 Kinderkamack Road, Suite 207
Oradell, NJ 07649
Tel: 1.201.487.7246  Fax: 1.201.225.0207
www.njpainmedicine.com

**Date:** 10/01/09

**Patient:** Pushkin, David

**Chief Complaint:** Back and Leg Pain
**Location:** Oradell Office

**Problem List:**
Lumbar Back Pain, L2-S1 Laminectomy, Facetectomy, Fusion, Disc Replacement at L3, 4,5.
Hypercholesterolemia
Hypertension
TB
Urinary Retention

**Progress Note:**
Dr. Pushkin comes today for a follow up visit for chronic lumbar back pain secondary to post laminectomy pain syndrome. He was recently discharged from HUMC for urinary retention. He states that he is feeling better. He reports that his pain significantly better since the lidocaine infusion. He reports that pain as a dull ach only. He was taken off the Avinza after discharge from HUMC. He is taking MSIR 30mg TID prn, Topamax 100mg BID, and Celebrex 200mg BID. He denies any significant side effects from his medications.

Pain score today is 5/10

**Medications** include MSIR 30mg TID prn, Celebrex 200mg BID, Topamax 100mg BID, and Provigil 200mg QD

**Physical Exam:**
Alert and oriented time three
No gross Neurologic deficit
Pain: Bilateral Lumbar Back and left leg. Tenderness over upper lumbar facets.
Hypoesthesia in dorsal foot, plantar foot, lateral and medial ankle.
Swelling and edema in his left ankle with tenderness in his left calf muscle.

**Review of Systems:**
No signs of over sedation or mental status changes.
Denies nausea, vomiting, or constipation.

All other systems reported negative as per patient.

**Bone scan 6.2008**
Increased uptake in bilateral SI joints and L2 level

1

**Patient:** Pushkin, David

**CT Myelogram 6.3.08**
1. s/p Laminectomy at L3,4, 5 with anterior and posterior fusion at L2-S1.
2. Slight posterior disc bulging at L1-2 with a posterior lateral disc herniation on the left side.
3. A small anterolateral extradural mass at L2-3 level on the left side, probably representing a small posterolateral herniated disc.
4. Slight spinal stenosis at L5-S1
5. Grade 2 spondylolisthesis of L5 on S1.

**MRI Cervical Neck 1.21.09**
1. C2-3 facet degenerative arthritis and is associated with subchondral cyst formation associated with facet overgrowth.
2. Neural foraminal narrowing at multiple levels is seen as a result of endplate change and facet degenerative arthropathy.

**MRI Lumbar Spine 1.21.09**
1. L2-S1 fusion.
2. L1-2 greater extension of the disc beyond the end plate and is associated with retrolisthesis of L1 relative to L2 of several millimeters, which is new since preoperative MRI of 12/18/06.
3. L4 fluid collection from inferior spinous process of L3 to the mid L5 vertebral body level with peripheral rim enhancement.
4. Neural foraminal compromise bilaterally at L5-S1 is a result of the anterolisthesis of L5 relative to S1, is similar to preoperative study.

**Assessment and Plan:**
Mr. Pushkin comes today for a follow up visit for chronic lumbar back and leg pain secondary to post laminectomy pain syndrome and SI joint pain. He reports bilateral lumbar back pain with radiculopathy. His pain is better controlled since the IV lidocaine. He was recently hospitalized for urinary retention. He appears to be taking his medications appropriately. He has stopped Avinza and is on MSIR only. He denies any significant side effects from his medications.
1. Continue MSIR 15-30 mg TID prn pain.
2. Continue Celebrex and Topamax.
3. Follow-up in one month for medical management.


Kenneth Park, DO
Diplomate, American Board of Anesthesiology
Board Certification in Pain Medicine

CC:
Stephen Sherer, MD  Fax: 201.945.5604

2

## Interventional Pain Medicine
Bergen Anesthesia Associates
680 Kinderkamack Road, Suite 207
Oradell, NJ 07649
Tel: 1.201.487.7246  Fax: 1.201.225.0207
www.njpainmedicine.com

**Date:** 10/29/09

**Patient:** Pushkin, David

**Chief Complaint:** Back and Leg Pain
**Location:** Oradell Office

**Problem List:**
Lumbar Back Pain, L2-S1 Laminectomy, Facetectomy, Fusion, Disc Replacement at L3, 4,5.
Hypercholesterolemia
Hypertension
TB
Urinary Retention

**Progress Note:**
Dr. Pushkin comes today for a follow up visit for chronic lumbar back pain secondary to post laminectomy pain syndrome. He reports that his back and leg pain has been increasing. Pain radiates into his left leg. He reports that his pain significantly was better after the lidocaine infusion. He has been taking Avinza intermittently. He is taking MSIR 30mg TID prn, Topamax 100mg BID, and Celebrex 200mg BID. He denies any significant side effects from his medications. He denies any problems urinating.

Pain score today is 5/10

**Medications** include MSIR 30mg TID prn, Celebrex 200mg BID, Topamax 100mg BID, and Provigil 200mg QD

**Physical Exam:**
Alert and oriented time three
No gross Neurologic deficit
Pain: Bilateral Lumbar Back and left leg. Tenderness over upper lumbar facets.
Hypoesthesia in dorsal foot, plantar foot, lateral and medial ankle.
Swelling and edema in his left ankle with tenderness in his left calf muscle.

**Review of Systems:**
No signs of over sedation or mental status changes.
Denies nausea, vomiting, or constipation.

All other systems reported negative as per patient.

**Bone scan 6.2008**
Increased uptake in bilateral SI joints and L2 level

1

**Patient:** Pushkin, David

**CT Myelogram 6.3.08**
1. s/p Laminectomy at L3,4, 5 with anterior and posterior fusion at L2-S1.
2. Slight posterior disc bulging at L1-2 with a posterior lateral disc herniation on the left side.
3. A small anterolateral extradural mass at L2-3 level on the left side, probably representing a small posterolateral herniated disc.
4. Slight spinal stenosis at L5-S1
5. Grade 2 spondylolisthesis of L5 on S1.

**MRI Cervical Neck 1.21.09**
  1. C2-3 facet degenerative arthritis and is associated with subchondral cyst formation associated with facet overgrowth.
  2. Neural foraminal narrowing at multiple levels is seen as a result of endplate change and facet degenerative arthropathy.

**MRI Lumbar Spine 1.21.09**
  1. L2-S1 fusion.
  2. L1-2 greater extension of the disc beyond the end plate and is associated with retrolisthesis of L1 relative to L2 of several millimeters, which is new since preoperative MRI of 12/18/06.
  3. L4 fluid collection from inferior spinous process of L3 to the mid L5 vertebral body level with peripheral rim enhancement.
  4. Neural foraminal compromise bilaterally at L5-S1 is a result of the anterolisthesis of L5 relative to S1, is similar to preoperative study.

**Assessment and Plan:**
Mr. Pushkin comes today for a follow up visit for chronic lumbar back and leg pain secondary to post laminectomy pain syndrome and SI joint pain. He reports bilateral lumbar back pain with radiculopathy. His pain has increased. His urinary retention issue has resolved. He appears to be taking his medications appropriately. He has stopped Avinza and is on MSIR only. He denies any significant side effects from his medications.
  1. Continue MSIR 15-30 mg TID prn pain.
  2. Continue Celebrex and Topamax.
  3. Schedule for a repeat IV lidocaine infusion. I am hoping that this will allow us to only use low dose opioid.


Kenneth Park, DO

Diplomate, American Board of Anesthesiology
Board Certification in Pain Medicine

CC:
Stephen Sherer, MD  Fax: 201.945.5604

2

## Interventional Pain Medicine
Bergen Anesthesia Associates
680 Kinderkamack Road, Suite 207
Oradell, NJ 07649
Tel: 1.201.487.7246  Fax: 1.201.225.0207
www.njpainmedicine.com

**Date:** 12/1/09

**Patient:** Pushkin, David

**Chief Complaint:** Back and Leg Pain
**Location:** Oradell Office

**Problem List:**
Lumbar Back Pain, L2-S1 Laminectomy, Facetectomy, Fusion, Disc Replacement at L3, 4,5.
Hypercholesterolemia
Hypertension
TB
Urinary Retention

**Progress Note:**
Dr. Pushkin comes today for a follow up visit for chronic lumbar back pain secondary to post laminectomy pain syndrome. He reports that his back and leg pain has been increasing. Pain radiates into his left leg. He was unable to have a repeat lidocaine infusion because is case was closed. He found that the Lidocaine infusion has helped him significantly. He has been taking Avinza intermittently along with MSIR 30mg TID prn. He has been out of the MSIR because he was unable to see me prior to my vacation. He states that the Avinza has been causing GI upset. He took some Opana IR for breakthrough pain since he had left over at work. He denies any problems urinating.

Pain score today is 5/10

**Medications** include MSIR 30mg TID prn, Celebrex 200mg BID, Topamax 100mg BID, and Provigil 200mg QD

**Physical Exam:**
Alert and oriented time three
No gross Neurologic deficit
Pain: Bilateral Lumbar Back and left leg. Tenderness over upper lumbar facets.
Hypoesthesia in dorsal foot, plantar foot, lateral and medial ankle.
Swelling and edema in his left ankle with tenderness in his left calf muscle.

**Review of Systems:**
No signs of over sedation or mental status changes.
Denies nausea, vomiting, or constipation.

All other systems reported negative as per patient.

**Bone scan 6.2008**
Increased  uptake in bilateral SI joints and L2 level

1

**Patient:** Pushkin, David

**CT Myelogram 6.3.08**
1. s/p Laminectomy at L3,4, 5 with anterior and posterior fusion at L2-S1.
2. Slight posterior disc bulging at L1-2 with a posterior lateral disc herniation on the left side.
3. A small anterolateral extradural mass at L2-3 level on the left side, probably representing a small posterolateral herniated disc.
4. Slight spinal stenosis at L5-S1
5. Grade 2 spondylolisthesis of L5 on S1.

**MRI Cervical Neck 1.21.09**
1. C2-3 facet degenerative arthritis and is associated with subchondral cyst formation associated with facet overgrowth.
2. Neural foraminal narrowing at multiple levels is seen as a result of endplate change and facet degenerative arthropathy.

**MRI Lumbar Spine 1.21.09**
1. L2-S1 fusion.
2. L1-2 greater extension of the disc beyond the end plate and is associated with retrolisthesis of L1 relative to L2 of several millimeters, which is new since preoperative MRI of 12/18/06.
3. L4 fluid collection from inferior spinous process of L3 to the mid L5 vertebral body level with peripheral rim enhancement.
4. Neural foraminal compromise bilaterally at L5-S1 is a result of the anterolisthesis of L5 relative to S1, is similar to preoperative study.

**Assessment and Plan:**
Mr. Pushkin comes today for a follow up visit for chronic lumbar back and leg pain secondary to post laminectomy pain syndrome and SI joint pain. He reports bilateral lumbar back pain with radiculopathy. His pain has increased. His urinary retention issue has resolved. He appears to be taking his medications appropriately. He reports that the MSIR has helped him the most. Request for IV lidocaine was denied.
1. Continue MSIR 15-30 mg TID prn pain.
2. Continue Celebrex and Topamax.
3. He became irritable and upset because I would not write a letter stating his car accident in 2008 caused worsening of his pain. I explained to him that I did not care for him prior to the accident and have no reference point to his baseline pain condition. He started yelling and became confrontational. I asked him to leave the office. I also explained to him that he needs to find another physician who takes his new insurance. I wrote him a prescription for a 1 month supply of MSIR, which he did not want to take.
4. He was instructed to call his insurance to find another provider in his network.

Kenneth Park, DO

Diplomate, American Board of Anesthesiology
Board Certification in Pain Medicine

CC:
Stephen Sherer, MD  Fax: 201.945.5604

2

# SETH KANE, M.D., F.A.A.O.S
### 277 FOREST AVENUE
### SUITE 201
### PARAMUS, NEW JERSEY 07652
### (201) 261-7980
### FAX: (201) 261-8050

DIPLOMATE OF THE
AMERICAN BOARD OF
ORTHOPEDIC SURGERY

ORTHOPEDIC SURGERY
SPORTS MEDICINE

**PATIENT NAME:**       Pushkin, PhD., David
**DATE OF VISIT:**      February 6, 2009

## CHIEF COMPLAINTS:
1. Follow-up back pain.
2. Follow-up neck pain.
3. Follow-up thoracic pain.

## HISTORY OF PRESENT ILLNESS:
Mr. Pushkin returns after almost a year with multiple further steps in his complex ongoing medical saga. He still complains of major back pain; part of it is that the two distal screw sites and part of it is at the upper lumbar region. He also has neck pains, which at times have gone down the arms and mid thoracic pains. He has had multiple diagnostic further work ups since I saw him by neurologists and pain management. The pain management person keeps talking to him about a spinal stimulator, which he really does not want but he is slowly needing more narcotics. From a social standpoint, his wife is divorcing him. He has lost a lot of weight. He applied for Social Security Disability, which apparently has been denied and now there is legal action over this.

## PHYSICAL EXAMINATION:
On examination, he gets around using a cane, which is too long for him. He tends to sit and stand with his neck and shoulders hunched forward. He definitely has two prominent palpable screws at the upper sacral region. Range of motion of his back and lumbar area is obviously prominently decreased as he has an L2 to sacrum fusion. He still has significant permanent residual weakness of the left leg, but overall, he feels he has gained a bit of strength back and feels he is still slowly improving from his surgery, even though it is about 22 months since his extensive decompressive spine surgery and fusion.

## DIAGNOSTIC STUDIES:
Today, I have reviewed his more recent lumbar MRI, which shows he has developed a spondylolisthesis with a fusion mass starting at L2, somewhat anterior of L1. Within that effect, there is a modest kinking of the spinal cord across the anterior body of L1 with a posterior element of L2. He is widely decompressed below that. The L2 through L5 segments are anterior to the sacrum and also anterior to L1.

## ASSESSMENT:
I did explain to him that the thoracic pain is mechanical due to his poor postural positioning stressing the muscles across the midthoracic region. I discussed with

# SETH KANE, M.D., F.A.A.O.S

RE: Pushkin, PhD., David                                                    Page 2
February 6, 2009

him several things that he can do to try to help himself there by positioning in chairs and his posture. He does not want to consider more therapy at this time. I have not gotten involved with his cervical changes, where apparently he has had some EMG changes documented earlier, as the back is more the issue.

