UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DAVID B. PUSHKIN,                       :
                                        :
                    Plaintiff,          :      10 Civ. 9212 (KBF)
                                        :
          -v-                           :      ORDER
                                        :
BETH R. NUSSBAUM, et al.,               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

KATHERINE B. FORREST, District Judge:

     On November 4, 2011, the Honorable Debra Freeman, United

States Magistrate Judge, issued a Report and Recommendation in

the above-captioned matter recommending the denial of Plaintiff

David Pushkin's **motion** for a default judgment against defendants

GEICO, Lisa Ardron, Gina Fuge, Dominic Spaventa, Paul Feldmann,

and Premier Prizm Solutions, LLC.

     On November 16, 2011, Plaintiff filed objections to the

Report.  Defendants submitted a letter on November 18, 2011,

requesting that the Court affirm the Report and Recommendation.

The Court reviewed the Report and Recommendation and Plaintiff's

objections thereto.  Having done so, the Court finds itself in

complete agreement with the well-reasoned Report.

     Accordingly, the Court hereby adopts the Report and

Recommendation, and, for the reasons therein, denies Plaintiff's

motion for a default judgment against defendants GEICO, Lisa

Ardron, Gina Fuge, Dominic Spaventa, Paul Feldmann, and Premier Prizm Solutions, LLC.

The Clerk of the Court is directed to close document number 149 on the docket of the case.

SO ORDERED:

Dated:    New York, New York
          November 22, 2011

                              _____
                                    KATHERINE B. FORREST
                                United States District Judge