Alexis L. Cirel (AC-9067)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 894-5739
alexis.cirel@kattenlaw.com

KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

Attorneys for Defendants
Meritain Health, Inc. and Timothy J. Quinlivan



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DR. DAVID B. PUSHKIN,

      Plaintiff,

 -against-

Beth R. Nussbaum, RHI Entertainment, Inc.,
Timothy J. Quinlivan, Meritain Health, Inc.,
Kevin L. Bremer, Esq., Aronsohn Weiner and
Salerno, L.L.C., Geico, Premier Prizm Solutions,
Lisa Ardron, Gina Fuge, Dominic Spaventa, Paul
Feldman,

      Defendants.
------------------------------------------------------------- x

CIVIL ACTION NO.: 10 Civ. 9212 (JGK)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Amended Complaint, and all prior pleadings and proceedings had herein, Defendants Meritain Health, Inc. and Timothy J. Quinlivan ("Defendants") will move this Court before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl St. New York, New York, on a date and time to be set by the Court, for an Order granting Defendants' motion to dismiss the

**OFFICE COPY**

Amended Complaint filed against them in this action and for such other and further relief as this Court may deem just and proper.

Dated: April 26, 2011

KATTEN MUCHIN ROSENMAN LLP

By: *[signature]*

Alexis L. Cirel (AC 9067)
575 Madison Avenue
New York, New York 10022
(212) 940-8800

*Attorneys for Defendants Meritain Health, Inc. and Timothy J. Quinlivan*

To:

Dr. David B. Pushkin
300 State Highway Route 3 East, Suite 114
East Rutherford, NJ 07073
(201) 206-5160
*Plaintiff*

Sherri Lee Eisenpress, Esq.
Reiss, Eisenpress and Sheppe LLP
425 Madison Avenue
New York, NY 10017
(212) 753-2424
*Attorneys for Defendant RHI Entertainment, Inc.*