UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------- X
                                                  :

DAVID B. PUSHKIN,

                  Plaintiff *Pro Se*,

-against-

BETH R. NUSSBAUM, RHI ENTERTAINMENT, INC., TIMOTHY J. QUINLIVAN, MERITAIN HEALTH, INC., KEVIN L. BREMER, ESQ., ARONSOHN WEINER AND SALERNO, LLC, GEICO, PREMIER PRIZM SOLUTIONS, LISA ARDON, GINA FUGE, DOMINIC SPAVENTA AND PAUL FELDMAN,

                  Defendants.

-------------------------------------------------- X

Civil Docket No. 12-CV-00324-DMC

MOTION DAY: SEPTEMBER 3, 2013

## MERITAIN DEFENDANTS' NOTICE OF MOTION AND

## <u>MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT</u>

**PLEASE TAKE NOTICE** that, upon this motion and the accompanying memorandum of law, Defendants Meritain Health, Inc. and Timothy J. Quinlivan (the "Meritain Defendants"), through their counsel Loeb & Loeb LLP, respectfully move this Court, on September 3, 2013, or as soon thereafter as counsel may be heard in the Courtroom of the Hon. Dennis M. Cavanaugh, United States District

Judge, District of New Jersey, 50 Walnut Street, Newark, N.J. 07101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's claims against them without leave to amend.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rules 7.1(c)(1) and 78.1(a), any opposition to the Meritain Defendants' motion shall be served no later than August 20, 2013, with any reply due August 27, 2013.

Dated:  New York, New York
　　　　August 6, 2013

　　　　　　　　　　　　　　　　　　LOEB & LOEB LLP

　　　　　　　　　　　　　　　　　　By: /s/ Jodi Sarowitz            .
　　　　　　　　　　　　　　　　　　Jodi R. Sarowitz (JS-7491)
　　　　　　　　　　　　　　　　　　Dan Platt (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Michael Barnett (*pro hac vice*)
　　　　　　　　　　　　　　　　　　345 Park Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10154
　　　　　　　　　　　　　　　　　　(212) 407-4000

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Meritain*
　　　　　　　　　　　　　　　　　　*Health, Inc. and Timothy Quinlivan*