# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                        :
**DAVID B. PUSHKIN,**                   :
                                        :
            **Plaintiff,**              :    Civil Action No. 12-324 (KM)
                                        :
      **v.**                            :
                                        :    **REPORT and RECOMMENDATION**
**BETH R. NUSSBAUM, et al,**            :
                                        :
            **Defendants.**             :
_____:

This matter having come before the Court on Plaintiff's Motion for leave to file a Fourth

Amended Complaint, D.E. 288;

and this Court having denied Plaintiff's Motion for leave to file an Amended Complaint

by way of Opinion and Order on April 28, 2017;

and the Court finding that there is no longer an operative pleading in this matter;

and for good cause shown;

the Undersigned respectfully recommends that the District Court dismiss this action.

Under 28 U.S.C. § 636, and L. Civ. R. 71.1(c)(2), the parties have fourteen days to file and serve

objections to this Report and Recommendation.

_s/ Michael A. Hammer_____
**UNITED STATES MAGISTRATE JUDGE**

Dated:  April 28, 2017