UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DR. DAVID B. PUSHKIN,

    Plaintiff,

v.

BETH R. NUSSBAUM, RHI
ENTERTAINMENT, INC.,
TIMOTHY J. QUINLIVAN,
MERITAIN HEALTH, INC., KEVIN
L. BREMER, ESQ., ARONSOHN
WEINER AND SALERNO, L.L.C.,
GEICO, PREMIER PRIZM
SOLUTIONS, LISA ARDRON,
GINA FUGE, DOMINIC
SPAVENTA, PAUL FELDMAN,

    Defendants.

Civ. No. 2:12-0324 (KM) (MAH)

ORDER

## KEVIN MCNULTY, U.S.D.J.:

This matter having come before the Court upon Magistrate Judge Hammer's Report and Recommendation 9"R&R"), comprising the document entitled Report and Recommendation (ECF no. 340), as well as the accompanying Opinion ("Opinion", ECF no. 338) and Order ("Order", ECF no. 339); and the plaintiff, David Pushkin, having filed an Objection thereto (ECF nos. 343); and the defendants having filed responses (ECF nos. 344, 345, 346); and the plaintiff have filed a Reply (ECF no. 347); and the Court having reviewed the R&R *de novo* and considered the submissions and the entire case file, without oral argument; for the reasons stated in the accompanying Opinion, which incorporates by reference the Opinion of Judge Hammer, and good cause appearing therefor;

**IT IS** this 19th day of January, 2018

**ORDERED** as follows:

1. The objection of the plaintiff (ECF no. 343) to the R&R is rejected;

2. The R&R (ECF nos. 338, 339, 340) is AFFIRMED and ADOPTED, essentially for the reasons stated in Magistrate Judge Hammer's Opinion, supplemented by the accompanying Opinion of this Court;

3. The Magistrate Judge's denial of the plaintiff's motion to amend and file a Fourth Amended Complaint (ECF no. 288) is AFFIRMED; and

4. This action is DISMISSED WITH PREJUDICE.

**KEVIN MCNULTY**
**United States District Judge**