At this point, he really needs some support for his overall medical as well as social conditions.

His wife does not want to understand anything and, therefore, is in the process of divorcing him, which I suspect will be better for both of them. I did discuss with him since only a very high level orthopedic spine surgeon would consider touching his back, getting another opinion would be appropriate, and he may have to go outside the New York Metropolitan area to look for someone outside the small cadre of people locally who are all obviously a friend with Dr. Casden. He also will lose his insurance after the divorce is final. Dr. Casden has talked about hardware removal and fusion of L1-2. I think that is a reasonable consideration, but obviously it puts some risk for the future moving higher up and this would only obviously impact one component of his total picture. With this in mind, and understanding this, he is very hesitant to go forward, but I think getting another high end surgeon consultation view would be appropriate and I encouraged him to do this.

**Seth Kane, M.D., P.A.**
Job 5614
SK/tdk

Admitted to BR 2/13 after
altercation with wife

# SPINAL
## IMPAIRMENT QUESTIONNAIRE

To: _Seth Kane, M.D._

Re: _David B. Pushkin_ (Name of Patient)

_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_ (Social Security No.)

_3/21/1963_ (Date of Birth)

Please answer the following questions concerning your patient's impairments. **Attach all relevant radiologist reports, laboratory and test results which have not been provided previously to the Social Security Administration or to Binder & Binder.**

1.  a.  Date of first treatment. _12/11/2006_

    b.  Date of most recent exam. _5/21/2010_

    c.  Frequency of treatment: _Variable_

2.  What is your diagnosis of your patient's condition?

    _S/P L2 → sacrum complex fusion ī decompression_
    _Chronic spinal seroma_
    _Instability L1-2_

3.  Prognosis.

    _Guarded_

4.  Identify the positive **clinical findings** that demonstrate and/or support your diagnosis and indicate location.

    ✓ Limited range of motion @

    Cervical _____

    Lumbar _Marked limitation all planes_

Spinal IQ
Page 2/7

___ Tenderness @

    Cervical _____

    Lumbar  *Midline lumbar L2-5* _____

___ Muscle spasm @

    Cervical _____

    Lumbar _____

___ Sensory loss @

    Cervical _____

    Lumbar  *Residual (L) leg* _____

___ Reflex changes @

    Cervical _____

    Lumbar _____

___ Muscle atrophy @

    Cervical _____

    Lumbar  *Prominent improvement of (L) leg motor function*

___ Muscle weakness @  *slowly post-op Residual coordination deficit affecting ambulation*

    Cervical _____

    Lumbar _____

✓ Abnormal gait

✓ Swelling @  *Post (L) leg phlebitis present* _____

___ Crepitus @ _____

___ Trigger points @ _____

___ Positive straight leg raising test:      Left at ____ °  Right ____ °

Other clinical signs or comments.  *Requires cane for ambulation*

_____

_____

**Spinal IQ**
**Page 3/7**

5.   Identify the laboratory and diagnostic test results which demonstrate and/or which support
     your diagnosis.

     X-ray + MRI

6.   Please list your patient's primary **symptoms**, including pain, loss of sensation, fatigue etc.

     Pain, weakness, joint abnormality
     Gradual changes of bowel & bladder function

7.   Are your patient's symptoms and functional limitations **reasonably consistent** with the claimant's
     physical and/or emotional impairments described in this evaluation?

     ___✓___ Yes       _____ No

     If no, please explain:

8.   If your patient has pain, please address the following factors:

     a.    The nature of the pain.   Permanent   LBP

     b.    The location of the pain.   Mainly central lumbar

     c.    The frequency of the pain.

           Continuous, Aggravated some with activity.

Spinal IQ
Page 4/7

d.   The precipitating factors leading to the pain. _____

_____

_____

e.   Other factors relating to your patient's pain. _____

_____

_____

9.   Have you been able to completely relieve the pain with medication without unacceptable side effects?

_____ Yes   ___✓___ No

10.   As a result of your patient's impairments, estimate your patient's residual functional capacity if your patient were placed in a normal **COMPETITIVE FIVE DAY A WEEK WORK ENVIRONMENT ON A SUSTAINED BASIS.**

a.   **In an eight-hour day, my patient can only (circle full capacity for each activity):**

(1)   **Sit:**   0-1   1   2   3   4   5   (6)   7   8   (hours)

(2)   **Stand/Walk:**   0-1   1   (2)   3   4   5   6   7   8   (hours)

(3)   Would it be **necessary** or **medically recommended** for your patient **not to sit continuously** in a work setting?

___✓___ Yes   _____ No

(a)   How frequently must your patient get up and move around?   _every 2 hrs_

(b)   How long before your patient can sit again?   _½ hr_

(4)   Would it be **necessary or medically recommended** for your patient **not to stand/walk continuously** in a work setting?

_____ Yes   ___✓___ No

b.   **My patient can**

| (1) Lift | Never | Occasionally | Frequently |
|---|---|---|---|
| 0 - 5 lbs. | [ _ ] | [ ✓ ] | [ _ ] |
| 5 - 10 lbs. | [ ✓ ] | [ _ ] | [ _ ] |
| 10 - 20 lbs. | [ ✓ ] | [ _ ] | [ _ ] |
| 20 - 50 lbs. | [ ✓ ] | [ _ ] | [ _ ] |
| Over 50 lbs. | [ _ ] | [ _ ] | [ _ ] |

1/00-svj

Spinal IQ
Page 5/7

(2)  Carry                    Never            Occasionally        Frequently

     0 - 5 lbs.         [__]             [_✓]                [__]
     5 - 10 lbs.        [✓]              [__]                [__]
     10 - 20 lbs.       [✓]              [__]                [__]
     20 - 50 lbs.       [✓]              [__]                [__]
     Over 50 lbs.       [✓]              [__]                [__]

11.  List medication(s) prescribed, dosage, and any side effects your patient has reported.

    _I am not the medication prescribing MD_

12.  Have you substituted medications in an attempt to produce less symptomatology or relieve side effects?

           _____ Yes      _____ No

13.  List other treatment (e.g., surgery, physical therapy) and complications, if any.

    _see his spine surgical record_

14.  How often is your patient's experience of pain or other symptoms severe enough to interfere with attention and concentration?

    Never        Seldom        (Periodically)        Frequently        Constantly

15.  Are your patient's impairments ongoing, creating an expectation on your part that they will last at least twelve months?

           ✓ Yes      _____ No

16.  Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?

    _Mildly_      _____ Yes      _____ No

If so, indicate what emotional factors affect your patient (give specifics).

    _He is consumed by his whole physical status_

1/00-svj

17.   is your patient a malingerer?            _____ Yes      ✓ No

18.   To what degree can your patient tolerate work stress?

      ___ Incapable of even "low stress"

      ✓ Capable of low stress

      ___ Capable of moderate stress

      ___ Capable of high stress

      Please explain the basis for your conclusions.   *Observation over years*

19.   Will your patient sometimes need to take unscheduled breaks to rest (e.g., shift positions to relieve pain, etc.) at unpredictable intervals during an 8-hour working day?

      if yes,  1)   How **often** do you think this will happen?   *Very frequently*

               2)   How **long** (on average) will your patient have to rest before returning to work?   *1 hr*

20.   Does your patient's condition interfere with the ability to keep the neck in a constant position (e.g. looking at a computer screen, looking down at the desk)?

                                                           _____ Yes      ✓ No

      If so, can your patient do a full time competitive job that requires that activity on a sustained basis.
      *Low Back pain limits sitting at times* _____ Yes      _____ No

21.   Are your patient's impairments likely to produce "good days" and "bad days"?

                                                           ✓ Yes      _____ No

      If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment.

      ✓ More than three times a month              ___ About two to three times a month

      ___ About once a month                        ___ Less than once a month

**Spinal IQ**
**Page 7/7**

22.  Are there any other limitations that would affect your patient's ability to work at a regular job on a sustained basis (please check all that are applicable)?

|  |  |  |
|---|---|---|
| ____ psychological limitations | ____ limited vision | ✓ no pushing |
| ____ need to avoid wetness | ____ need to avoid temperature extremes | ✓ no pulling |
| ____ need to avoid noise | ____ need to avoid humidity | ✓ no kneeling |
| ____ need to avoid fumes | ____ need to avoid dust | ✓ no bending |
| ____ need to avoid gases | ____ need to avoid heights | ____ no stooping |
| ____ other _____ | | |

23.  In your best medical opinion, what is the earliest date that the description of symptoms **and** limitations in this questionnaire applies?  _Progressive since I have been seeing_
_him despite some motor improvement shortly post_
Additional comments. _Surgery_

_____

_____

_____


_5/26/10_                    _[signature]_                    _Orthopedic Surgeon_
Date                         Signature                       Specialty

                 Print/Type Name  _____  SETH KANE M.D. P.A.
                                              550 KINDERKAMACK ROAD
                                                   SUITE 204
                 Address          _____     ORADELL, NJ 07649

                                   _____

1/00-svj

# LUMBAR SPINE
## IMPAIRMENT QUESTIONNAIRE

To: _Mario Vukie, M.D_

Re: _David B. Puskin_ (Name of Patient)

_XXX-XX-4120_ (Social Security No.)

_3/21/1963_ (Date of Birth)

Please answer the following questions concerning your patient's impairments. **Attach all relevant radiologist reports, laboratory and test results which have not been provided previously to the Social Security Administration or to Binder & Binder.**

1. a. Date of first treatment. _12/21/06_

   b. Date of most recent exam. _3/25/10_

   c. Frequency of treatment. _Q 2-3 mo_

2. What is your diagnosis of your patient's condition?

   _Intractable low back pain, Left leg weakness s/p multiple spinal surgeries._

3. Prognosis.

   _Permanent weakness + pain._

4. Identify the positive **clinical findings** that demonstrate and/or support your diagnosis and indicate location.

   ☒ Limited range of motion @ _(L) leg_

   ___ Tenderness @ _____

   ___ Muscle spasm @ _____

   ☒ Swelling @ _(L) leg_

Lumbar Spine IQ
Page 2/7

✓ Abnormal gait  *Antalgic, unsteady*

___ Sensory loss  @ _____

✓ Reflex changes @  Ⓛ KJ, AJ

___ Muscle atrophy @ _____

✓ Muscle weakness @  *psoas, quads, vastus, foot plantar + dorsiflex*

___ Crepitus @ _____

___ Trigger points @ _____

___ Positive straight leg raising test:    Left at ____°  Right ____°

Other clinical signs or comments._____

_____

5.   Identify the **laboratory and diagnostic test results** which demonstrate and/or which support your diagnosis.

*MRI 4s spine*

_____

6.   Please list your patient's primary **symptoms**, including pain, loss of sensation, fatigue etc.

⊕ *pain in low back + left leg. Weakness of Ⓛ LE which worsens with physical activity*

7.   Are your patient's symptoms and functional limitations **reasonably consistent** with the patient's physical and/or emotional impairments described in this evaluation?

✓ Yes    ___ No

If no, please explain.

_____

_____

1/00-svj

Lumbar Spine IQ
Page 3/7

8.    If your patient has pain, please address the following factors:

    a.    The nature of the pain. *Neuropathic, sharp shooting*

    b.    The location of the pain. *Low back → left leg*

    c.    The frequency of the pain. *Constant - Waxes + Wanes*

    d.    The precipitating factors leading to the pain. *physical activity, certain positions.*

    e.    Other factors relating to your patient's pain.

9.    Have you been able to completely relieve the pain with medication without unacceptable side effects?

                                _____ Yes    **X** No

10.    As a result of your patient's impairments, estimate your patient's residual functional capacity if your patient were placed in a normal **COMPETITIVE FIVE DAY A WEEK WORK ENVIRONMENT ON A SUSTAINED BASIS.**

    a.    **In an eight-hour day, my patient can only (circle full capacity for each activity):**

        (1)    **Sit:**    (0-1)  1   2   3   4   5   6   7   8   (hours)

        (2)    **Stand/Walk:**    (0-1)  1   2   3   4   5   6   7   8   (hours)

**Lumbar Spine IQ**
**Page 4/7**

    (3)    Would it be **necessary** or **medically recommended** for your patient **not to sit continuously** in a work setting?   ✓ Yes   \_\_\_\_ No

        (a)   How frequently must your patient get up and move around?   _10 - 15m_

        (b)   How long before your patient can sit again?   _5 - 10 Mi._

    (4)    Would it be **necessary** or **medically recommended** for your patient **not to stand/walk continuously** in a work setting?   ✓ Yes   \_\_\_\_ No

b.    **My patient can**

    (1)  **Lift**

| | Never | Occasionally | Frequently |
|---|---|---|---|
| 0 - 5 lbs. | [X] | [__] | [__] |
| 5 - 10 lbs. | [X] | [__] | [__] |
| 10 - 20 lbs. | [X] | [__] | [__] |
| 20 - 50 lbs. | [X] | [__] | [__] |
| Over 50 lbs. | [X] | [__] | [__] |

    (2)  **Carry**

| | Never | Occasionally | Frequently |
|---|---|---|---|
| 0 - 5 lbs. | [X] | [__] | [__] |
| 5 - 10 lbs. | [X] | [__] | [__] |
| 10 - 20 lbs. | [X] | [__] | [__] |
| 20 - 50 lbs. | [X] | [__] | [__] |
| Over 50 lbs. | [X] | [__] | [__] |

11.    List medication(s) prescribed, dosage, and any **side effects** your patient has reported.

_Ultram 50g PRN_
_Flexeril 5g PRN_
_Pt was on narcotic meds previously which he_
_cannot tolerate_

12.    Have you substituted medications in an attempt to produce less symptomatology or relieve side effects?   ✓ Yes   \_\_\_\_ No

1/00-svj

Lumbar Spine IQ
Page 5/7

13. List other treatment (e.g., surgery, physical therapy) and complications, if any.

*Multiple spine surgers, physical thery and epidural steroid inj.*

14. How often is your patient's experience of pain or other symptoms severe enough to interfere with attention and concentration?

Never        Seldom        Periodically        (Frequently)        Constantly

15. Are your patient's impairments ongoing, creating an expectation on your part that they will last at least twelve months?

__X__ Yes        _____ No

16. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?

_____ Yes        __X__ No

If so, indicate what emotional factors affect your patient (give specifics).

_____

_____

_____

17. Is your patient a malingerer?        _____ Yes        __X__ No

18. To what degree can your patient tolerate work stress?

___ Incapable of even "low stress"

_X_ Capable of low stress

___ Capable of moderate stress

___ Capable of high stress

Please explain the basis for your conclusions. *Stress can exacerbate his percept- of the low back pn.*

_____

1/00-svj

**Lumbar Spine IQ**
**Page 6/7**

19. Will your patient sometimes need to take unscheduled breaks to rest at unpredictable intervals during an 8-hour working day?

    If yes, 1)    How often do you think this will happen?_____ 4 - 5x / day

            2)    How long (on average) will your patient have to rest before returning to work? _____ 10 min

20. Does your patient's condition interfere with the ability to keep the neck in a constant position (e.g. looking at a computer screen, looking down at the desk)?

    ____X____ Yes    _____ No

    If so, can your patient do a full time competitive job that requires that activity on a sustained basis.

    _____ Yes    ___X___ No

21. Are your patient's impairments likely to produce "good days" and "bad days"?

    ____X____ Yes    _____ No

    If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment.

    __X__ More than three times a month    ____ About two to three times a month

    ____ About once a month    ____ Less than once a month

22. Are there any other limitations that would affect your patient's ability to work at a regular job on a sustained basis (please check all that are applicable)?

    ____ psychological limitations    ____ limited vision    __X__ no pushing

    ____ need to avoid wetness    ____ need to avoid temperature extremes    __X__ no pulling

    ____ need to avoid noise    ____ need to avoid humidity    __X__ no kneeling

    ____ need to avoid fumes    ____ need to avoid dust    __X__ no bending

    ____ need to avoid gases    ____ need to avoid heights    __X__ no stooping

    ____ other _____

23. In your best medical opinion, what is the earliest date that the description of symptoms and limitations in this questionnaire applies?_____ 2006

**Lumbar Spine IQ**
**Page 7/7**

Additional comments. _____

_____

_____

_____

3/25/10
Date

Signature

*Neurology*
Specialty

Print/Type Name _____

Address _____

_____

Mario Vukic, MD
211 Essex Street Suite 202
Hackensack, N.J. 07601
Tel. 201-488-1515

Mario Vukic, MD
211 Es    Street Suite 202
Hack    k, N.J. 07601
Tel: 1.   488-1515

1/00-svj

# MULTIPLE IMPAIRMENT QUESTIONNAIRE

To: _Stephen Sherer, M.D._

Re: _David B. Pushkin_ _____ (Name of Patient)

_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_ _____ (Social Security No.)

_3/21/1963_ _____ (Date of Birth)

Please answer the following questions concerning your patient's impairments. **Attach all radiologist reports, laboratory and test results which have not been provided previously to the Social Security Administration or to Binder & Binder.**

1. a. Date of first treatment. _5/6/2008_

   b. Date of most recent exam. _5/12/2010_

   c. Frequency of treatment. _5 X yearly_

2. What is your diagnosis of your patient's condition?

   _Post laminectomy syndrome, cervical subchondal cyst_
   _lumbosacral radiculopathy_
   _Hypertension, Mixed Hyperlipidemia, Edema_

3. Prognosis.

   _Good for life_
   _Poor for function. I doubt that patient_
   _will be able to walk enough to be employable_

4. Identify the positive **clinical findings** that demonstrate and/or support your diagnosis and indicate location where applicable.

   _Multiple MRI's, CAT SCANS, Nerve conduction_
   _studies & electromyogram_

**Multiple IQ**
**Page 2/8**

_____

_____

_____

5.   Identify the **laboratory and diagnostic test results** which demonstrate and/or which support your diagnosis.

Nerve conduction study – July 16th 2008
MRI of spine – 1/21/09 – cervical + lumbar

_____

6.   Please list your patient's primary **symptoms**, including pain, loss of sensation, fatigue etc.

Back pain, leg pain, fatigue, edema
of the legs

_____

7.   Are your patient's symptoms and functional limitations **reasonably consistent** with the patient's physical and/or emotional impairments described in this evaluation?

_____✓____ Yes        _____ No

If no, please explain.

_____

_____

8.   If your patient has pain, please address the following factors:

   a)   The nature of the pain.  pressing pain & at times
sharp

_____

_____

   b.   The location of the pain.  Entire left leg from mid thigh
down. Back pain is from scapula to pelvis

_____

Multiple IQ
Page 3/8

c.     The frequency of the pain. *Constant pain 24/7*

, d.     The precipitating factors leading to the pain. *Chronic degenerative spinal disease + MVA exacerbating the pain*

e.     Other factors relating to your patient's pain. _____

9.     Please estimate the range of your patient's level of pain (0-1=none to trace, 2-3=mild, 4-6=moderate, 7-8=moderately severe, 9-10=severe).

0  - 1 - 2 - 3 - 4 - 5 - (6 - 7 - 8 - 9) - 10

10.    If your patient has fatigue, please estimate the range of your patient's level of fatigue (0-1=none to trace, 2-3=mild, 4-6=moderate, 7-8=moderately severe, 9-10=severe).

0  - 1 - 2 - 3 - 4 - 5 - 6 - (7 - 8 -) 9 - 10

11.    Have you been able to completely relieve the pain with medication without unacceptable side effects?

_____ Yes     ✓ No

12.    As a result of your patient's impairments, estimate your patient's residual functional capacity if your patient were placed in a normal **COMPETITIVE FIVE DAY A WEEK WORK ENVIRONMENT ON A SUSTAINED BASIS.**

a.     **In an eight-hour day, my patient can only (circle full capacity for each activity)**

1.     **Sit**          0-1     1     (2)     3     4     5     6     7     8     (hours)

2.     **Stand/Walk**     (0-1)     1     2     3     4     5     6     7     8     (hours)

3.     Would it be **necessary** or **medically recommended** for your patient **not to sit continuously** in a work setting?

✓ Yes     _____ No

(a)     How frequently must your patient get up and move around? *1-2 hrs*

1/00-svj

Multiple IQ
Page 4/8

    (b)    How long before your patient can sit again? _*15 minutes*_

4.    Would it be **necessary** or **medically recommended** for your patient **not to stand/walk continuously** in a work setting?

        _✓_ Yes        _____ No

b.    **My patient can**

1.    **Lift**

| | Never | Occasionally | Frequently |
|---|---|---|---|
| 0 - 5 lbs. | [ ] | [ ] | [ ] |
| 5 - 10 lbs. | [ ] | [✓] | [ ] |
| 10 - 20 lbs. | [ ] | [ ] | [ ] |
| 20 - 50 lbs. | [ ] | [ ] | [ ] |
| Over 50 lbs. | [ ] | [ ] | [ ] |

2.    **Carry**

| | Never | Occasionally | Frequently |
|---|---|---|---|
| 0 - 5 lbs. | [ ] | [✓] | [ ] |
| 5 - 10 lbs. | [ ] | [✓] | [ ] |
| 10 - 20 lbs. | [ ] | [ ] | [ ] |
| 20 - 50 lbs. | [ ] | [ ] | [ ] |
| Over 50 lbs. | [ ] | [ ] | [ ] |

13.    Does your patient have significant limitations in doing repetitive reaching, handling, fingering or lifting?

        _✓_ Yes        _____ No

a.    If yes, please explain. _Reaching is difficult secondary to back problem & coordination_

b.    Please indicate the degree of limitation that your patient would have in a **competitive 8 hour workday** using the upper extremities.

| | Marked (Essentially Precluded) | Moderate (Significantly limited but not completely precluded) | Minimal | No Limitations |
|---|---|---|---|---|
| Grasping, turning, twisting objects | _____ R | _✓_ R | _____ R | _____ R |
| | _____ L | _✓_ L | _____ L | _____ L |

**Multiple IQ**
**Page 5/8**

|  | Marked (Essentially Precluded) | Moderate (Significantly limited but not completely precluded) | Minimal | No Limitations |
|---|---|---|---|---|
| Using fingers/hands for fine manipulations | _____ R | _____ R | _____ R | _____ R |
|  | _____ L | _____ L | _____ L | _____ L |
| Using arms for reaching (including overhead) | _____ R | _____ R | _____ R | _____ R |
|  | _____ L | _____ L | _____ L | _____ L |

*severe side effects of high dose narcotics*

14.  List medication(s) prescribed, dosage, and any **side effects** your patient has reported.

Tramadol 50mg TID — GoI- upset, fatigue
Celebrex 200, BID — none (no side effects)
Tricor 145 + Crestor 20 — no side effects
Diovan HCTZ 80/12.5 QD — no side effects
Flomax 0.4 mg QD — no side effects
Zoloft 44 mg PO BID — no side effects

15.  Have you substituted medications in an attempt to produce less symptomatology or relieve side effects?

✓ Yes _____ No

16.  List other treatment (e.g., surgery, physical therapy) and complications, if any.

*spinal surgery – March 07, physical therapy*

17.  Would your patient's symptoms likely increase if he/she were placed in a competitive work environment?

✓ Yes _____ No

18.  Does your patient's condition interfere with the ability to keep the neck in a constant position (e.g. looking at a computer screen, looking down at the desk)?

✓ Yes _____ No

Multiple IQ
Page 6/8

If so, can your patient do a full time competitive job that requires that activity on a sustained basis.

_____ Yes       ✓ No

19.   How often is your patient's experience of pain, fatigue or other symptoms severe enough to interfere with attention and concentration?

Never       Seldom       ⟨Periodically⟩       Frequently       Constantly

20.   Are your patient's impairments ongoing, creating an expectation on your part that they will last at least twelve months?

✓ Yes       _____ No

21.   Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?

_____ Yes       ✓ No

If so, indicate what emotional factors affect your patient (give specifics).

_____

_____

_____

22.   Is your patient a malingerer?       _____ Yes       ✓ No

23.   To what degree can your patient tolerate work stress?

____ Incapable of even "low stress"

____ Capable of low stress

✓ Capable of moderate stress

____ Capable of high stress

Please explain the basis for your conclusions. _____

_____

24.   Will your patient sometimes need to take unscheduled breaks to rest at unpredictable intervals during an 8-hour working day?   yes

If yes,   a.   How **often** do you think this will happen? _hourly_

b.   How **long** (on average) will your patient have to rest before returning to work? _20 minuth_

**Multiple IQ**
**Page 7/8**

25.    Are your patient's impairments likely to produce "good days" and "bad days"?

                                           ___✓___ Yes    _____ No

       If yes, please estimate, on the average, how often your patient is likely to be absent from work as a
       result of the impairments or treatment.

       __✓__ More than three times a month              ___ About two to three times a month

       ___ About once a month                           ___ Less than once a month

26.    Is your patient prone to infections?

                                           ___✓ Yes    _____ No

       If yes, please explain. _UTI both to bladder problems_
       _from the spinal nerve damage_

27.    Does your patient need a job that permits ready access to a restroom?

                                           _____ Yes    _____ No

28.    Are there any other limitations that would affect your patient's ability to work at a regular job on a
       sustained basis (please check all that are applicable)?

       ___ psychological limitations      ___ limited vision                 __✓_ no pushing

       ___ need to avoid wetness          ___ need to avoid temperature extremes  __✓_ no pulling

       ___ need to avoid noise            ___ need to avoid humidity          __✓_ no kneeling

       ___ need to avoid fumes            ___ need to avoid dust              ___ no bending

       ___ need to avoid gases            ___ need to avoid heights           __✓_ no stooping

       ___ other _____

29.    In your best medical opinion, what is the earliest date that the description of symptoms **and
       limitations** in this questionnaire applies? _Nov 2005_

Additional comments _____

_____

_____

_____

                                                                            1/00-svj

**Multiple IQ**
**Page 8/8**

Date _5/18/11_    Signature _(signature)_    _(signature)_ Med & Cardiology **Specialty**

Print/Type Name _Stephen Sherer_

Address _714 Bergen Blvd_
_Ridgefield, N.J. 07657_

1/00-svj

# BLADDER PROBLEM
## IMPAIRMENT QUESTIONNAIRE

To: _Greg Lavallo M.D._

Re: _David Pushkin_ (Name of Patient)

_XXX·XX·4120_ (Social Security No.)

_3-21-63_ (Date of Birth)

Please answer the following questions concerning your patient's impairments. **Attach all relevant radiologist reports, laboratory and test results which have not been provided previously to the Social Security Administration and Binder & Binder.**

1.  a.  Date of first treatment. _6/22/09_

    b.  Date of most recent exam. _12/14/09_

    c.  Frequency of treatment. _9/ - months_

2.  What is your diagnosis of your patient's condition?

    _Neurogenic Bladder_
    _Retention_

3.  Prognosis.

    _Good_

4.  Identify the positive **clinical findings.**

    _Elevated Post Void Residual_
    _Large Bladder capacity in Urodynamics_

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 241 of 320 PageID: 3128
DEC-21-2009   09:34                                                                      P.005
Case 1:10-cv-09212-JGK -DCF   Document 13-9   Filed 02/17/11   Page 11 of 30

Bladder I.Q.
Page 2/5

5.    Identify the **laboratory and diagnostic test results** which demonstrate and/or which support your
      diagnosis.

      _____ Ultrasound _____

      _____ Urodynamics → S(ase = 900cc) _____

      _____ ↑ PVR post procedure _____

6.    Please list your patient's primary **symptoms**.

      _____ Retention _____

      _____ Incomplete Emptying _____

      _____ Urinary Frequency / Nocturia _____

7.    Are your patient's symptoms and functional limitations **reasonably consistent** with the claimant's
      physical and/or emotional impairments described in this evaluation?

                                    ✓ Yes          _____ No

      If no, please explain.   _____

8.    List medication(s) prescribed, dosage, and any **side effects** your patient has reported (e.g.,
      drowsiness, dizziness, nausea, etc.).

      _____ Flomax _____        _____

      _____    _____

      _____    _____

      _____    _____

9.    Have you substituted medications in an attempt to produce less symptomatology or relieve side
      effects?

                                    _____ Yes       ✓ No

10.   List other treatment (e.g., surgery) and complications, if any.

      _____ ∅ _____

      _____

11.   Have your patient's impairments lasted or can they be expected to last at least twelve months?

                                                              1/00 - svj

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 243 of 320 PageID: 3130
DEC-21-2009  09:34                                                          P.006
Case 1:10-cv-09212-JGK -DCF   Document 13-9   Filed 02/17/11   Page 12 of 30

**Bladder I.Q.**
**Page 3/5**

            ✓ Yes      _____ No

12.    Is your patient a malingerer?

             _____ Yes      ✓ No

13.    If urinary frequency is a problem, please estimate approximately how often your patient must urinate?

     In an 8-hour work day _____ 8 times _____

     In a 24-hour period _____ 24 times _____

     Under stressful conditions _____

14.    How often will urinary urgency be a problem (i.e., having to get to the bathroom instantly)?

     ✓ Frequently      _____ Often      _____ Sometimes      _____ Never

15.    If urinary incontinence is a problem, please estimate approximately how often your patient is incontinent. _____

16.    What factors physically or psychologically trigger urinary frequency or incontinence?

     _____ N/A _____

     _____

17.    What, if anything, has been successful in relieving your patient's urinary frequency or incontinence and to what extent has it been successful?

     _____ Dietary D's _____

     _____ Flomax _____

18.    Has your patient developed psychological or social problems because of his/her condition?

             _____ Yes      ✓ No

     If yes, please explain the impact of the condition on your patient.

     _____

     _____

     _____

19.    To what degree can your patient tolerate work stress?

                              1/00 - svj

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 245 of 320 PageID: 3132
DEC-21-2009  09:34                                                              P.007
Case 1:10-cv-09212-JGK -DCF   Document 13-9   Filed 02/17/11   Page 13 of 30

Bladder I.Q.
Page 4/5

_____ Incapable of even "low stress"

_____ Capable of low stress

✓ Capable of moderate stress

_____ Capable of high stress

Please explain the basis for your conclusions. _____ _Estimate_ _____

20.   Are your patient's impairments likely to produce "good days" and "bad days"?

✓ Yes        _____ No

If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment.

_____ More than three times a month          _____ About two to three times a month

✓ About once a month                         _____ Less than once a month

21.   Is your patient prone to frequent infections?        _____ Yes       ✓ No

22.   Does your patient need a job that permits ready access to a restroom?

✓ Yes        _____ No

23.   Does your patient's condition cause pain?        _____ Yes       ✓ No

If so, describe the location, degree and frequency.

_____

_____

24.   Will your patient sometimes need to take unscheduled restroom breaks during an 8-hour workday?

✓ Yes        _____ No

If yes,  a.    How often do you think this will happen? _____ every hour _____

        b.    How long will your patient be away from the workstation for an average unscheduled restroom break? _____ minutes _____

        c.    How much advance notice does your patient have of the need for a restroom break? _____ unknown _____

25.   In your best medical opinion, what is the earliest date that the description of symptoms and

                                                                    1/00 - svj

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 247 of 320 PageID: 3134
DEC-21-2009  09:34                                                    P.008
Case 1:10-cv-09212-JGK -DCF   Document 13-9   Filed 02/17/11   Page 14 of 30

Bladder I.Q.
Page 5/5

limitations in this questionnaire applies? _____ March, 2007

Date _____        Signature _____        Specialty Urology

Print/Type Name   Greg Lavallo, MD

Address   255 W. Spring Valley Ave
          Maywood, NJ 07607

1/00 - svj

FHI.MyFax - Dr. David B. Pushkin To:D.Pushkin FAX medical records for Ronald Pierso   13:25 12/17/09GMT-05 Pg 02-14

# NEW JERSEY CENTER FOR
## PROSTATE CANCER & UROLOGY

255 W. Spring Valley Avenue, Suite #101
Maywood, NJ 07607
(201) 487-8866
Fax (201) 487-2602
www.RoboticUrology.com

Other Office Locations:
Clifton, NJ
(973) 365-2400
Monmouth Medical Center
(732) 403-5506

**Vincent J. Lanteri, M.D., F.A.C.S.**
- Fellowship Trained in Urologic Oncology
- Clinical Assistant Professor of Urologic Surgery at UMDNJ-NJ Medical School
- Co-Director of Urology Oncology at Hackensack University Medical Center
- Diplomat of the American Board of Urology
- Fellow of the American College of Surgeons

**Michael P. Esposito, M.D., F.A.C.S.**
- Fellowship-Trained in Laparoscopic Surgery
- Clinical Assistant Professor of Urologic Surgery at UMDNJ-NJ Medical School
- Director of the Center for Robotic / Laparoscopic Minimally Invasive Urologic Surgery / Endourology at Hackensack University Medical Center
- Director of Endourology / Laparoscopic Urology Fellowship at Hackensack University Medical Center
- Diplomat of the American Board of Urology

**Mutahar Ahmed, M.D., F.A.C.S.**
- Clinical Assistant Department of Urology at UMDNJ-NJ Medical School
- Diplomat of the American Board of Urology
- Attending at Hackensack University Medical Center Department of Urology Clinical Assistant

**Gregory G. Lovello, M.D.**
- Clinical Assistant Department of Urology at UMDNJ-NJ Medical School
- Attending at Hackensack University Medical Center Department of Urology Clinical Assistant

September 2, 2009

Medhat M. Raouf
60 Skyline Drive
Ringwood NJ 07456, NJ 07456

RE: David Pushkin

Dear Dr. Raouf:

I wanted to write you in follow up for the patient David Pushkin. As you know David is a lovely 46-year-old gentleman, who presented to me with a neurogenic bladder and retention. He has had an L2 to S1 fusion in March of 2007 since that time, he has developed an L1-L2 spondylolisthesis requiring fusion. He currently complains of retention with high postvoid residuals, frequency, nocturia. He states that he has good sensation.

Urinary tract symptoms on presentation were catheterized by frequency every two hours, nocturia 1-3 times, strong urgency but incomplete emptying.

PAST GU HISTORY: Significant for testes and prostate inflammation, but the patient denies urinary tract infections sexually transmitted diseases or stones.

PAST MEDICAL HISTORY: As above.

PAST SURGICAL HISTORY: As above plus partial colectomy in 1999.

PHYSICAL EXAMINATION:
GENERAL: On presentation, the patient is afebrile. His vital signs are stable. He is in no apparent distress.
LUNGS: Clear to ascultation bilaterally.
HEART: Regular rate and rhythm.
ABDOMEN: Soft, non-tender, non-distended with no masses noted.
GU: Revealed a normal penis and normal meatus. Testes were down bilaterally. Prostate was 20 gm with no nodules.

At that time, I recommended a urinalysis, urine culture, PSA, cystoscopy and urodynamic evaluation.

Cystoscopy performed in my office revealed a normal urethra. The prostate was short and non-obstructive. The bladder was collapsed with no signs of an elevated postvoid residual on entrance. Both ureteral orifices were identified and noted to be away from the bladder neck.

Urodynamics revealed a good sensation at 169 cc, 320 cc and 462 cc. Mr. Pushkin held up to 900 cc in his bladder and was unable to void at that time. Upon removing the catheter, the patient urinated freely, with minimal postvoid residual. It is my thought that the catheter used for urodynamics as well as his position during the procedure was making it difficult for him to urinate.

PLAN: At this time, I have recommended conservative management as his urinalysis and urine culture have always been negative and his renal function remains normal.

I have told David that he can follow up with me as needed and I recommended that he attend to his spine issues as they seems to be pressing at this time.

Thank you again for allowing me to participate in David's care.

Very truly yours,

Gregory G. Lovallo, M.D.
GGL/ab1/bq1

cc: Hooman Azmi, MD

TOTAL P.002

## NEW JERSEY CENTER FOR PROSTATE CANCER & UROLOGY

NAME: Dr. David B. Pushkin  DOB: 3/21/63  AGE: 46  REF: Dr. Hooman Azmi  DATE: 6/22/09

VITAL SIGNS: HT: 5'8  WT: 183  B/P: 120/?  INITIAL: qN  UA LEUKO:

SUBJECTIVE/CC: Incontinuous / Retention / Neurogenic / ___

HPI: L2-S1 fusion 3/02. Since developed L1L2 spondylothesis requiring fusion (eventually). Currently c/o retention (4 wks), frequency, nocturia & good sensation

PAST GU HISTORY: Above + testis / prostate inflammation, (UTIs, STDs, CL Stones

FREQUENCY: q 2 hrs
NOCTURIA: 1-3x
URGENCY: (+)
HESITANCY: incomplete emptying
INCONTINENCE: ___
DYSURIA: Ø  ___

HEMATURIA: Ø
IMPOTENCE: ___
DISCHARGE: ___  URETHRAL: ___  VAGINAL: ___
F & C OF STREAM: ___
S ___ U ___  OB/GYN: ___  R ___  L ___  MENO ___
GRAVIDA ___  PARA ___  AB ___

NITRATE: ___
PH: 5
PROT: ___
GLU: ___
KETO: ___
UROB: ___
BILI: ___
BLOOD: unable

MEDICAL HISTORY: Above. GI issues

FAMILY HISTORY
MOTHER: Deceased
FATHER: "
BROTHER: ___
SISTER: Well

SURGICAL HISTORY: Above. Partial Colectomy 1999

SOCIAL HISTORY
ALCOHOL: No
SMOKING: No
ASPIRIN: Yes 81 mg Qd
BLEEDING DISORDERS: ___
ALLERGIES: Yes — penicillin

MEDICATIONS: See attached

*GENERAL APPEARANCE: NORMAL ✓  OTHER ___
*NEURO/PSYCH: NORMAL ✓  DISORIENTED ___  *MOOD/AFFECT ___
PHYSICAL EXAM:
*NECK: NORMAL ✓  OTHER ___
*THYROID: NORMAL ✓  ENLARGEMENT ___  *SKIN: NORMAL ___  OTHER ___
*LYMPHATIC: NORMAL ✓  TENDERNESS ___  MASS ___
palpation of lymph nodes in neck, axillae, groin and/or other location ___

EENT: NCAT
LUNGS: CTA b/L
HEART: RRR
CVA: Ø
ABDOMEN: Soft, nt, (nl)
ORGANOMEGALY: Ø
MASSES: Ø
S/P TENDERNESS: Ø
HERNIA: Ø

GU EXAM FEMALE:
EXT. GENITALIA ___
URETHRA/MEATUS ___
BLADDER ___
VAGINA ___
CERVIX ___
UTERUS ___
ADNEXA ___
ANUS/PERINEUM ___

GU EXAM MALE:
PENIS: WNL
MEATUS: WNL
TESTES: ↓↓
EPIDID: ___
SCROTUM: ___

DRE:
PROSTATE: 20g (2 lobes)
SEM. VES.: ___
SPHINCTER: ___
ANUS: ___
PERINEUM: ___
HEMORRHOIDS: ___

DIFFERENTIAL DIAGNOSIS: Neurogenic bladder

RX/PLAN:
- UA, UCx, PSA
- Cysto / Urodynamics

# Associated Urology Bergen Passaic
## 5 Summit Avenue
## Hackensack, New Jersey

# Urodynamic Clinical Report

Name: David B. Pushkin
Date: 07/16/2009 12:38:14 PM
ID#:

**Demographic Data:**
David B. Pushkin was born 03/21/1963.

**Spontaneous Uroflowmetry:**
Voided Volume: N.A.
Pattern: normal
Max Flow: N.A.
Auto Residual:  N.A.
Residual Urine: N.A..

**Filling Phase - Cystometry:**
The Cystometry was performed using saline at constant infusion (medium filling rate: 30ml/min) through a 2 lumen catheter with rectal pressure monitoring and patient supine. First filling sensation occurred at 169 ml. The first urge occurred at 320 ml and a severe urge occurred at 462 ml. Maximum cystometric capacity occurred at 0 ml. During bladder filling there was no spontaneous involuntary detrusor contractions.

**Voiding Phase - Pressure Flow Study:**
Max Flow: 0 ml/s.
Pdet at Max Flow: 0 cmH2O
Max Pdet:  0 cmH2O
Voided Volume: 0 ml
Expected Residual:  0 ml
Residual Bladder Volume:Patient could not urinate, I cath  400 cc residual, filled bladder to 950 cc still patient could not go, per Dr. Lovallo stop test and cath, residual was 900 cc. patient given 500 mg levaquin.  md

**History:**

**Diagnosis:**

Date:              July 16, 2009
Examining Doctor:  Dr. Gregory Lovallo

Signature:



**Associated Urology Bergen - Passaic**                                        07/16/2009

| Patient Name | David B. Pushkin | | Patient ID | | | |
| Date of Birth | 03/21/1963 | | Creation Date | | | 07/16/2009 12:38:14 PM |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pdet – Max Flow | N.A. | cmH2O | Time to Max Flow | | N.A. | s |
| Max Flow Rate | N.A. | ml/s | Max Pdet | | N.A. | cmH2O |
| Voided Volume | N.A. | ml | Residual Urine | | N.A. | ml |
| Voiding Time | N.A. | s | Residual Volume (Auto) | | N.A. | ml |
| Flow Time | N.A. | s | Expected Residual Urine | | N.A. | ml |
| Average Flow Rate | N.A. | ml/s | | | | |

**Cystometry Results**

| | | First Sensation | Normal Desire to Void | Strong Desire to Void | Urgency | Max Cystometric Capacity | First Desire to Void |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 169 | 320 | 389 | 462 | N.A. | |
| Pdet | cmH2O | | | | 7 | N.A. | -7 |

| | | First Sensation | Normal Desire to Void (Normal Desire) | Strong Desire to Void (Strong Desire) | Urgency |
|---|---|---|---|---|---|
| Qura | ml/s | 0.0 | 0.0 | 0.0 | 0.0 |
| Vura | ml | 0 | -1 | -1 | -2 |
| Vinfus | ml | 169 | 320 | 389 | 462 |
| Pves | cmH2O | -9 | -7 | -14 | -6 |
| Pabd | cmH2O | -2 | -8 | -8 | -14 |
| Pdet | cmH2O | -7 | 1 | -5 | 7 |
| EMG | uV | -288 | -252 | -220 | 228 |
| Time | | 00:05:39:36 | 00:10:41:54 | 00:12:59:14 | 00:15:27:40 |



**Associated Urology Bergen - Passaic**                                                                07/16/2009

| Patient Name | David B. Pushkin | Patient ID | |
|---|---|---|---|
| Date of Birth | 03/21/1963 | Creation Date | 07/16/2009 12:38:14 PM |

**Voiding Cystometry#1**                                                  07/16/2009 1:01:16 PM

NAME: David Pushkin   D.O.B. 3/21/63 AGE: 46 TODAYS DATE: 7/20/09
TODAY'S WT. 189 HEIGHT 58 BP;Sitting RT./LT: 130/76 LIST CHANGES IN MEDICAL CONDITION
SINCE LAST VISIT: /
ALLERGIES:Y___ N___ LIST: DCN
ANY NEW MEDICATIONS? Y___ N___ LIST:_____

**CHIEF COMPLAINT
Neurogenic Bladder

REVIEW OF PREVIOUS TEST RESULTS
PSA: 0.12 DATE:_____

**HISTORY OF PRESENT ILLNESS
UA ⊖
UCx ⊖
Urodynamics →
good sensation
@ 169, 320, 462
could not void up

| | |
|---|---|
| Leuko: | |
| Nitrite: | 3 |
| Ph: | |
| Protein: | |
| Glucose: | |
| Ketones: | |
| Urobilinogen: | |
| Bilirubin: | |
| Blood: | |
| Comments: | |

*GEN. APPEAREANCE: NORMAL___OTHER___
*NEURO/PSYCH:NORMAL:___DISORIENTED:___ *MOOD/AFFECT:_to good__
*NECK: NORMAL:___OTHER:___ *SKIN:NORMAL:___OTHER:___
*ABDOMEN:NORMAL:___MASSES:___TENDERNESS:___ *HERNIA:ABSENT___PRESENCE:___
PHYSICAL EXAM
N=NORMAL A=ABNORMAL D=DEFFERED 1 DESCRIPTION OF ABNORMAL FINDINGS    Cr = 0.8

GU EXAM MALE:
*CVA:_____
*ABD/PELVIC:___MASSES:___
 TENDERNESS:___ORGANOMAGALY:___OBESITY:___
*PENIS:_____
*TESTES:_____
*EPIDIDYMIDES:_____
*PROSTATE:_____

GU EXAM FEMALE:
*CVA:_____
*ABDOMEN:___MASSES:___
TENDERNESS:___ORGANOMEGALY:___OBESITY:___
*PELVIS:_____
*BLADDER:_____

*VAGINA:_____

COUNSELING: W/ PT./FAMILY FOR TODAYS FINDINGS___SURGERY___CANCER TX___

TIME SPENT:___MIN. CONSENT SIGNED:___

DX. FOR TODAY'S PROCEDURE:
CYSTO:___CYSTO DIL:___VAS:___FLOW/SCAN:___
PROSTATE ULTRA./ BX:___RENAL ULTRA:___SCROTAL ULTRA:___

TODAYS PROCEDURE:
STENT REMOVAL:___

MEDS FOR TODAYS PROCEDURE: 80 Mg genta as per DR. Lovallo R
**IMPRESSION (DX)__Cysto → Urethra WNL
Prostate Short, non-obstructed
**ASSESMENT PLAN:___Bladder collapsed, @ signs of ↑ PVR
UO clear
① J laser marices

MEDICATION:
Plan: Cont conservative management
Urodynamic likely skewed 2° to positional
catheter etc. Will f/u J laser scan PVR in/mo

PHYSICIAN SIGNATURE

BILLING F/U 99212___99213___99214___99215___
NUMBERED OF ITEMS EXAMINED
5  POINTS  = 99212 OR 10 Min. /Minor           6+ POINTS = 99213 OR 15 Min. /Low to Mod.severity
12 + POINTS = 99214 OR 25 Min. /Mod. to High/complex.   ALL POINTS = 99215 OR 40 Min. /High complexity
FOR EST.PTS. CHIEF COMPLAINT, HISTORY,DX, ASSESSMENT PLAN/ MEDICAL DECISION MAKING ARE NEEDED +**TIME
SPECIFIED OR  EXAM 5 TO ALL POINTS  ARE NEEDED TO SELECT THE CORRECT CODE   (REVISED:10-29-03)

SCHEDULE NEXT F/U APPOINTMENT
WKS.___MOS.___YR.___PRN___

## FOLLOW-UP VISIT OR OTHER OUTPATIENT SERVICE

NAME: David Pushkin   D.O.B. 3/21/63  AGE: 46   TODAYS DATE: 8/10/09
TODAY'S WT. 189  HEIGHT 58  BP:Sitting RT./LT: 122/82 LIST CHANGES IN MEDICAL CONDITION
SINCE LAST VISIT:
ALLERGIES:Y ___ N ✓ LIST: NKN
ANY NEW MEDICATIONS? Y ___ N ✓ LIST: _____

**CHIEF COMPLAINT**

Neurogenic Bladder

REVIEW OF PREVIOUS TEST RESULTS
PSA: 0.13  DATE: _____

**HISTORY OF PRESENT ILLNESS**

Renal US WNL
PVR 1.1 cc
Pre Void 376.2 cc
Cr = 0.88
H/H ↓ (12.1 / 35.6)

| Urinalysis: | |
|---|---|
| Leuko: | |
| Nitrite: | |
| Ph: | |
| Protein: | |
| Glucose: | |
| Ketones: | |
| Urobilinogen: | |
| Bilirubin: | |
| Blood: | |
| Comments: | |

*GEN. APPEAREANCE: NORMAL ✓ OTHER_____
*NEURO/PSYCH:NORMAL: ✓ DISORIENTED:_____ *MOOD/AFFECT:_____
*NECK: NORMAL: ✓ OTHER:_____ *SKIN: N0RMAL: ✓ OTHER:_____
*ABDOMEN:NORMAL: ✓ MASSES:_____ TENDERNESS:_____ *HERNIA:ABSENT_____ PRESENCE:_____

PHYSICAL EXAM
N=NORMAL A=ABNORMAL D=DEFFERED I DESCRIPTION OF ABNORMAL FINDINGS

| GU EXAM MALE: | | GU EXAM FEMALE: | |
|---|---|---|---|
| *CVA: φ | | * CVA: | |
| *ABD/PELVIC: φ  MASSES: | | *ABDOMEN:  MASSES: | |
| TENDERNESS:  ORGANOMAGALY:  OBESITY: | | TENDERNESS:  ORGANOMEGALY:  OBESITY: | |
| *PENIS: WNL | | *PELVIS: | |
| *TESTES: ↓↓ | | *BLADDER: | |
| *EPIDIDYMIDES: | | *VAGINA: | |
| *PROSTATE: | | | |

COUNSELING: W/ PT./FAMILY FOR TODAYS FINDINGS_____ SURGERY_____ CANCER TX_____

TIME SPENT:_____ MIN. CONSENT SIGNED:_____

DX. FOR TODAY'S PROCEDURE:_____   **TODAYS PROCEDURE:**
CYSTO:_____ CYSTO DIL:_____ VAS:_____ FLOW/SCAN:_____ STENT REMOVAL:_____
PROSTATE ULTRA./ BX:_____ RENAL ULTRA:_____ SCROTAL ULTRA:_____

MEDS FOR TODAYS PROCEDURE:_____

**IMPRESSION (DX)** Neurogenic Bladder

**ASSESMENT PLAN:** - Renal US WNL
                    - PVR WNL

MEDICATION: - BUN/Cr WNL
            - Anemia ? etiology
            - Cont Conservative Management for
              Bladder symptoms

PHYSICIAN SIGNATURE

SCHEDULE NEXT F/U APPOINTMENT
_____WKS. _____MOS. _____YR. ✓ PRN

BILLING F/U 99212_____ 99213_____ 99214_____ 99215_____
NUMBERED OF ITEMS EXAMINED           - Consider CTAP to R/O hematoma
5  POINTS = 99212 OR 10 Min. /Minor      6+ POINTS = 99213 OR 15 Min. /Low to Mod.severity
12 + POINTS = 99214 OR 25 Min. /Mod. to High/complex.   ALL POINTS = 99215 OR 40 Min. /High complexity
FOR EST.PTS. CHIEF COMPLAINT, HISTORY,DX, ASSESSMENT PLAN/ MEDICAL DECISION MAKING ARE NEEDED +**TIME
SPECIFIED OR EXAM 5 TO ALL POINTS  ARE NEEDED TO SELECT THE CORRECT CODE   (REVISED:10-29-03)

            - MD to complete anemia workup

**NEW JERSEY CENTER FOR PROSTATE CANCER & UROLOGY**
255 W. SPRING VALLEY AVE.
SUITE 101
MAYWOOD, NJ 07607
201-487-8866
FAX: 201-487-2602
www.roboticurology.com

David Pushkin · 8/10/09
_____        _____
PATIENTS NAME                                                    DATE

## ULTRASOUND WORKSHEET

### RENAL ULTRASOUND

Right :   Size   ~10.6 cm          No hydronephr,
                                                      No stone seen
          Findings

Left :    Size   ~ 10.6 cm
          Findings   very gassy ~   No hydronephr,
                                                      No stone seen

### PELVIC ULTRASOUND

Volume:   Pre-Void  ~ 376.2 ml

          Post-Void  ~ 1.1 ml   / empty

Other:

### SCROTAL ULTRASOUND

Right:

Left:

### PROSTATE ULTRASOUND

Volume:
Findings:     Central Zone:

                  Peripheral Zone:
Other:
Prostatic Urethral length:
Bx.:



HACKENSACK UNIVERSITY MEDICAL CENTER
CONSULTATION SHEET

MEDICAL RECORD #: 0035636-2
BILLING #: 059519470
ADMIT DATE: 09/21/2009
DISCHARGE DATE:
UNIT: 05SJ        ROOM:
SVC: MED          PT TYPE: I

PATIENT NAME: PUSHKIN, DAVID
ATTENDING PHYSICIAN:                                    AGE: 46
CONSULTATION REQUESTED: Urology.
DATE OF CONSULTATION: 09/22/2009

CONSULTANT'S FINDINGS: This is a 46-year-old gentleman who presented to me with a neurogenic bladder and retention. He had an L2-S1 fusion in 03/2007. Since that time, the patient developed an L1-L2 spondylolisthesis requiring fusion. He presented to me complaining of retention with a high postvoid residual, frequency, and nocturia.

Lower urinary tract symptoms were characterized by frequency every 2 hours, nocturia 1 to 3 times, strong urgency, but incomplete emptying.

This admission was characterized by a recent fall on admission. The patient was found to have blurry vision and urinary retention. I was asked to evaluate the patient for acute renal failure and azotemia.

PAST GENITOURINARY HISTORY: Significant for testis and prostate inflammation, but the patient denies any urinary tract infections, sexually transmitted disease, or stones.

PAST MEDICAL HISTORY: As above.

PAST SURGICAL HISTORY: As above.

PHYSICAL EXAMINATION: Vital Signs: Currently, the patient is afebrile. His vital signs are stable. General: He is in no apparent distress. Lungs: Clear to auscultation bilaterally. Heart: Regular rate and rhythm. Abdomen: Soft, nontender, nondistended. No masses noted.

LABORATORY DATA: Hemoglobin 10.1, hematocrit 28.3. BUN and creatinine are 98 and 1.9 respectively. They were previously 110 and 4.1.

ASSESSMENT: Urinary retention. The differential diagnosis includes narcotic-related retention, neurogenic bladder from spinal cord involvement with detrusor sphincter dyssynergia, as well as bladder outlet obstruction from benign prostatic hyperplasia.

Based on my evaluation in the office, the patient does have normal detrusor pressures. He does not have detrusor sphincter dyssynergia. He had a postvoid residual of 11 mL. It is unclear why he is in retention at this time.

Case 2:12-cv-00324-KM-MAH  Document 25-1  Filed 04/27/11  Page 273 of 320 PageID: 3160
Gregory G Lovallo, From:Medical Records      09/30/2009 03:33:50 AM  Page  9 of 11
Case 1:10-cv-09212-JGK -DCF   Document 13-9   Filed 02/17/11   Page 27 of 30

**CONTINUATION SHEET**

PATIENT NAME: PUSHKIN, DAVID          MEDICAL RECORD #: 0035636-2

PLAN: Continue the Foley catheter until the patient's renal function returns to normal. Once this is the case, the catheter can be removed and a postvoid residual checked with bladder scan or straight catheter. If the patient's residuals increase, he may require intermittent catheterization until the acute issue resolves.

ADDENDUM: 09/22/2009

Please note cystoscopic evaluation was performed in my office in the past, which revealed a normal urethra, a short, non-obstructing prostate and a bladder, which was collapsed at the onset of the procedure with no signs of an elevated postvoid residual.

Urodynamic evaluation was also performed revealing good sensation and contractions at 169 mL, 320 mL and 462 mL. The patient was unable to void during the examination; however, upon removal of the catheter, the patient urinated freely with minimal postvoid residual.

CC     Gregory G Lovallo, M.D.
       Gregory G Lovallo, M.D.

                              ELECTRONICALLY SIGNED
                              Gregory G Lovallo, M.D. 09/29/2009 16:13

                              _____
                              Gregory G Lovallo, M.D.

DD: 09/22/2009
DT: 09/23/2009
HUMC/GGL/MS/cb
JOB #: 000322173/322179

CONSULTATION SHEET
Page 2 of 2
CC Copy for Gregory G Lovallo, M.D.

Fri.myFax - Dr. David B. Pushkin To:D.Pushkin FAX medical records for Ronald Pierso 13:32 12/17/09GMT-05 Pg 20-22
Case 2:10-cv-09212-JGK-DCF Document 9 Filed 02/17/11 Page 28 of 30

**HACKENSACK UNIVERSITY MEDICAL CENTER**
**CONSULTATION SHEET**

BILLING #: 059519470

ADMIT DATE: 09/21/2009
DISCHARGE DATE: 09/25/2009
UNIT: 05SJ     ROOM:
SVC: MED     PT TYPE: I

---

PATIENT NAME: PUSHKIN, DAVID B        AGE: 46

ATTENDING PHYSICIAN: Stephen Sherer, M.D.

CONSULTATION REQUESTED: Neurosurgery.

DATE OF CONSULTATION: 09/25/2009

---

REASON FOR CONSULTATION: Chronic low back pain and acute urinary retention.

HISTORY OF PRESENT ILLNESS: The patient is a 46-year-old male, well known to me. He has had extensive spine surgery at an outside institution several years ago. He had a very complicated postoperative course, and was hospitalized for several months with infection and spinal fluid leak. He has had persistent low back and leg pain since then, and has been heavily dependent on narcotics. The patient has been followed as an outpatient with outpatient MRIs and has had urological studies as an outpatient, that were unremarkable and did not show any neurogenic or other problems of the bladder otherwise. Apparently the patient became confused and had a fall over the weekend and was brought to the hospital by the emergency medical services staff. A workup revealed him having elevated BUN and creatinine. A Foley was placed and he had a large amount of urine in his bladder. His obstructive nephropathy seems to be resolving at this point. The question is whether this could be related to any nerve compression.

PAST MEDICAL HISTORY: Hyperlipidemia.

MEDICATIONS: He is currently on Topamax, simvastatin, Lovenox, morphine tablets 15 mg and 30 mg. He takes 30 mg of morphine every 6 hours and 15 mg every 8 hours around-the-clock.

REVIEW OF SYSTEMS: Was done based on review of the chart and can be accessed.

PHYSICAL EXAMINATION: He is awake and alert. His pupils are brisk. Extraocular movements intact. Face symmetric. Tongue is midline. His motor examination is 5/5 in all groups. He has no long tract signs. He does not have any signs of myelopathy.

LABORATORY DATA: On arrival, his white blood cell count was 11.8; hemoglobin 10.4; platelets 488. Sodium 122; potassium 4.9; BUN 110; creatinine 4.1; glucose 78. After draining of his bladder and significant hydration, his blood work has normalized.

IMAGING: He had an MRI of the lumbar spine which shows instrumented fusion with laminectomies. The fusions are from L2 to S1, and include the ilium. There is a degree of adjacent level disease at L1-L2 and some stenosis of the canal at that point; however, based upon review of this compared to his outpatient MRI, there do not appear to be any changes compared to this and the outpatient MRI. There s also a pseudomeningocele that has been stable with all his imaging.

CONSULTATION SHEET
Page 1 of 3

FAX.MyFax - Dr. David B. Pushkin To:D.Pushkin FAX medical records for Ronald Pierso    13:32 12/17/09GMT-05 Pg 21-22

**CONTINUATION SHEET**

| | |
|---|---|
| **PATIENT NAME: PUSHKIN, DAVID B** | **MEDICAL RECORD #: 0035636-2** |

**ASSESSMENT AND PLAN:** A 46-year-old male who is presenting with acute renal insufficiency secondary to urinary retention, with correction of his blood work upon hydration and correction of his retention. The patient has had his catheter removed today and was able to void. He feels that he emptied his bladder completely. His imaging is essentially unchanged from before. There are no acute changes to explain the acute urinary retention, particularly with a urodynamic and urological study only weeks ago that showed him not to have any bladder issues. Most likely this is secondary to his high dose of narcotics. Apparently he was placed on additional medication with an opiate, which has since been stopped. The patient is able to void independently and we will obtain a post-void residual to assess if there is any reason for bladder dysfunction. This was communicated to the patient, as well as to Dr. Sherer.

Thank you very much.

CC    Hooman Azmi, M.D.
      Stephen Sherer, M.D.

                              ELECTRONICALLY SIGNED
                              Hooman Azmi, M.D. 09/30/2009 14:32


                              _____
                              Hooman Azmi, M.D.

DD: 09/25/2009
DT: 09/26/2009
HUMC/HA/JLR
JOB #: 000323996/323995

                    **CONSULTATION SHEET**
                       Page 3 of 3

Fr:.MyFax - Dr. David B. Pushkin To:D.Pushkin FAX medical records for Ronald Pierso    13:32 12/17/09GMT-05 Pg 22-22

HACKENSACK UNIVERSITY MEDICAL CENTER
**SUMMARY SHEET** Case 1:10-cv-09212-JGK -DCF   Document 15-9   Filed 02/11/14  Page 30 of 30
BILLING #: 059519470
ADMIT DATE: 09/21/2009
DISCHARGE DATE: 09/25/2009
UNIT: 05SJ          ROOM:
SVC: MED           PT STS: I

---

PATIENT NAME: PUSHKIN, DAVID                          AGE: 46

---

**HOSPITAL COURSE:** This is a 46-year-old gentleman with a long history of back pain. He has had laminectomies in the past and was being treated by Dr. Park for failed back syndrome. They were using narcotic medications. He was on Avinza 90 mg once daily with immediate release Morphine 3-4 times a day for breakthrough pain. On the day of admission, he came to the emergency room stating he was confused and can not mentate properly. The head CT scans were negative. He was found to be in renal failure with urinary retention and high BUN and creatinine. A Foley was inserted to allow the patient to urinate. The question was whether this urinary retention was from nerve impingement or from narcotic medications used to treat the back pain or from a combination of both. The patient's MRI was suboptimal. We decided to let neuro decide whether CT or CT myelogram was needed. By the next day, he was somewhat mentally clearer. The plan was to get urology and pain management to see the patient. Genitourinary saw the patient and the etiology was unclear to him whether a spinal cord compression, benign prostatic hypertrophy, or narcotic use was it. We also had the patient seen by nephrology. Neuro felt that the disorientation was due to toxic metabolic encephalopathy. The CT of the thoracic spine showed no evidence of acute compression or canal compromise. The ultrasound of the retroperitoneum with the catheter in failed to show any hydronephrosis. We attempted to get neurosurgery to see him as he had seen the patient in the past. In the meanwhile, urology, after medication Flomax, wanted to give a voiding trial in the morning. The patient appeared to be able to void. He was seen by neurosurgery who wanted to wait on further workup as an outpatient. The patient was continually able to void. He was discharged to home. He will be followed by urology, pain management, and neurosurgery on an outpatient basis.

CC     Stephen Sherer, M.D.

---

UN-REVIEWED

---

Stephen Sherer, M.D.

---

DD: 09/30/2009
DT: 10/03/2009
HUMC/SS/lg2

**SUMMARY SHEET**
**Page 1 of 2**

## FOLLOW-UP VISIT OR OTHER OUTPATIENT SERVICE

NAME: David Pushkin   D.O.B. 3/2/63 AGE: 46 TODAYS DATE: 10/5/09
TODAY'S WT. 174   HEIGHT 5'8   BP:Sitting RT./LT: 110/70   LIST CHANGES IN MEDICAL CONDITION
SINCE LAST VISIT:
ALLERGIES:Y ___ N ___   LIST: PCN
ANY NEW MEDICATIONS? Y ___ N ___   LIST: Lasix

**CHIEF COMPLAINT

Neurogenic Bladder

REVIEW OF PREVIOUS TEST RESULTS
PSA: 0.1   DATE: _____

**HISTORY OF PRESENT ILLNESS
Urinalysis:
Leuko: _____
Nitrite: _____
Ph: _____
Protein: _____
Glucose: _____
Ketones: _____
Urobilinogen: _____
Bilirubin: _____
Blood: _____
Comments: _____

S/P episode of retention
@ HUMC. Voiding
better since foley removal
9/26. Still c strong strong
feels as though incomplete

*GEN. APPEAREANCE: NORMAL ✓  OTHER
*NEURO/PSYCH:NORMAL: ✓  DISORIENTED: _____  *MOOD/AFFECT:
*NECK: NORMAL: ✓ OTHER: _____  *SKIN:NORMAL: _____ OTHER:
*ABDOMEN:NORMAL: ✓  MASSES: _____  TENDERNESS: _____  *HERNIA:ABSENT _____ PRESENCE:
PHYSICAL EXAM                Retention was ? narcotics vs BPH
N=NORMAL A=ABNORMAL D=DEFFERED I DESCRIPTION OF ABNORMAL FINDINGS  vs. neurogenic bladder

GU EXAM MALE:                   GU EXAM FEMALE:
*CVA: ⊖                         * CVA:
*ABD/PELVIC: ⊖  MASSES: _____   *ABDOMEN: _____ MASSES: _____
TENDERNESS: _____ ORGANOMAGALY: _____ OBESITY: _____  TENDERNESS: _____ ORGANOMEGALY: _____ OBESITY: _____
*PENIS: WNL                     *PELVIS: _____
*TESTES: ↓↓                     *BLADDER: _____
*EPIDIDYMIDES: _____
*PROSTATE: _____              *VAGINA: _____

COUNSELING: W/ PT./FAMILY FOR TODAYS FINDINGS _____ SURGERY _____ CANCER TX _____

TIME SPENT: _____ MIN. CONSENT SIGNED:

DX. FOR TODAY'S PROCEDURE: _____                TODAYS PROCEDURE:
CYSTO: _____ CYSTO DIL: _____ VAS: _____ FLOW/SCAN: _____ STENT REMOVAL: _____
PROSTATE ULTRA./ BX: _____ RENAL ULTRA: _____ SCROTAL ULTRA: _____

MEDS FOR TODAYS PROCEDURE: _____
**IMPRESSION (DX) Neurogenic Bladder vs. BPH vs. narcotic use

**ASSESMENT PLAN: _____ - Likely narcotic related based on
                            EMG & cystoscopy results
MEDICATION: _____ - Cont Flomax
_____ - √ Flow/Scan 2-3 mos

PHYSICIAN SIGNATURE _____

SCHEDULE NEXT F/U APPOINTMENT
WKS _____ MOS _____ YR _____ PRN
BILLING F/U 99212 _____ 99213 _____ 99214 _____ 99215 _____
NUMBERED OF ITEMS EXAMINED
5  POINTS  = 99212 OR 10 Min. /Minor         6+ POINTS = 99213 OR 15 Min. /Low to Mod.severity
12 + POINTS = 99214 OR 25 Min. /Mod. to High/complex.   ALL POINTS = 99215 OR 40 Min. /High complexity
FOR EST.PTS. CHIEF COMPLAINT, HISTORY,DX, ASSESSMENT PLAN/ MEDICAL DECISION MAKING ARE NEEDED  +**TIME
SPECIFIED OR  EXAM 5 TO ALL POINTS  ARE NEEDED TO SELECT THE CORRECT CODE   (REVISED:10-29-03)

FOLLOW-UP VISIT OR OTHER OUTPATIENT SERVICE

NAME: David Pushkin   D.O.B. 3/21/63   AGE: 40   TODAYS DATE: 12/14/05
TODAY'S WT. 184   HEIGHT 5'8"   BP; Sitting RT./LT:   LIST CHANGES IN MEDICAL CONDITION
SINCE LAST VISIT:
ALLERGIES: Y ___ N ✓   LIST: PCN
ANY NEW MEDICATIONS? Y ___ N ✓ LIST:

**CHIEF COMPLAINT**                                    **HISTORY OF PRESENT ILLNESS**

Neurogenic Bladder                                     Cr = 0.84

REVIEW OF PREVIOUS TEST RESULTS                        Voiding well./ Ø LUTS
PSA: 0.19   DATE: ___                                  Flow → 37cc/s, 571
                                                       PVR → 6/cc

*GEN. APPEARANCE: NORMAL ___ OTHER ✓
*NEURO/PSYCH: NORMAL ✓   DISORIENTED: ___   *MOOD/AFFECT: ___
*NECK: NORMAL: ✓   OTHER: ___   *SKIN: NORMAL: ___   OTHER: ___
*ABDOMEN: NORMAL: ✓   MASSES: ___   TENDERNESS: ___   *HERNIA: ABSENT ___   PRESENCE: ___

PHYSICAL EXAM
N=NORMAL A=ABNORMAL D=DEFFERED | DESCRIPTION OF ABNORMAL FINDINGS

GU EXAM MALE:                               GU EXAM FEMALE:
*CVA: ∅                                     * CVA: ___
*ABD/PELVIC: ∅   MASSES: ___                *ABDOMEN: ___   MASSES: ___
TENDERNESS: ___   ORGANOMAGALY: ___   OBESITY: ___   TENDERNESS: ___   ORGANOMEGALY: ___   OBESITY: ___
*PENIS: WNL ___                             *PELVIS: ___
*TESTES: ↓↓ ___                             *BLADDER: ___
*EPIDIDYMIDES: ___
*PROSTATE: ___                              *VAGINA: ___

COUNSELING: W/ PT./FAMILY FOR TODAYS FINDINGS ___ SURGERY ___ CANCER TX ___

TIME SPENT: ___ MIN. CONSENT SIGNED: ___

DX. FOR TODAY'S PROCEDURE: ___                          TODAYS PROCEDURE:
CYSTO: ___ CYSTO DIL: ___ VAS: ___ FLOW/SCAN: ___ STENT REMOVAL: ___
PROSTATE ULTRA / BX: ___ RENAL ULTRA: ___ SCROTAL ULTRA: ___

MEDS FOR TODAYS PROCEDURE: ___
**IMPRESSION (DX)** Neurogenic Bladder

**ASSESSMENT PLAN:** — Voiding well, Flow 37cc/s
                    → PVR → 6/cc

MEDICATION: → Cont Flomax

PHYSICIAN SIGNATURE

BILLING F/U 99212 ___ 99213 ___ 99214 ___ 99215 ___
NUMBERED OF ITEMS EXAMINED
5  POINTS  = 99212 OR 10 Min. /Minor                    6+ POINTS = 99213 OR 15 Min. /Low to Mod.severity
12 + POINTS = 99214 OR 25 Min. /Mod. to High/complex.   ALL POINTS = 99215 OR 40 Min. /High complexity
FOR EST.PTS. CHIEF COMPLAINT, HISTORY,DX, ASSESSMENT PLAN/ MEDICAL DECISION MAKING ARE NEEDED +**TIME
SPECIFIED  OR  EXAM 5 TO ALL POINTS  ARE NEEDED TO SELECT THE CORRECT CODE   (REVISED:10-29-03)

SCHEDULE NEXT F/U APPOINTMENT
WKS ___ 6 MOS. ___ YR. ___ PRN ___

Encounter Note by Nooman Azmi MD (DOS: 09/01/2009)

46 year old Male (DOB: 03/21/1963)

**Vitals:**

| | | | | |
|---|---|---|---|---|
| Height: | 68 in | | | |
| BP: | | Weight: | 180 lbs | |
| Temp: | | Pulse: | | |
| | | Resp: | | |

**Social History / Family History:**
Patient uses alcohol products: socially
Father has/had: died of stroke
Mother has/had: died of mi and she had diabetes
Siblings have/had: sister has diabetes and lupus
Children have/had: na

**Chief Complaint:**
**Onset Date:**          not entered

*HPI:* The patient returns to for a follow up.  At the last visit paatient complained of  pain in his sacrum and pelvis that raidated down to both legs. He returns with unchanges symptoms to discuss the possibility of surgery.   He was seen by Dr. Lavalo for his bladder.

## PAST MEDICAL HISTORY

Medical:Hypertension.
Surgical:2007 Anterior/posterior lumbar fusion L2-S1 Dr Casden

## SOCIAL HISTORY

Marital Status:Separated, no children
Occupation:Professor

*PHYSICAL EXAMINATION:*

*Motor*

*Power*

| | |
|---|---|
| Lower Limbs | 5/5 throughout in both lower limbs |
| Iliopsoas | Right 5/5 Left 5/5 |
| Quadriceps | Right 5/5 Left 5/5 |
| Hip Extension | Right 5/5 Left 5/5 |
| Hamstrings | Right 5/5 Left 5/5 |
| Tibialis Anterior | Right 5/5 Left 5/5 |
| EHL | Right 5/5 Left 5/5 |
| Gastronemius | Right 5/5 Left 5/5 |

*INTERPRETATION OF IMAGING/DIAGNOSTIC STUDIES*

no new imaging available Case 1:10-cv-09212-JGK -DCF Document 13-10 Filed 02/17/11 Page 4 of 19

*IMPRESSION:*

I spent much time with Dr. Pushkin reviewing his condition. He seems to be anxious to discuss the option of surgery again. I discussed with him that the chance of another surgery helping his pain is extremely small, and the chance of him having significant morbidity from the surgery is high. He was just seen by a urologist that found his bladder to be functioning fine, and his constipation is most likely because of the significantly high amount of narcotics that he is taking. He has no objective weakness in his legs. I discussed with him that because of the high risks of surgery in his case and the low yield, I would not consider surgery on him unless either we see evidence of bladder dysfunction or weakness in his muscle strength. Mr. Pushkin asked several questions and I answered them for him. He understands this plan and is in agreement. He also asked me if I thought it could be a possibility that his worsening back symptoms may be due to an car accident that he had. I told thim that its hard to know, but it is possible. I also encouraged him to consider reducing the amount of narcotics he is taking. He also thought that was a good idea and will follow up with Dr. Park. The option of spinal cord stimulation is still a viable option to help him with his pain.

**Assessment:**

| Diagnosis Type | Description |
| --- | --- |
| Definitive | 722.83 - POSTLAMINECTOMY SYNDROME OF LUMBAR REGION |

**Followup:**
   Visit Code:        *FOLLOW UP - 99213

[Reviewed and signed off electronically by Hooman Azmi MD on Oct 13 2009, 1:26 pm]

# LEVIN & MALKIN
**75 ESSEX STREET**
**HACKENSACK, N.J. 07601**
**(201) 342-1515**
**ATTORNEY FOR Plaintiff**

| | |
|---|---|
| *Plaintiff* | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| David Pushkin | BERGEN COUNTY |
| | Docket No. BER-L- |
| *vs.* | |
| | CIVIL ACTION |
| *Defendant* | **COMPLAINT** |
| Robert J. Amitrano and John Does 1-99 and Business Entities 1-99 (said names being fictitious and presently unknown)  jointly and individually | |

Plaintiff complains of the defendants, jointly and individually, and says:

1.    On or about January 28, 2008 plaintiff was lawfully operating a motor vehicle on the ramp from Route 4 West onto Paramus Road in Paramus, New Jersey.

2.    On said same date and place defendant(s), jointly and individually, were operating their motor vehicle(s) or permitted their motor vehicle(s) to be operated in a careless and negligent manner, causing a collision.

3.    As a direct result of the negligence of defendant(s), jointly and individually, plaintiff was caused to suffer great personal injury, has been caused to obtain medical attention, has been caused great financial loss, was caused to lose a great deal of time from employment/education, has lost and will continue to lose income, has suffered property damage, has been caused to suffer great pain and mental anguish and has been otherwise permanently damaged.

WHEREFORE, plaintiff demands Judgment against the defendants, jointly and individually, for damages plus interest, attorney's fees and costs of suit.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues.

## DEMAND FOR DISCOVERY

Plaintiff demands that defendants answer uniform interrogatories Form C and the supplemental interrogatories within the time and manner prescribed by the Rules of this Court.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Seth Malkin, Esq. is hereby designated as trial counsel.

LEVIN & MALKIN
Attorneys for Plaintiff

January 4, 2010

By: Seth Malkin, Esq.

| | |
|---|---|
| Claim#: | 0236794150101016 |
| Date Received: | 2/8/2010 |
| Start DOS: | 1/12/2010 |
| End DOS: | 1/12/2010 |
| Charged Amount: | $446.00 |
| Patient Resposibility: | $0.00 |
| EOB ID#: | 943519-1 |
| TIN: | 13-5564934 |
| Payment Amount: | $55.44 |
| Provider Name: | Beth Israel Medical Center |
| Provider Address: | PO BOX 95000-2195 |
| | PHILADELPHIA, PA  19195 |

PUSHKIN, DAVID B.

300 State Highway Route 3 East

Suite 114

East Rutherford, NJ 07073

Beth Israel Medical Center

PO BOX 95000-2195

PHILADELPHIA, PA 19195



# Explanation of Benefits

| | | | |
|---|---|---|---|
| Insurance Company: | **GEICO**<br>**8000 Lincoln Drive East**<br>**Marlton, NJ 08053** | Claim Number: | 0236794150101016 |
| | | Date of Injury: | 28-Jan-08 |
| Adjuster: | Fuge, Gina | Provider TIN: | 135564934 |
| Provider: | **Beth Israel Medical Center**<br>PO BOX 95000-2195<br>PHILADELPHIA, PA 19195 | Patient: | **PUSHKIN, DAVID B.**<br>**300 State Highway Route 3 East**<br>**Suite 114**<br>**East Rutherford, NJ 07073** |
| Account Number: | 1001256370048912768 | DOS From   1/12/2010 | To:   1/12/2010 |

**ICD-9 Code   Diagnosis Description**

724.2      LUMBAGO

| Date of Service | Procedure Code and Description | Units | Billed Amount | FS/UCR Reduction | Statutory Reduction | Discount Amount | Deductible | Copay | Total Allowance | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/10 | 72100   X-RAY EXAM OF LOWER SPINE | 1 | 448.00 | 358.19 | 0.00 | 32.37 | 0.00 | 0.00 | 55.44 | 615, 101 |
| | Total | | 448.00 | 358.19 | 0.00 | 32.37 | 0.00 | 0.00 | 55.44 | |

**Explanation Codes**

101      The fees for this service exceed the amount allowed according to the state Fee Schedule.

615      The fees for this service have been reduced according to the PHS(GALAXY_HEALTH)  PPO Network. For questions, contact Prime Health  at (866) 348-3887.

NY HCRA SURCHARGE AMOUNTS

ELECTOR:          $0.00

NON-ELECTOR:   $0.00

This bill has been reviewed in accordance with New York Automobile Medical Fee Regulations.

Questions regarding this review may be directed to:

| Premier Prizm Solutions<br>P.O. Box 986<br>Marlton, NJ 08053 | Phone:<br>Fax: | 856 596-5600<br>856 596-6300 | Date Received:<br>Date Processed:<br>Bill ID: | 08-Feb-10<br>22-Feb-10<br>943519-1 |
|---|---|---|---|---|

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJEC MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

Please reference GEICO's Decision Point Review/Pre-Cert Plan for all details regarding all requirements for our Internal Appeals Process, Assignment of Benefits Provisions, and Dispute Resolution.  This can be accessed at www.PremierPrizm.com.

**All Appeals MUST BE MAILED TO THE ABOVE ADDRESS.**

cc to Attorney:        Malkin, Seth
                       75 Essex Street
                       Hackensack, NJ 07601

NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
**DENIAL OF CLAIM FORM**

TO INSURER: Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| | |
|---|---|
| GEICO<br>8000 Lincoln Drive<br>Marlton, NJ 08053<br><br>NAIC NO. | For American Arbitration Association use |

| A. POLICYHOLDER | B. POLICYNUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON |
|---|---|---|---|
| PUSHKIN, DAVID B. | 2010349807 | 1/28/2008 | PUSHKIN, DAVID B.<br>300 State Highway Route 3 East<br>Suite 114 |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and address) | G. AS ASSIGNEE |
|---|---|---|
| 0236794150101016 | Beth Israel Medical Center<br>First Avenue at 16th. Street<br>New York, NY 10003 | Yes [X]<br>No [ ] |

TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

| | | | | |
|---|---|---|---|---|
| [ ] A. Loss of Earnings: | $ | | [ ] D. Interest: | $ |
| [X] B. Health Service Benefits: | $ 390.56 | | [ ] E. Attorney's Fees: | $ |
| [ ] C. Other Necessary Expenses: | $ | | [ ] F. Death Benefit: | $ |

REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)

**POLICY ISSUES**

[ ] 3. Policy not in force on date of accident:

[ ] 4. Injured person excluded under policy conditions or exclusion:

[ ] 5. Policy conditions violated:

    [ ] a. No reasonable justification given for late notice of claim.

    [ ] b. Reasonable justification not established.   You may qualify for

    expedited arbitration.  See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person":

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

**LOSS OF EARNINGS BENEFITS DENIED**

[ ] 9. Period of disability contested: period in dispute
From _____ Through _____

[ ] 10. Claimed loss not proven:

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken

[ ] 13. Other, explained below:

**OTHER REASONABLE AND NECESSARY EXPENSES DENIE**

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident

[ ] 17. Other, explained below

**HEALTH SERVICE BENEFITS DENIED**

[X] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____

[X] 22. Other, explained below:

COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill –treatment dates | 29. Date final verification received |
|---|---|---|
| Beth Israel Medical Center | 1/12/2010  -  1/12/2010 | |
| First Avenue at 16th. Street<br>New York, NY 10003 | 26. Date of bill<br>1/22/2010 | 30. Amount of bill<br>$446.00 |
| 24. Type of service rendered | 27. Date bill received by insurer | 31. Amount paid by insurer |
| Medical Care | 2/8/2010 | $55.44 |
| | 28. Date final verification requested | 32. Amount in dispute<br>$390.56 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed):
Refer to the EOB for the explanation of reduction

2/22/2010      Fuge, Gina      CLaims Service Rep.
DATED:      Name, and Title of Representative of Insurer

Premier Prizm Solutions in Medical Management, Inc.10 East Stow Road, Suite 100, Marlton, NJ 08053      (856) 596-5600
Name and address of Insurer claim processor (Third Party Administrator), if applicable      TELEPHONE NUMBER:

NYS FORM NF-10 (Rev 1/2004)
Page 1 of 3



## State of New Jersey
### DEPARTMENT OF BANKING AND INSURANCE
### CONSUMER PROTECTION SERVICES
PO BOX 329
TRENTON, NJ 08625-0329

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

TEL (609) 292-5316
FAX (609) 292-7522

WILLIAM G. RADER
*Acting Commissioner*

DAVID PUSHKIN PHD
300 STATE HIGHWAY
ROUTE# 3
EAST RUTHERFORD, NJ 07073

February 2, 2010

Re: GEICO CASUALTY COMPANY
File #: 10-21366

Dear DAVID PUSHKIN PHD:

We have received your correspondence and have begun an inquiry into this matter. The investigator assigned to your file is VIVIEN COSNER and the number assigned to your case is 10-21366.

We have written to the licensee and directed them to provide us with a written report. As soon as the Department has received the requested information and reviewed the documentation submitted by all parties, we will provide a written response outlining our findings.

Your concerns are important to us and we will attempt to reply in a timely manner. However, due to the complexities of most inquiries, we will not be able to provide an estimated time for that response. In addition, some issues relating to medical decisions, legal interpretations, undocumented questions of fact, or self-funded health plans governed by Federal ERISA Regulations cannot be resolved by our office. Such matters may have to be pursued through legal or arbitration proceedings.

If your complaint concerns a self-funded health benefits plan governed by Federal ERISA Regulations, you should be aware that there is a time limit to appeal this matter. **Please check your benefits booklet for specific information. If you have additional questions concerning your rights under ERISA Regulations, you can contact the U.S. Department of Labor, Pension and Welfare Benefits Administration at (866) 275-7922.**

Furthermore, be advised that our review does not automatically suspend any licensee or provider's actions. **Therefore, until our review is completed, you should take whatever steps are necessary to protect your interests, e.g. make premium payments, obtain replacement coverage, establish a plan to pay large medical bills, seek legal action, etc.**

If, during the intervening period, you wish to provide our agency with additional information, please submit it in writing to VIVIEN COSNER and be sure to refer to your assigned file number 10-21366.

v Jersey Department of Banking and Insurance
\ 292-5316 Extension 5-0481          Fax 609-292-7522                    ACK

*Visit us on the Web at www.njdobi.org*
*New Jersey is an Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

February 2, 2010

DIVISION OF SOCIAL JUSTICE
HEALTH CARE BUREAU

Meritain Health
Attn: Timothy J. Quinlivan, Esq.
Vice President and Associate General Counsel
300 Corporate Parkway
Amherst, NY 14226

Re:   David Pushkin
      ID: 9872273915

Dear Mr. Quinlivan:

The Attorney General's Health Care Bureau has received the enclosed complaint from David Pushkin concerning claims for services rendered from July 2009 to the present. He has signed the enclosed consent for release of patient information form.

Dr. Pushkin's initial complaint letter dated December 14, 2009 states he underwent spinal surgery on March 21, 2007 and was not fully recovered when he was involved in an automobile accident on January 28, 2008, causing re-injury to his spinal condition. He had a no-fault claim with Geico and received a notice dated August 8, 2008 that all further orthopedic treatment for injuries sustained as a result of the auto accident would be denied effective August 11, 2008.

Dr. Pushkin informs our office claims for medical services rendered in 2009 were denied by Meritain Health as being the responsibility of the no-fault carrier. Dr. Pushkin states since Meritain Health authorized the services, and since Geico had issued a denial of any related claims after August 11, 2008, the 2009 claims should be covered by his health plan. Dr. Pushkin informs our office Geico subsequently re-opened his no-fault claim on September 8, 2009. He is requesting coverage from Meritain Health for dates of service prior to this date. Since medical services were also rendered after this date, by copy of this letter, we are notifying Geico of Dr. Pushkin's dispute.

We ask that both Meritain Health and Geico review Dr. Pushkin's concerns and provide our office with the status of all claims at issue. Responses may be directed to my attention at Office of the Attorney General, Health Care Bureau, The Capitol, Albany, NY 12224-0341 or sent via fax to me at 518-402-2163. Thank you for your attention to this matter.

Very truly yours,

Marie Briscoe
Legal Assistant

cc: Dr. David Pushkin
    Geico, Attn: Gina Fuge via fax: 716-898-0542



**GEICO.**

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Buffalo Office:
300 Cross Points Parkway ■Getzville, NY 14068

Paul Feldmann
NJ Branch Manager

February 2, 2010

Dr. David Pushkin
300 State Highway Route 3 East, Suite 114
East Rutherford, NJ  07073

Claim #:        0236794150101016
Loss Date:      January 28, 2008

Dear Dr. Pushkin:

This letter is in response to your correspondence of January 18, 2010. Mr. Nicely has referred your inquiry to me for handling.

As you know, we discussed your claim previously and as I expressed then, I am sorry you continue to be in pain. I will summarize our handling to date and what we are doing now to review your claim.

As you indicated, you attended an orthopedic Independent Medical Examination (IME) on May 19, 2008 and then went for a re-evaluation on July 28, 2008. The orthopedist determined no further treatment was needed for this specialty therefore benefits for orthopedic treatment were discontinued effective August 11, 2008. The IME physician recommended treatment in the form of pain management and a pre- certification request from Dr. Park for pain management treatment was received on October 7, 2009. This request was approved. A pain management IME conducted on October 15, 2009 indicated that you had reached maximum medical improvement with regards to injuries sustained in the motor vehicle accident of January 28, 2008.

In regard to the hospitalization of September 21 to September 25, 2009 at Hackensack University Medical center, we have requested this billing be evaluated by a physician to evaluate whether they feel this was in fact related to the motor vehicle accident on January 28, 2008. We will follow up to get this done as soon as possible and contact you to provide the results.

In addition, we have attempted to contact your attorney, Mr. Malkin, on two occasions and he has not returned our calls nor sent us a letter indicating he is representing you for this loss. If you would like for him to assist you in this matter, please advise him to contact us at his earliest convenience.

If you should have any additional questions, please contact me at the number below.

Very Truly Yours,

Paul Feldmann
Branch Manager
1-800-301-1390 x4500

Pushkin, David B.
Page: 2

trauma sustained from the MVA of 1/28/08. Although maximum medical improvement from his injuries had not yet been achieved, Dr. Epstein had projected that this point of MMI would be achieved in about six weeks (estimated to be mid-September 2008).

On 9/17/09, the patient underwent a procedure at the Holy Name Hospital which was described as a Lidocaine infusion for management of his chronic back pain. It was reported that the patient had previously tried multiple trigger point injections and physical therapy, but these approaches were not completely effective in controlling his pain. The Lidocaine infusion was described by the patient (as reported to Dr. Boris L. Prakhina at the time of another IME evaluation on 10/15/09) as being successful. The patient was also prescribed high dosages of daily narcotic medication.

On 9/21/09, the patient presented to the ER of the Hackensack Medical Center complaining of mental status changes (confusion) and dizziness. After an initial ER evaluation consisting of routine admitting laboratory studies and a CT scan of the head, the patient was noted to be in acute renal failure with a BUN of 110 and a serum creatinine of 4.1. A Foley catheter was inserted with the removal of nearly 2 liters of urine. It was determined that the patient suffered from an obstructive uropathy.

Dr. Pushkin was admitted to hospital level care where he remained through 9/25/09. During this time, he was evaluated by nephrology, urology, and neurosurgery. Urology performed a cystoscopy. The findings were consistent with an atonic bladder although no other specific abnormalities were charted. The markedly elevated BUN and Creatinine gradually returned toward normal as the patient's bladder outlet obstruction was relieved and fluids were replaced. A lumbar MRI was obtained to determine if there were any specific findings in the lumbar spine which might explain a neurogenic bladder. Architectural findings similar to the previous radiographic studies mentioned above were noted, and neurosurgery did not feel that the patient required any further surgical evaluation. After study, it was suspected that the patient developed renal failure and an atonic bladder due to high dosages of narcotic medications used to control this patient's chronic back pain.

## III – Summary and Recommendations

Dr. David Pushkin developed urinary retention and renal failure (on the basis of a post-obstructive uropathy) prompting hospitalization at the Hackensack Medical Center 9/21/09-9/25/09.

After review of the records provided, it is my impression that the ER evaluation and the hospital stay at the Hackensack Medical Center from 9/21/09-9/25/09, though reasonable and medically necessary, were not causally related to any injuries this patient may have sustained from the MVA of 1/28/08. This patient was approaching maximum medical improvement from his temporary exacerbation of chronic back pain triggered by the trauma of the MVA of 1/28/08 in July 2008 (as described by Dr. Epstein) expected to last another six weeks (estimated to be mid-September 2008). After this time, it was Dr. Epstein's impression that the patient's continued chronic back pain could be related to his history of back pain pre-existing the MVA of 1/28/08. Since it was suspected that the patient's pain medications/treatments immediately prior to 9/21/09 may have led to the development of an

Case 2:12-cv-00324-KM-MAH   Document 25-1   Filed 04/27/11   Page 309 of 320 PageID: 3196

Case 1:10-cv-09212-JGK -DCF   Document 13-10   Filed 02/17/11   Page 15 of 19
2010-02-05(0)8:55:25   From: VICTOR SARACINIVA   2158234425   To:818565966300   P.7/11

Pushkin, David B.
Page: 1


### Harold K. Gever, M.D.
40 Hals Drive     Upper Holland, PA     19053
*Diplomate, American Board of Internal Medicine*
*Diplomate, American Board of Utilization Review and Quality Assurance*

| Phone: (215) 752-3073 | Fax: (215) 752-8061 | E-Mail: Hgever@AOL.com |

Re:          Pushkin, David B.
Claim #:   0236794150101016
DOL:        January 28, 2008


## I – Records Reviewed:

-Hackensack University Medical Center, hospital records, 9/21/09-9/25/09
-Institute for Diagnosis & Treatment of Pain, Boris L. Prakhina, M.D., IME evaluation, 10/15/09
-Dr. David Pushkin, letter, 10/28/09
-Alliance Hand, PT notes, 4/7/08-4/28/08
-Menachem Y. Epstein, M.D., IME report, 7/31/08
-Hackensack University Medical Center, radiographic reports, 1/28/08


## II – History

David Pushkin was the restrained driver of a vehicle struck in the rear by another vehicle at the time of a MVA occurring 1/28/08. The patient reported the development of back pain immediately after the accident. He presented to the ER of the Hackensack Medical Center on the same day as the accident where radiographs of the lumbar and thoracic spines were obtained. The lumbar films revealed evidence for a previous lumbar fusion, anterolisthesis of L5 on S1, and laminectomies with fusions at L3, L4, and L5. The thoracic films suggested degenerative changes. The patient was evidently treated and released.

Information regarding this patient's subsequent treatment course was obtained from the body of an IME evaluation performed by Dr. Menachem Y. Epstein on 7/31/08. The patient came under the care of Dr. Seth Kane (orthopedics), Dr. Kenneth Park (pain management), Dr. Mario Vukie (neurology) and Dr. Andrew Casden (orthopedics). A brief course of physical therapy was provided to the patient in April 2008 through Alliance Hand. Many additional radiographic studies had been performed on this patient including a CT scan/myelogram (6/3/08) and a bone scan (6/25/08). The CT scan/myelogram revealed previous surgical changes, a small posterolateral herniated disc at L2-3, slight spinal stenosis at L5-S1, and Grade II spondylolisthesis of L5 over S1. The bone scan revealed post-surgical changes. At the time of his evaluation of this patient on 7/31/08, Dr. Epstein concluded that the patient's chronic lower back pain had been temporarily aggravated by the

Pushkin, David B.
Page: 3

atonic bladder, and this event occurred one year after Dr. Epstein's estimate of the patient reaching maximum medical improvement from treatment of his exacerbation of pain from the MVA of 1/28/08, it is my impression that the events of the hospitalization at the Hackensack Medical Center from 9/21/09-9/25/09 are not causally related to this same accident.

The opinions expressed in this medical report are formulated exclusively from the legible documentation provided to me by Premier Prizm Solutions and are based upon a reasonable degree of medical certainty.

Harold Gever, M.D.
2/3/10

# SCHACHTER PORTNOY, L.L.C.
### ATTORNEYS AT LAW
3490 U.S. ROUTE 1
PRINCETON, NJ 08540
TEL: (888) 454-3111   (609) 514-0999
FAX: (609) 514-1599

**HOWARD SCHACHTER**\*
**DARIN S. PORTNOY**\*°

**SUSAN G. STEINMAN**\*°
Of Counsel

**STEVEN I. GREENBERG**
**TERRANCE W. ANNESE**
**DANA C. JONES**

\*ALSO ADMITTED IN NY
°ALSO ADMITTED IN PA

January 19, 2011

DAVID B PUSHKIN
300 STATE RT 3
EAST RUTHERFORD NJ 07073

> Re:   Our Client/Creditor:   HACKENSACK UNIVERSITY MEDICAL CENTER
>        Amount of Debt:   $39,685.58 as of above date
>        Our File Number:   G1100190

Dear DAVID B PUSHKIN:

This law firm has been retained by the above-named creditor to collect the outstanding balance on your account.  Our client requests that you send payment in full.  Please make your check  payable to Schachter Portnoy, LLC Attorney Trust Account and send payment to Schachter Portnoy, LLC, 3490 US Route 1, Princeton, New Jersey 08540.  If you cannot send payment in full, it is possible that a payment plan could be arranged.  Please contact this office to make arrangements for payment.

## Disclosure

You are hereby notified that this firm is acting as a debt collector in this matter. We are attempting to collect a debt and any information obtained will be used for that purpose.  Unless within 30 days after your receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid.  If you notify us in writing within the 30-day period after your receipt of this notice that you dispute the debt, or any portion thereof, we will obtain verification of the debt, or if the debt is founded upon a judgment, a copy of the judgment, and a copy of such verification or judgment will be mailed to you by us.  Upon your written request within 30 days after receipt of this notice, we will provide you the name and address of the original creditor, if different from the current creditor.

Very truly yours,

Terrance W. Annese, Esq.
For the Firm

pmd   a101a

SCHACHTER
PORTNOY, LLC.
ATTORNEYS AT LAW
3490 US. ROUTE 1
PRINCETON, NJ 08540

Return Service Requested



***01-25-2011 PRIORITY PRESORT

049,B20-4298
$00.414
01 24 2011
Mailed From  08540
US POSTAGE
081

## CERTIFICATE OF SERVICE

*original*

I hereby certify that a true and correct copy of the foregoing Plaintiff's COMPLAINT and Proposed Order, was sent to the below named Defendants on this the **4th** day of **February, 2011**

This MOTION was sent to the below named parties by **certified mail**.

**Beth R. Nussbaum**
**200 Winston Drive, Apt. 812**
**Cliffside Park, NJ 07010**

**Beth R. Nussbaum**
**109 East Palisades Avenue, Unit #4**
**Englewood, NJ 07631**

**RHI Entertainment, Inc.**
**1325 Avenue of the Americas, 21st Floor**
**New York, NY 10019**

**Timothy J. Quinlivan, Esq.**
**Meritain Health**
**300 Corporate Parkway**
**Amherst, NY 14226**

**Meritain Health**
**300 Corporate Parkway**
**Amherst, NY 14226**

**Kevin L. Bremer, Esq.**
**Aronsohn Weiner and Salerno, L.L.C.**
**263 Main Street**
**Hackensack, NJ 07601**

**Aronsohn Weiner and Salerno, L.L.C.**
**263 Main Street**
**Hackensack, NJ 07601**

2/4/11

**Dr. David B. Pushkin** (*Plaintiff Pro Se*)
**300 State Highway Route 3 East, Suite 114**
**East Rutherford, NJ 07073**
**(201) 206-5160/ (201) 765-9495/ dpushkin@nj.rr.com**
**(Telephone Number/FAX/email)**

STATE OF NEW YORK     )
                         :    ss.:    **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK  )            **VIA FEDERAL EXPRESS**

Darien Pereyra, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age, and am employed with the firm of Katten Muchin Rosenman LLP.

2.    On the 26th day of April, 2011, I served the annexed **NOTICE OF MOTION; MEMORANDUM OF LAW IN SUPPORT; and RULE 7.1 STATEMENT** in this action, upon the following at the addresses indicated by depositing true copies thereof, enclosed in properly addressed prepaid wrappers, marked Federal Express Overnight Delivery, in an official Federal Express depository:

Dr. David B. Pushkin
300 State Highway Route 3 East, Suite 114
East Rutherford, NJ 07073
*Plaintiff*

Sherri Lee Eisenpress, Esq.
Reiss, Eisenpress and Sheppe LLP
425 Madison Avenue
New York, NY 10017
*Attorneys for Defendant RHI Entertainment, Inc.*

Darien Pereyra

Sworn to before me this
27th day of April, 2011

Notary Public

STEVEN GREER
Notary Public, State of New York
No. 01GR6033269
Qualified in New York County
Commission Expires November 15, 2013

31021401.01
NYC01_81950450_1 4/20/2011